| DOCUMENTS UNDER SEAL ☒ | | TOTAL TIME (mins): 10 minutes | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Indira Aguilar | REPORTER/FTR 9:43am to 9:56am | |
| MAGISTRATE JUDGE Kandis A. Westmore | DATE 5/8/2019 | NEW CASE ☐ | CASE NUMBER 19-mj-70677-MAG-1 |

| APPEARANCES ||||||
|---|---|---|---|---|---|
| DEFENDANT Don Kollmar | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Ethan Balough (Specially appearing) | PD. ☐ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Maureen Bessette | INTERPRETER || FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ ||
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Nelson Barao || DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ ||

| PROCEEDINGS SCHEDULED TO OCCUR |||||
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS 10 mins ☐ TRIAL SET |
| ☐ I.D. COUNSEL Status re: | ☐ ARRAIGNMENT | ☒ BOND HEARING — Status re: Bail, not held | ☐ IA REV PROB. or or S/R | ☒ OTHER — Status re Extradt. Hrg- Not held |
| ☒ DETENTION HRG — not held | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING 3 mins — Status re: |

| INITIAL APPEARANCE ||||
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT ||||
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE |||||
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ || CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ ||
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT — Bail Study Report | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF |||||

| PLEA ||||
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE — Status re: |||||
|---|---|---|---|---|
| TO: 5/13/2019 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 9:30am | ☐ SUBMIT FINAN. AFFIDAVIT — Status re: | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS Re: Bail Hearing; Status re: Extradition Hearing |
| BEFORE HON. KAW | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| Deft's counsel is specially appearing for Deft and expected to have his formal appointment as retained counsel by the 5/13/19 hearing. Deft. and possible sureties to be interviewed by Pretrial after court. The Govt. to return Deft's property to Deft's counsel and Deft shall surrender his passport to Pretrial today. |
| DOCUMENT NUMBER: |