1  COLEMAN & BALOGH LLP
2  ETHAN A. BALOGH, No. 172224
   235 Montgomery Street, Suite 1070
3  San Francisco, CA 94104
   Telephone: 415.391.0440
4  Facsimile: 415.373.3901
   eab@colemanbalogh.com
5
6  Attorneys for Arrestee
   DONALD KOLLMAR
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10
11
                                         Case No. 4:19-70677 MAG
12 IN THE MATTER OF THE EXTRADITION
   OF DONALD KOLLMAR                     NOTICE OF APPEARANCE
13
14
15                                       Before the Honorable Kandis A. Westmore
                                         United States Magistrate Judge
16

**NOTICE OF APPEARANCE OF COUNSEL**

Pursuant to Criminal Local Rule 44-2(a) and Civil Local Rule 5-1(c)(2)(A), Arrestee Donald Kollmar, by and through counsel, hereby provides this Notice of Appearance of counsel, Ethan A. Balogh.

                                        Respectfully submitted,

DATED: May 10, 2019          COLEMAN & BALOGH LLP

                                        */s/ E A Balogh*
                                      ETHAN A. BALOGH
                                      235 Montgomery Street, Suite 1070
                                      San Francisco, CA 94104

                                      Attorneys for Arrestee
                                      DONALD KOLLMAR