| DOCUMENTS UNDER SEAL ☒ | | TOTAL TIME (mins): 75 minutes | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** -AMENDED | DEPUTY CLERK Indira Aguilar | REPORTER/FTR 9:58am to 11:11am | |
| MAGISTRATE JUDGE Kandis A. Westmore | DATE 5/13/2019 | NEW CASE ☐ | CASE NUMBER 19-mj-70677-MAG |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT Don Kollmar | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Ethan Atticus Balogh | PD. ☐ RET. ☒ APPT. ☐ |
| U.S. ATTORNEY Maureen Bessette | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Victoria Gibson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION  Status re: Bail | ☐ JUGM'T & SENTG | ☐ STATUS  ☐ TRIAL SET |
| ☐ I.D. COUNSEL  Status re: | ☐ ARRAIGNMENT | ☒ BOND HEARING Held- 34 mins | ☐ IA REV PROB. or or S/R | ☒ OTHER Status re: Extradition Hrg. Held - 1 min |
| ☒ DETENTION HRG Held- 36 mins | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING 2 mins |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 5/17/2019 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 9:30am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS Further Bail Hearing |
| BEFORE HON. KAW | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Proffers were heard by both parties. The Court will take the matter under submission and issue an order. Pretrial to interview Deft's brother and further interview the current listed possible sureties. Specially set date for Extradition hearing set for 7/11/19 at 10:30am before Magistrate Judge Westmore.

DOCUMENT NUMBER: