COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF SAMANTHA GOOD |
|---|---|

**DECLARATION OF SAMANTHA GOOD**

I, Samantha Good, declare under penalty of perjury as follows:

1. I make this declaration on personal knowledge, and if called as a witness, could testify competently to the facts presented in this declaration. With all humility, I can safely nonetheless say that I am one of the most highly-regarded corporate finance attorneys in the country. My word is my bond, and my reputation is everything fundamental to my livelihood. When we heard our dear friend and guide, Don Kollmar, had been arrested, there was no question that we would stand up for him, stand by him, and guarantee his compliance with the law.

2. I first met Don in 2014 through my life partner, Christopher Kirkham. Don is a meditation guide- what does that mean? For me he has been a spiritual ally, therapist and dear friend. I have bared my soul to him and shared my soul with him. Since 2014, I have spent at least two hours on the phone with him each month, and I have participated in two three-day retreats at my vacation home in Mendocino County and at the Capuciati home in Laguna Beach. I have come to not only share my inner most feelings with Don, but to know him well as a person.

3. Don facilitates meditation with the people with whom he works. While he may be calling me on the phone from the Netherlands, he can sense what I am feeling and experiencing; he has proven this time and again. He is extremely wise, thoughtful and caring. He is not a "spiritual leader" or someone who has power over me. Rather, he is like a big brother who is always looking out for me and challenging me to reach my greatest heights. He is calm, sensitive, thoughtful and generous. I have never seen him be unkind, angry or take advantage.

////

4. When we did a three-day retreat in Mendocino County, he rented an economy car and drove up to our yurt in the redwoods. We didn't drink any alcohol that weekend and ate fresh vegetables from the garden. He led us on long walks through the redwoods, and conducted group meditations. When Don leads a meditation, he is guiding us to let go of our minds and sense from within ourselves. He is not a leader but rather a facilitator. When he does this, he senses what we are feeling, and helps us to identify it and flow with it. During these interactions over the year, I have come to know Don as well. He is kind and gentle, and by that manner, as well as his extraordinary intuitiveness, he helps people grow into emotionally-healthy, stronger, happier people.

5. When Christopher and I decided to get married, we knew that Don was the person we wanted to handle our ceremony: he knows us well, and we hold him in high regard. Our wedding will have our friends and family in attendance as well as our most esteemed corporate clients. Even the corporate world has come to embrace mindfulness and meditation as a key way to become more in tune with your inner-self and a greater sense of purpose; it is not a religion but rather a path to personal tuning.

6. Don charges $90 an hour to provide his meditation guidance. As a savvy businesswoman, I once encouraged him to charge more. I would gladly pay more than I pay for therapy, massage or otherwise for the self-enlightenment he has helped me find. But he demurred, and told me that he is happy with his simple life and his ability to provide his services to people of all means.

////

////

////

7. I know Don to be a mild-mannered, law-abiding individual and I am confident that he will stay in my care and follow the rules of law should he be released.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: May 14, 2019

[signature]
SAMANTHA GOOD