COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF CHRISTOPHER KIRKHAM |

## DECLARATION OF CHRISTOPHER KIRKHAM

I, Christopher Kirkham, declare under penalty of perjury as follows:

1. I make this declaration on personal knowledge, and if called as a witness, could testify competently to the facts presented in this declaration. I am a graduate of Columbia Law School (JD 1998). I am currently a member of the New York and California bars, and an equity partner at Kirkland & Ellis LLP. where I practice corporate finance. I am listed in Chambers as a Tier I banking and finance attorney. My reputation is my livelihood. It is more valuable than any property I own.

2. I have known Don Kollmar for approximately 8 years. I was initially introduced to Don by one of my oldest and closest friends, who suggested I would benefit from Don's meditation guidance. Ever since I initially connected with Don I have spoken to him almost every two weeks over the telephone during our meditation sessions, and I have also hosted him at my home twice and once at a friend's home, each for a 3-5 day meditation intensive (during which we meditate for about 8 hours each day, and otherwise cook and share meals together).

3. Very early in our relationship Don became a close friend and confidante. As a meditation guide, he acts as part therapist, part spiritual guide (without any religious affiliation) and part life coach. I have shared pretty much every personal and professional secret with Don. He has consistently helped me work through business problems, personal emotional issues and even physical pain management issues.

4. I have similarly recommended Don to numerous close personal and professional contacts. My now fiancée was impressed by the way Don helped me, and although she was initially a bit skeptical about his practice she decided to try working with him 4 years ago. Since then she has worked with Don every 2 weeks, plus she has attended two meditation intensives

with me. Our relationship with Don is so close that when we were engaged last December we both immediately agreed that Don would be the most appropriate person we knew to officiate our wedding ceremony.  He is scheduled to do so in May of 2020.

5.   Don is of the highest moral character. I have come to know him very personally and I have many friends and acquaintances who I routinely hear from about their experiences with Don.  His entire personal fiber is honest and ethical. He goes far out of his way to help his friends and family. There is no chance that Don would risk putting any of his friends or family at financial or reputational risk by breaching any condition the court might put on him in connection with releasing him on bail.  I am certain of that and I would willingly act as a surety, and pledge property if required by the Court, to make sure he is not kept in jail while he defends himself against the Canadian allegations he faces.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED:  May 14, 2019

_____
CHRISTOPHER KIRKHAM