COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF PETER CAPUCIATI |
|---|---|

**DECLARATION OF PETER CAPUCIATI**

I, Peter Capuciati, declare under penalty of perjury as follows:

1. I make this declaration on personal knowledge, and if called as a witness, could testify competently to the facts presented in this declaration.

2. My name is Peter Capuciati. I am currently the Chairman and CEO of Bluon, Inc., a California-based HVAC refrigerant manufacturer and services provider. Additionally, I am the Chairman of the Board for Luminas International LLC, a California-based consumer healthcare company that uses state of the art energy medicine technology. And I am also the Chairman of Bionatus, LLC, a holding company that is the primary investor in both Bluon and Luminas along with several other portfolio company assets. *See* www.bluonenergy.com; www.luminas.com; www.staminapro.com ; www.bionatusllc.com.

3. I am writing to express my deep connection, friendship, and association with Don Kollmar, and why I am happy to act as a character witness and to act as a surety for him. I have personally known Don for more than 12 years. We initially met through my wife, who was very close friends with one of Don's longtime friends and students, Marylin Clements. Marylin suggested that I might get along with Don and could really gain something from his meditation practice. Don and I met in 2007 and immediately connected; I have been working with Don ever since. Don is much more than a meditation teacher to me: I consider him a very close friend and someone of the highest ethical and moral standards. I value him so much that I have introduced him to many of my close friends over the years, as his meditation practice and general perspective on personal growth are extremely beneficial for those looking to become better people. He is currently working with at least six of my close friends, all of whom are very successful professionals.

4.   To be clear, Don is much more of a personal growth teacher and inspirer than he is a classic Meditation teacher.  There is no chanting or anything mesmerizing like is so often discussed regarding meditation.  Don's unique approach to meditation simply allows you to become aware of your inner perspective and allows you to understand yourself much better while becoming more mindful of everything you do.  It is not some New Age fad like some people have portrayed meditation in other contexts.

5.   I have spent a lot of time with Don over the past 12 years, and he is one of the best people I know.  He is extraordinarily kind, compassionate, and he genuinely has the best interest of his friends and clients in mind 100% of the time.  In this crazy world it's hard to come by people of such strong moral character.

6.   I am willing to act as a surety for Don, to show to the court that I have full confidence in both Don as an innocent man and that he is not a flight risk.  I am willing put up property if that is appropriate or required.  I have 100% confidence in Don.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED:  May 14, 2019

_____
PETER CAPUCIATI

2