COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF HARVEY STERNBERG |
|---|---|

**DECLARATION OF HARVEY STERNBERG**

I, Harvey Sternberg, declare under penalty of perjury as follows:

1. I make this declaration on personal knowledge, and if called as a witness, could testify competently to the facts presented in this declaration.

2. I am Harvey Sternberg, an attorney and businessman residing near Philadelphia, Pennsylvania. I am 65 years old, and my wife of 35 years, Donna, is also an attorney. She was a partner at a major law firm here until she retired. We have lived in our current home for 25 years, raised and educated our three children here, and have recently become grandparents. We are a well-established family, have no bankruptcies, judgments or debts, and are involved in several charitable organizations and Boards in addition to our professional lives. We have long-established roots with meaningful relationships and friendships in our community.

3. We are fortunate to be well-educated and experienced people: graduates of Northwestern University and the University of Pennsylvania. Our children live in New York now, and are working graduates of the Wharton School at the University of Pennsylvania, Columbia Law School and Harvard University.

4. We all know Don Kollmar as our meditation coach for many years. Our individual weekly sessions for many years and occasional weeklong retreats have continued because Don is an excellent mentor to all of us; he is an experienced coach who professionally guides and assists each of us with our quest for a life which is more decent, calm, pleasant and spiritual. We all know him as a knowledgeable and consistent teacher, aiding each of us on our journey. Our support of Don is rooted in part because of the genuine respect and admiration he has earned from each of us.

////

5. We do know Don as an extremely kind man of the highest moral character. Our world would be a better place if there were more people like Don in it. He is a peaceful soul, respectful of all people and undoubtedly of the law. This recent news comes as a complete shock: Don is the last person we would expect to be accused of any indiscretion. We have complete faith that Don will do the right thing and comply fully with any conditions of bail. To that end, as the Court determines necessary, I'm willing to sign a personal appearance bond, and post money and/or property in support of Don's release.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: May 15, 2019

_____
HARVEY STERNBERG