COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF MARIE LOUISE KOLLMAR-STIENEN |

## **DECLARATION OF MARIE LOUISE KOLLMAR-STIENEN**

I, Marie Louise Barbara Emma Kollmar-Stienen, declare under penalty of perjury as follows:

1. I am 53 years old, and have been married to Donald J. Kollmar (age 67) for the past 24 years. I make this declaration on personal knowledge, and if called as a witness, could testify competently to the facts presented in this declaration.

2. Ever since my husband's arrest, I have constantly been in tears and I am missing him dearly. Because I live in the Netherlands, I am unable to sign into the video chat system at his detention centre, adding much to my sadness and my inability to communicate with him.

3. I met Don on July 3, 1994, and I knew from the start it was good. This is a good man. This is a good person. This is the man I am going spend the rest of my life with. He has never done anything disrespectful towards me or any person I have seen him interact with in the 25 years that I have known him. He is my soulmate, and I miss him very much. He has guided me to be a better person and have a positive approach to life. Now is a very difficult time, but his teachings, meditations, and loving support make that I am not breaking down completely. During the 25 years that I have lived with him, I have seen him have the same positive effect on other people, his friends, and clients.

4. We were married on February 14, 1995. We have no children. Since 2007, we have a dog, Maxwell, an English Springer Spaniel.

5. I work for the Dutch Justice Department since 1991. I have a law degree and a full-time job.

6. Every day since the arrest I have been in telephone contact with Don's brother, Rick Kollmar, and in email contact with Christopher Kirkham and his partner Samantha Good. And

1

every day I am hoping that Don can be released and address the matters at hand. The present uncertainty has kept me from making arrangements to fly to California, which I plan to do once there is more clarity about what will occur regarding any release.

7. I know my husband to be a good and honest man that takes responsibility for his actions, and he would not put his family or friends in danger or risk their income or property.

8. We have an apartment in the Netherlands, and if the Court deems necessary, I will most certainly pledge it as a bond to guarantee my husband's appearances in Court. I hope with all my heart that my husband will not be held in detention during the extradition process, which I understand can take years to resolve. I know that Don will abide by all bond rules imposed by the Court.

9. I want to thank the Court for considering my declaration. My husband is a wonderful, loving and caring man, and I love him very much. I pray the Court grants him release.

10. I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: May 14, 2019

_____
MARIE LOUISE KOLLMAR- STIENEN

2