Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611016327
Cashier ID: squilla
Transaction Date: 06/06/2019
Payer Name: Christopher Kirkham Trust

COMMERCIAL REGISTRY OTHER
 For: Don Kollmar
 Case/Party: D-CAN-4-19-MJ-070677-001
 Amount:          $0.00

NON-CASH COLLATERAL
 Amt Tendered:   $0.00

Total Due:        $0.00
Total Tendered:  $0.00
Change Amt:       $0.00

2019104596

MAG

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.