Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields *3-7*, enter the information for the *incorrect* transaction (the one for which you are requesting a refund), not the *correct* transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* | Ethan A. Balogh | 8. Your Phone Number: | (415) 391-0440 |
| 2. Your Email Address: * | eab@colemanbalogh.com | 9. Full Case Number (if applicable): | 19-mj-70644-MAG |
| 3. Pay.gov Tracking ID Number:* | 26HRBA4J | 10. Fee Type:* | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☑ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- | 13397576 | | |
| 5. Transaction Date:* | 05/31/2019 | | |
| 6. Transaction Time:* | 4:46 pm | | |
| 7. Transaction Amount (Amount to be refunded):* | $ 31.00 | | |

**11. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the *correct* Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the *open* case).

On May 31, 2019 the request for the audio tapes was made, and the $31 fee was charged to the card on file. The court never received the receipt number or confirmation of this transaction or the request. We had to refile another request at a later date. We would like to be reimbursed for the the first defective filing fee.

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: | ☐ Approved<br>☐ Denied<br>☑ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: 6/13/2019 | Request approved/denied by: *[signature]* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Please note the correct pay.gov tracking no. and agency tracking no on #11. | |
| Referred for OSC date (if applicable): | |