UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR AKA DONALD KOLLMAR | No. CR 4-19-70677 MAG<br>[PROPOSED] ORDER |

The Court has reviewed the United States of America's request to redact the victim's name from Dockets 39-1, 41, 44, and 46, and hereby finds that:

1. The United States motion is granted and the attached redacted dockets 39-1, 41, 44, and 46 are hereby replaced with redacted versions as submitted by the government, redacting the victim's name, as she was a minor at the time of the alleged crime, who was alleged to have been sexually assaulted over a period of years;

2. Further, the Court orders that in any further filings or courtroom proceedings the parties refer to the victim by her initials or as the victim and not by her name.

IT IS SO ORDERED.

Dated: _____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER