1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (CABN 165775)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94608
       Telephone: (510) 637-3691
7      Fax: (510) 637-3724
       E-mail: Maureen.Bessette@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13 | IN THE MATTER OF THE EXTRADITION ) No. 4-19-70677 MAG
   | OF DON KOLLMAR AKA DONALD       )
14 | KOLLMAR                         ) U.S. NOTICE OF SUPPLEMENTAL
                                     ) INFORMATION IN SUPPORT OF REQUEST FOR
15                                   ) EXTRADITION AND MOTION FOR SEALING
                                     ) ORDER (SEALED ATTACHMENT)
16                                   )
                                     )
17                                   )
                                     )
18

19     The United States of America, by its attorney, Maureen C. Bessette, Assistant U.S. Attorney for

20 the Northern District of California, hereby moves to file the attached videotape of the victim's 1997

21 statement to law enforcement in Canada. In support of its motion, the government states as follows:

22 1. The government received the victim's videotaped statement to Canadian law enforcement as a

23    supplement to Canada's request for the extradition of Don Kollmar; and

24 2. Requests that it be filed under seal as it contains personal, private information of a minor at the time

25

26

27

28

1  of the alleged crime.

2  I declare the foregoing under penalty of perjury.

3  Dated: October 10, 2019                    Respectfully submitted,

4                                              DAVID L. ANDERSON
                                               United States Attorney

6                                              _____/s/_____
                                               MAUREEN C. BESSETTE
7                                              Assistant United States Attorney
                                               Northern District of California

# ATTACHMENT

NOTICE OF MANUAL FILING

Regarding: Attachment – Videotape (disc)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

Attachment – Videotape (disc) is an under seal document.