UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN THE MATTER OF THE EXTRADITION ) No. 4-19-70677 MAG
OF DON KOLLMAR AKA DONALD )
KOLLMAR ) [~~PROPOSED~~] ORDER
 )
 )
_____ )

The Court has reviewed the United States of America's request to seal the videotape of the victim's statement to Canadian law enforcement, and hereby finds that:

1. The United States motion is granted and the attached videotape of the victim's statement to Canadian law enforcement is sealed

2. The victim describes being sexually assaulted by KOLLMAR over a period of years, when the victim was a minor;

3. Further, the Court orders that in order to protect the victim's privacy this videotape will remain sealed until further order of the Court.

IT IS SO ORDERED.

Dated: 10/15/19

HON. KANDIS A. WESTMORE
United States Magistrate Judge

FILED
OCT 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND