1  COLEMAN & BALOGH LLP
2  ETHAN A. BALOGH, No. 172224
   235 Montgomery Street, Suite 1070
3  San Francisco, CA 94104
   Telephone: 415.391.0440
4  Facsimile: 415.373.3901
   eab@colemanbalogh.com
5
6  Attorneys for Arrestee
   DONALD KOLLMAR
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>STIPULATION RE: MODIFICATION OF BRIEFING AND HEARING SCHEDULE<br><br><br>The Honorable Kandis Westmore<br>United States Magistrate Judge |
|---|---|

WHEREAS, the Court scheduled Donald Kollmar to file his brief in opposition to the Government's application for extradition to be filed 30 days after his receipt of specific discovery;

WHEREAS, the Court provided the Government two weeks to reply to Mr. Kollmar's presentation;

WHEREAS, the Court scheduled the Extradition Hearing to be held on November 21, 2019;

WHEREAS, Mr. Kollmar received the final portion of specific discovery on or about October 16, when defense counsel was out of town; and

WHEREAS, the schedule in this matter requires adjustment based on the timing of Mr. Kollmar's receipt of discovery, and the need for the Government to have sufficient time to reply to Mr. Kollmar's submission, and the need for the Court to have sufficient time to assess the materials from both parties before holding the Extradition Hearing;

THE PARTIES HEREBY STIPULATE AND AGREE to the following modified briefing and hearing schedule:

- Defendant's Memorandum in Opposition shall come due December 9, 2019;
- The Government's Memorandum in Reply shall come due December 30, 2019; and
- The Court shall hold the Extradition Hearing on January 16, 2020 at 10:30 a.m.

**IT IS SO STIPULATED.**

DATED: October 24, 2019  */s/ E A Balogh*
ETHAN A. BALOGH*
Attorney for Donald Kollmar

DATED: October 24, 2019  */s/ Maureen Bessette*
MAUREEN BESSETTE
Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney