COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>[PROPOSED] ORDER RE: MODIFICATION OF BRIEFING AND HEARING SCHEDULE<br><br><br>The Honorable Kandis A. Westmore<br>United States Magistrate Judge |

Based on the Stipulation presented by the United States of America and Donald Kollmar, by and through their counsel, and for good cause shown, the Court hereby MODIFIES the briefing and hearing schedule previously set, as follows:

- Defendant's Memorandum in Opposition shall come due December 9, 2019;
- The Government's Memorandum in Reply shall come due December 30, 2019; and
- The Court shall hold the Extradition Hearing on January 16, 2020 at ~~10:30 a.m.~~ 1:30 PM

**IT IS SO ORDERED.**

DATED: October 28 2019



THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE