DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94608
   Telephone: (510) 637-3691
   Fax: (510) 637-3724
   E-mail: Maureen.Bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR AKA DONALD KOLLMAR | No. 4-19-70677 MAG<br><br>U.S. NOTICE OF ADDITIONAL SUPPLEMENTAL INFORMATION IN SUPPORT OF REQUEST FOR EXTRADITION AND MOTION FOR SEALING ORDER |

      The United States of America, by its attorney, Maureen C. Bessette, Assistant U.S. Attorney for the Northern District of California, hereby moves to file the attached page 24 of the transcript of the victim's videotaped 1997 statement to law enforcement in Canada. This page was missing from the original filing and Canadian law enforcement found that it was missing in their copy of the transcript. Therefore, a civilian employee of the Toronto Police Service listened to the victim's statement and typed

///

///

///

1 | up the missing page.
2 |     I declare the foregoing under penalty of perjury.
3 | Dated:  November 7, 2019      Respectfully submitted,
4 |     DAVID L. ANDERSON
    United States Attorney

          /s/
    MAUREEN C. BESSETTE
    Assistant United States Attorney
    Northern District of California

US NOTICE OF ADDITIONAL SUPPL. INFO

# ATTACHMENT

ANTICIPATED EVIDENCE OF:

Kylann BALL #88622
Transcription Coordinator
Property and Video Evidence Unit
330 Progress Avenue
Toronto, Ontario
M1P 2Z4
416 808-3741

Victim: ▮

I am a civilian employee of the Toronto Police Service and I have so been employed since January 2004. I am currently attached to the Property and Video Evidence Management Unit, holding the position of Transcription Coordinator. I have been in this position since December 2016. Prior to that I was a 911 Operator/Police Dispatcher attached to Communications.

My current duties are:

1. Receive and assign all requests for transcripts
2. Monitor progress and ensure deadlines are met
3. Train all new transcribers
4. Prepare urgent typewritten transcripts from audio or video recordings
5. All other duties inherent to the position

On Friday November 1, 2019 I was contacted by Detective Constable Robert SPEAKMAN #90038 from 11 Division. Detective Constable SPEAKMAN advised me that one page of typed text (page 24) was missing from a transcript that was produced in 1997. This was an interview of ▮.

I proceeded to check our archives for a copy of the original document but I was unable to locate anything that far back.

I then proceeded to order the video recording of the interview from Video Services. The recording is listed as reference number TPSF00215194

On Tuesday November 5, 2019 I received the video DVD of the interview with ▮ that was recorded on February 25, 1997. I reviewed the interview to ensure it was the same as the original copy that was used to produce the transcript in 1997. I located the portion of the interview that was missing from the typed original transcript and proceeded to create a word document containing the missing dialogue.

Once completed I sent that to Detective Constable SPEAKMAN.

This now completes the transcript of the interview with ▮ from February 25, 1997.

THIS CONCLUDES MY EVIDENCE IN THIS MATTER.

_____
Kylann BALL #88622

Over those period of years he became increasingly volatile and oppressive towards him umm I felt that everything I did or said I was frightened whether or not he would react violently to it.  He was always very angry with me and I could never understand why.  During these trips all of my time was accounted for, I was never allowed time alone.  Whether I was with him in Toronto or throughout the United States umm, he would tell me what time I could go to bed, what time I would wake up umm this is,  this is where I would like to just refer to make sure I'm not reading off of it, but to ensure I am telling you everything.  Umm there were several times that I was very tired obliviously umm during these trips there was a lot of lecturing and a lot of this oral balancing that I was referred to that eventually he taught me how to do.  We would do up to 10 people a day which meant 10 hours a day of working for a you know,  13 – 14 year old child umm is a long time and umm and he, if I