COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF ETHAN A. BALOGH |

I, Ethan A. Balogh, declare under penalty of perjury as follows:

1.      I am a partner at the law firm of Coleman & Balogh LLP, and represent Donald Kollmar in this case.  Unless expressly stated otherwise, I state the following on personal knowledge, and if called as a witness, could testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the book My Twenty-Five Years with Jesus by Robert Mason Pollock.

3.      Attached hereto as Exhibit B is a true and correct copy of Donald Kollmar's passport in effect from September 23, 1971 until September 22, 1976.  I will bring the original to the Court for the extradition hearing.  The stamps contained in the Passport demonstrate that Mr. Kollmar did not travel from Toronto to Buffalo in March 1975 or March 1976.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States.

DATED: December 10, 2019

*/s/ E A Balogh*
ETHAN A. BALOGH

# EXHIBIT A

Case 4:19-mj-70677-MAG   Document 61-1   Filed 12/10/19   Page 4 of 140

*Twenty-Five Years with Jesus* is breathtaking journey of spiritual self-discovery: Secrets finally out in the open; Mysteries revealed at last.

**Where do you find your own personal blueprint for life?**

Robert Mason Pollock found it by:

. **Investigating** remote corners of the world
. **Examining** radically differing belief systems
. **Joining** counter-culture communities
. **Exploring** straight and gay worlds
. **Becoming** a devoted student and disciple
. **Experiencing** painful loss and resentment
. **Finding** forgiveness and reconciliation
. **Accepting** his role as a Teacher
. **Moving** from Piscean to Aquarian **Age spirituality**
. **Choosing** self-empowerment

This book explores the karmic nature of groups (like the followers of Jesus). Rae Chandran channels Robert's Mystery School teacher posthumously, and Master Jesus reveals the startling fact that he geared his teachings to reach to an audience of farmers and fishermen!

*"Twenty-Five Years with Jesus a multi-dimensional memoir that ignites your spirit. For anyone who has ever had a guru or been in a spiritual group, the information is eye-opening and indispensible!"*
~ Stefanie Samek



**Robert Mason Pollock is** an energy healer, author and teacher living in the Berkshires of western Massachusetts.

**BerkshireEnergyHealing.com**



ISBN 9781979406178

90000 >

9 781979 406178

---

**TWENTY-FIVE YEARS *with* JESUS**

Robert Pollock

---

# TWENTY-FIVE YEARS
## *with*
# JESUS

**Discovering My Own Truth in a Modern Day Mystery School**

## Robert Mason Pollock

Twenty-Five Years

with Jesus

# Twenty-Five Years with Jesus

Discovering My Own Truth in a Modern Day
Mystery School

by

Robert Mason Pollock

Copyright 2017 by Robert Mason Pollock

Second Edition

Self-Published through

CreateSpace.com

Available on Amazon.com

ISBN-13: 9781979406178

ISBN: 1979406170

# Contents

| | | |
|---|---|---|
| Acknowledgements | | 7 |
| Introduction | | 11 |
| Part I | Early Years | 15 |
| Part II | Getting Serious | 23 |
| Part III | Finding Jesus | 93 |
| Part IV | Finding My Own Path | 146 |
| Part V | Finding Answers | 156 |
| Part VI | John Speaks Through Rae | 172 |
| Part VII | What Jesus Taught Me | 210 |
| Appendix 1 | Energies of the Darkness | 218 |
| Appendix 2 | Universal Laws | 224 |
| Appendix 3 | Virtues | 232 |
| Appendix 4 | Letter to John, Oct. 2011 | 238 |

# Acknowledgements

MANY people helped me with this book by encouraging me, holding my hand, and reading what I had written.

Winslow Eliot saw the manuscript first. She is my writing coach. Christine St. Clare shared many of my experiences in Toronto. She read the manuscript and made suggestions. Next I showed it to my Mother and sister, Anna and Wendy Pollock. Both said they got to know me better through reading about aspects of my life I had never shared with them. Janet Doucette read an early draft and made some valuable suggestions. Daniel Burress read the final manuscript and helped me file a few rough edges. Stefanie Samek made many useful suggestions. Liz Stell edited the manuscript and formatted it as a book. And Rae Chandran channeled advice about the book at least a year before I started writing it, and did the channeling found in Parts VI and VII. Without his contributions, I probably would have never started it.

Thank you for your input.

Twenty-Five Years

with Jesus

8

# Introduction

THIS BOOK is about my spiritual journey. Much of it is about my involvement in a mystery school in Canada for more than 25 years. This was a spiritual community with a teacher named John.

John was a Master. He understood consciousness and he understood life. All the participants in this spiritual community had close connections with Jesus during his ministry 2,000 years ago. All of us accepted that we had incarnated at that time.

This book is my story and it is based on my recollections of my own direct experiences, and the conclusions I have drawn. Other people who were there have different stories to tell, for they experienced the events differently. As I tell my story, I do so from the perspective of what I knew and believed at the time. I save the summing up and drawing conclusions for Part V, Finding Answers.

Among other things, this is a book about revealing secrets. I promised never to reveal some of what I am writing in this book, and other things are personal matters that I discuss with friends, but

have never proclaimed in writing. But the reasons for keeping secrets vanished when John transitioned beyond this life in 2012, and what I have written has John's posthumous approval. Let me explain.

Some of what is in this book in Part VI is channeled. Channels are sensitive people who can feel and convey information from disincarnate beings — human beings who have died, or the great Beings of Light who live on different dimensions and guide human beings on their paths through their lifetimes upon the Earth.

In this book, Rae Chandran channels Master Jesus and Archangel Michael, as well as John. How reliable is channeled information? I would say that channeling varies with the channel. I trust Rae's channeling. We are writing partners, and together we have produced a number of books of spiritual teachings and information. Rae channeled these teachings, and they have the ring of truth for me. My advice with this or any channeled information is to use your own discernment. Does it feel right to you? Does it have the ring of truth?

John has spoken to me through Rae several times, beginning in October 2014, and the transcriptions of all these sessions appear toward the end of this book in Part VI. I am sensitive enough to be able to feel John's vibration. I knew I was speaking to the spirit of John, so these words ring true for me.

I wrote this book with the intention of being

accurate and true, knowing that what I wrote would likely be the only written record of John's life. John was a great being and what I learned from him put me on my own path of returning to the Creator. While the remnant of the community of John's followers still exists in Canada, they still abide by the strictures of secrecy and anonymity that John established when he was alive, so I feel that it is unlikely that any of them will tell their story publicly.

Writing this book has been therapeutic and cathartic. I resisted writing it for at least a year, fearing that it would stir up the emotions and pain I had experienced during the years I had spend in Canada. Just the opposite occurred. I wrote most of the book in a month, and I feel much freer and clearer for having done so.

I also wrote this book with the hope that other spiritual seekers could benefit from my experiences. There are many pitfalls along our paths, and spiritual seekers are vulnerable because they can be ungrounded, naïve, and trusting. I have learned that there is no perfect teacher, and that a good teacher does not control the students, but sets them free. I hope that others will profit from my experiences.

My intention for writing the book was not only to write about my own experiences, but also to explain some of the larger aspects of myself, and the people who made this larger awareness possible for me, by their very presence in my life.

My intention is not only to write about my own experiences, but also to show the larger aspects of Jesus as the Universal Christ Consciousness, and how he was supported in his mission by those who were closest to him — Mother Mary, Joseph, and his wife, Mary Magdalene. Jesus was more of a shaman and less a philosopher who expounded great truths. He taught us to stand still and hear the wisdom of our souls, how to live in harmony with nature and the Earth, and that every aspect of life is part of Creation.

This book is less about John's teachings, and more about what it was like for me to live in John's presence for 25 years. Much of what I learned from John can be found in my first book, *Navigating by Heart*, which I wrote in 2009. I made no reference to John in the first edition of that book because he was still alive. I have been around people who have underlined their copies extensively, and he deserves the credit for whatever wisdom I conveyed there. I am issuing a second edition to *Navigating by Heart* at the same time this book goes to press so that the information it contains is put into the context of where it originated, and credit is given where it is due.

Robert Pollock
Pittsfield, Massachusetts
November 2015

# Part I

# Early Years

I WAS BORN into a world that no longer exists. In November 1944, World War II was raging. My father was fighting in the Mediterranean. My mother was living with her parents and extended family in Washington, D.C. I made the 13th person in a household that included her brother and his wife and infant son, her pregnant sister, her parents, her two grandmothers, and two boarders, Mr. Sisson and a good Lutheran minister, the Reverend Steinmeyer. My grandmother kept house and cooked for everyone. My grandfather worked in the federal bureaucracy. The house had a finished basement and attic and numerous sleeping porches to accommodate everyone. There was a war on with a housing shortage and people made-do.

The year before, my mother had graduated from college, met my father on a blind date, married him

two months later, and turned down a scholarship to an Ivy League medical school. In 1943, women either pursued a career or got married, but not both. Many women married servicemen, not expecting them to survive the War. She had a job measuring crystals at the Bureau of Standards, and later learned that these were used in Norden bombsites. She was 22 when I was born.

The war in Europe ended in May, 1945, and my father sailed back to the U.S. in July on a 30-day pass. He was on his way to fight the Japanese. He had been traumatized by this battle experiences in the Navy, suffering life-long untreated post-traumatic stress disorder, then called battle fatigue, and he was treated for this condition in a hospital in southern France — a shot to put you to sleep for three days, and back to the war. He rarely talked about his war experiences, but once he confided that he slept with a revolver by his bed for the first two years after returning from the War.

While my mother came from a large nurturing Protestant family, my father came from a broken home. His birth parents divorced a year after he was born. His mother was a nurse. His father was a Jewish doctor. He was raised by his mother in her parents' house in New York City. Family secrets were not discussed, and whatever transpired to cause his birth parents to separate was never spoken. My father did not see his father after he was 5 years old. His mother remarried when he was 13, and he remained an only child. I knew my father as life-long narcissist, and I believe his upbringing contributed to his difficulty being a loving, supportive parent.

My father was 24 when I was born. He was a junior officer in the Navy, commanding a crew of 30 on a ship that landed tanks on the beaches of Italy and southern France. He met me for the first time in July, 1945 when he was on his 30-day home leave, awaiting a ship for Japan. He had left for Europe newly married. He returned to a tightly bonded mother-son family, and all accounts are that he was threatened by finding my mother so involved with her child.

The War ended during Dad's 30-day leave. Japan surrendered after atomic bombs were dropped, cancelling his deployment to Japan. He was discharged from the Navy in less than a year, and my parents moved to New England, first to East Hartford, Connecticut, and then to the Berkshires in Massachusetts. Dad was an engineer and a veteran, and jobs were plentiful. Mother was a Phi Beta Kappa student turned mother and housewife. My brother was born in 1947, and two sisters arrived in 1952 and 1954.



I was raised in an upper-middle class WASP-ish family of political liberals. We attended the Methodist Church until I was 6 years old. When a Unitarian Church opened its doors, my parents joined. I attended Unitarian Sunday school and learned a religion of values, ethics, and social

causes, not one of faith, love, and spirituality. Jesus was one great world teacher among others. My parents were Democrats, and throughout the 1950s their politics pursued a leftward trajectory. By the end of the 1950s, they attended meetings to Ban the Bomb; by the end of the 1960s, they were draft counselors who marched in Washington against the Viet Nam war. My father had become an atheist and a socialist. My mother was not so outspoken. Social gatherings among my parents' friends were heady discussions of the issues of the day. We did not have a television. We did not listen to popular music or jazz. My first records were Copeland's Appalachian Spring (I called it Appalachian Springtime), and Ravel's Bolero. It was a serious house, and awareness of the issues of the day was encouraged. American materialism and mass culture were discouraged. I was coming of age at this time and began the first tentative steps marching my own way.

The 1950s were a time when gay boys needed to pretend they were interested in girls. I always knew that boys were more sexually appealing. I had seen enough movies to know that my feelings were not the norm, and I had enough sense not to talk about them. My sexuality was confirmed in a series of sexual encounters with a childhood friend. My household was an un-sensual, unloving place. My mother was cool and aloof; I secretly idolized her. My father was angry, insecure, and controlling; he was not someone to emulate.

Nobody talked about sex. In 5th grade I asked my parents what sex was, and I was told to look it up in the encyclopedia. The article was mostly about plants (stamen and pistils), and did not answer my question. In 8th grade, my father, in his great discomfort, instructed me in his version of the facts of life: Every sexual encounter with a woman resulted in pregnancy, and you could never really be sure what color the baby would be. And so forth. I knew none of this was true, but I also knew that it was unwise to argue with my father. So I kept my sexuality to myself and discussed it with no one until I had graduated from college.

These were years of conformity, without indication that the central theme of my later life would be spirituality. I was fascinated by Ancient Egypt and wanted to become an archeologist. I joined a Congregational church in 10th grade, mostly because my closest friends belonged. It was an exposure to Christianity that did not last. A few years later in University, I was a non-believer. I believed that Science would eventually understand what religions had sought to explain, so God was unnecessary.

My adolescent rebellion was about rejecting the values of my parents. They liked to go hiking and camping. I stayed home as soon as soon as I was old enough. They were seriously concerned about the issues of the day. I was seriously concerned about who my friends were, the clothes I wore, and how I appeared to others. I became an apolitical conformist. I followed the rules. I studied hard. I did what was expected of me. I wanted to succeed. I

knew that in the early 1960s, being gay meant disgrace and rejection, so I had a girlfriend when I was a college freshman. She came from a working class family in rural Pennsylvania, and her educational goals were primarily about obtaining a husband. She devised a way to evade her dormitory curfew so we could check into a hotel together. My only heterosexual experience was initially successful, but 6 weeks later, after we had broken up, she said she was pregnant. Marriage was not an option. What ensued was a back-alley abortion and medical complications. She flunked out of school. I was depressed for the next year. I never saw her again, and I don't know what became of her. I was too self-involved to care. My fling with heterosexuality was over.

The summer before graduate school, I wandered into a gay bar with a nominally straight friend. In retrospect, I was like most of my college friends — gay, very naïve, and in the closet. I came out at age 21, and started living two lives — a straight graduate student of town planning (my goal was to make U.S. cities prettier and more European), and gay student who cruised bars and after-hour clubs. I loved the intrigue. And I loved the sex. I made few friends and did not form relationships.

I was starting to rebel. I smoked grass. I saw that my parents were right about the war that was raging in Viet Nam, and I marched in some marches, and was tear-gassed at the Pentagon. I wangled a medical deferment from the draft, but I was prepared to check the box declaring my homosexuality or move to Canada if the deferment had not been granted. I was learning to think for myself.

My first professional job was in Connecticut. I moved exclusively in gay circles. My hair grew longer and I grew a mustache. I heard the call of Gay Liberation in the late 1960s and marched in the 2nd Gay Liberation parade in New York City. Andy was my best friend. He was 25 years older and taught French at a community college. He was also sure of who he was, and was not afraid to speak his truth. He would chide me about my reticence and inhibitions. I learned a lot through our friendship and became more comfortable with myself.

Radical was chic, and we were no exception. The system was rotten, so what could we do about it? We talked about blowing up power lines, but more sensibly settled on trying to start a gay commune. Hippies were doing it, so why shouldn't we. Andy wrote a manifesto, and we ran an ad in the Advocate, the only national gay magazine at the time. We were besieged with letters, and hosted a weekend retreat in the summer of 1971. Nothing came of it, and my life started moving in other directions that year.

My employers knew I was gay. I did my job well and made no waves, so they said nothing. The people I worked with were hip, straight professionals who smoked grass. Some had gone to Woodstock. But the firm was downsizing because a planning grant from the State had ended. I knew my days in Connecticut were numbered.

My interest in spirituality started to stir. It started mentally through books. My aunt loaned me a book about Edgar Cayce, and at first I thought it was off-the-charts ridiculous. A month later, I picked it up again and something clicked. I read The Autobiography of a Yogi and learned to pronounce the name of the author, Paramahansa Yogananda. It could roll off my tongue. Andy had been a seminarian, and I borrowed a rather pedantic book on transcendental and mystical experiences, written by someone without firsthand experience. I read it from cover to cover. And at my going away party from the planning firm, people chipped in and gave me a suitcase and a copy of Secrets of the Great Pyramid by Peter Tomkins. I resonated with his suggestion that the Great Pyramid might have been built by people from a lost civilization as a record of their attainments and knowledge.

I had laid the groundwork for my future during the three years I lived in Connecticut. I became disaffected by the prospect of living a conventional life and working in the 9 to 5 world. I was becoming more comfortable with myself, and started seeing change as desirable. I saw growth as a process of shedding inhibitions. And my interest in spirituality had taken root. At first, I kept this interest to myself, for I knew no one who shared it, but time would this change as well.

# Part II

# Getting Serious

THE WINDS OF CHANGE were blowing hard during the late 1960s and early 1970s. Some people resisted; they were threatened or set in their ways. I let my sails be filled. These were times of great turmoil and calls for change. Everything was questioned. Dead-ends, absurdities, and hypocrisies were rampant. Although I had a successful professional career, I became disillusioned by the direction my profession was taking. I came to see myself as an apologist for the endless suburbanization of America. We were creating deadly, soul-killing places, and building Interstate highways everywhere. I wanted no part of this. The Club of Rome had issued a study saying that the Earth was running out of petroleum. How could we as planners issue endless boilerplate 20-year plans for communities when the viability of the automobile was being called into question? Shouldn't we at least propose some alternatives

with extensive use of mass transit and denser development patterns? The principals of the firm put a stop to this talk. We were a generation too early.

Exciting things were happening, and I wanted to participate. In August 1971, I had smoked grass for about 4 years but I had never used psychedelics. I recall an evening perhaps a year before that August. I was so high that I felt love and oneness with all beings, including my cat, who was sitting on my lap. I was about to move into the realm of direct experience of spiritual realms through drugs.

I had bonded with some friends who were interested in forming a gay commune, and we decided to make some journeys together. The first involved two Volkswagen buses traveling to Nova Scotia. The second was to Atlantic City, New Jersey to look at art deco architecture. I had been to neither place before, and I was not excited about Atlantic City. It was a tawdry place of abandoned hotels, tacky people, and shoddy appearances. Someone had given me some mescaline. I decided to try it on my own.

I carried Andy's book on transcendental experiences with me while I was having one. Not much happened during the first half hour. I left the hotel room and started walking. I passed a strange assortment of people. Most seemed somewhat down on their luck. They started assuming symbolic significance, representing people who had been instrumental in my upbringing, or who had helped me during my youth. One represented my step-grandfather, others were friends of my grandparents, people who had come of age during the 1920s and shared the values of that time. I felt some contempt for their ways, for I had moved beyond the confines of what motivated them to continue being who they were. The drug was getting more and more powerful. It was getting harder to stay in my body. I lay down on the beach and stared up to the Sun. Then I was in the Sun, and a great voice said, "Robert, do not judge these people. They are all my children." I was surrounded by this great voice, and the Sun.

I awoke from this state and wandered into the sea. I was sobbing uncontrollably, and unaware of other people around me. I now see this experience as a second baptism. I was being baptized into a new life as a spiritual being. I was finished with Atlantic City, and with a phase of my life. I went back to the hotel, packed my things, and caught a bus to Connecticut.

At work the next day I was given a months notice. My job was being terminated. I knew this was coming and decided to travel rather than find another job. I was dropping out. This was the end of my career in town planning. It was time to see the world and spend some time sorting out my life. My brother was a Peace Corps volunteer in West Africa. I decided to begin by visiting him.



Andy always joked about travelling with Bunny Fensterwald through darkest Africa. Andy was my best friend, and Bunny was a fictitious hapless upper-class English twit who bumbled through Africa leaving chaos in his wake. I pictured pith helmets, swarms of mosquitoes, and heard lions roaring the background. I knew nothing about Africa, and had no inclination to go there. It was a place for friends to joke about. My focus was on my life in Connecticut, my friends, my job. All that was about to change. I was about retrace Bunny's footsteps.

I was 26 and would be out of a job in a month. My firm was downsizing. I had lasted through several cutbacks as the payroll shrunk from 32 to 14 people. Now it was my turn. I wasn't sorry to go, and I didn't want to another job right away. The early 1970's seem prosperous and affluent compared with today. I had been flown to job interviews by prospective employers, and with my new Masters degree, I could pick and choose where I wanted to work. I settled for a job in Connecticut that allowed me to take three months off before starting work so I could spend the summer in Europe. During the few years I had worked, I paid off all my student loans and was ready to travel again. I wanted to find a

place to settle while I decided what to do with myself.

My brother Dennis had joined the Peace Corps when he graduated from college to avoid the draft. He had been posted to a small up-country village in Liberia, West Africa. We wrote infrequently. His last letter contained an invitation to hang out with him – open ended, for as long as I'd like. Why not?  Sounded like a gas (a 1970's word for awesome).

I sold my furniture and bought all the things I thought I would need in Africa. He said just come, I wouldn't need anything special – just T-shirts, shorts, and flip flops. I always believe in traveling light, yet I packed for a safari – a steamer trunk with all my enamelized cast iron pots and pans from Bloomingdales, heavy boots, a rain poncho, lots of mosquito netting for over the head, along with long sleeved shirts and long pants to keep the bugs away. I was going to a tropical rain forest! Who knows what I might encounter.  No electricity? I brought some candles and hoped for the best. Snakes? I brought a snakebite kit. Scorpions? The snakebite kit would have to do. Creepy-crawly things? I brought a liter of insect repellant. I could pick up a machete over there. "Travelling light" has a nice ring to it.

## Diverted to Paris

Because I had worked on a ship for a summer while I was in college, I thought it would be neat to travel to Africa by sea. American steamer companies sailed from New York down the West African coast, and I booked passage on a ship that docked in Monrovia. I was ready to go when a strike paralyzed East Coast shipping for the foreseeable future. Ever resourceful, I telegraphed Carl, a music student friend who was studying the harp in Paris with Pierre Grandjany, the patriarch of the French harp. He had premiered Debussy's *Dances Sacred et Profane* in 1917. I telegraphed Carl my travel details. He reluctantly agreed. I would spend a week in Paris before flying on Pan Am to Monrovia. The steamer trunk would fly separately on airfreight.

Carl lived in a tiny maid's room on the 6th floor of a building on Avenue Mozart in the 16th Arrondissement. There was no elevator. There was no room. I slept on the floor and imposed terribly. The Metro was on strike, so I borrowed Carl's motor scooter and tooled around the back streets of Paris. One day at a sidewalk café I glanced up from the International Herald Tribune, and looked up to see a friend from Connecticut. We hung together for the rest of my stay, relieving Carl of hosting obligations. We hitchhiked around Paris because of the Metro strike. Drivers picked us up and drove us out of their way to our destinations. The Army ran canvas-topped trucks with lengthwise back-to-back benches facing sideways for chic Parisian woman, legs crossed at the ankle. When the Metro started running again, in their defiance, ticket-takers refused our tickets the first day, and gate-keepers left their gates open so we could run down the platform to jump on a train. Solidarity and communal spirit lasted about a day until Paris resumed her normal impassive routines.

## I destroy a Beach in Africa

It took all day to fly across the Sahara. From the air, the Sahara is a study in okra and burnt umber. Huge tree-like drainage patterns stretched for miles and night fell as we landed in Freetown, Sierra Leone. A few hours later, my brother picked me up at the airport in Monrovia.

We spent several days with Peace Corp nurses in a nice house near a beach in Monrovia. This was an upscale neighborhood, a far cry from the shanty towns where most citizens lived, (and from Carl's maid's room in Paris) – marble floors, spacious rooms, running water (which you

didn't drink), electric light (when it worked). I even had my own room.

The next morning we walked down the beach. The weather was perfect – high 60's at night, low 80's during the day. Being close to the equator, the sun is very intense. It rises and sets quickly, twelve hours of daylight, twelve of night. There are two seasons – rainy and dry. This was rainy season, meaning that it rained almost half an hour in the afternoon. Such rain! Much harder than what we experience during the heaviest part of a thunderstorm in Connecticut. It seemed like several inches fell every afternoon. And when the rain finished, the sun came out immediately, and the water drained quickly through sandy soil.

It was a steep beach with no one around. If there were houses, they were far away. A huge lagoon sat at the top of the beach, stretching inland farther than we could see.  Being a hydraulic genius, it didn't take long for me to see the possibilities. What if we dug a little channel to drain a bit of water from the lagoon into the ocean? That wouldn't take long with six Peace Corp volunteers. I would supervise.

We set to work with our bare hands, and in half an hour, we admired our handiwork as the first trickle of water flowed down the beach to the ocean without sinking into the sand. Why didn't somebody think of this before? But after a few minutes, trickle, trickle, trickle became a torrent. We needed to wade way out into the ocean to cross our canal. It was tearing up the beach. We had unleashed a monster.  A whole lagoon needed to drain through our canal which was now about 15 feet wide and growing rapidly. There was no way to stop it. Fortunately there was no beach patrol. This was a third world country, and I was responsible for ruining the local ecosystem. After all, I was a hydraulic genius. We left the roaring monster we had created and walked back to the house, crestfallen.

We heard that a few days later, the lagoon was back to normal and the beach had repaired itself. How? I have no idea. Apparently beaches do that. They shift and move. Thankfully that beautiful beach fixed itself, and the lagoon remained intact. It probably still is.

## Going Up-Country

A few days later, my brother and I left for his town. Tappita is a road town several hundred miles away on the main highway that connects the two ends of Liberia through the middle of the country. The highway was about 20 years old, and building it changed the country forever. It made land travel possible through areas

that had been high forest for thousands of years. High forest means virgin tropical rain forest. Tappita was surrounded by low forest – areas where the original forest had been cut. Trees in the high forest are several hundred feet tall. Low forest trees are like trees in the New England – 30 or 40 feet high. Vegetative growth is irrepressible, despite the lack of rich topsoil. Equatorial sun and rain are enough. Forests of trees 300 feet tall rest on sand and a paper-thin skim of leaf mold. Ants eat everything else.

The highway changed the culture of Liberia as well. People who drove cars and trucks advanced to the top of the social pecking order. Machismo ruled. Drivers were the new elite. They would drive beat-up Datsuns at breakneck speeds on dirt highways through chocking clouds of dust and be admired. Teenage boys aspired to become drivers.

I should not have been surprised since Liberia had been founded by Americans. Contemporary Liberians were merely following another American footstep, the passion for an open road. Most African countries had colonial infrastructure – paved highways and railroads to extract resources from the interior. Liberia had been founded to settle freed American slaves, known as Americo-Liberians. This was an independent republic, ruled by Americo-Liberians for more than a century, and highways were a means to extend their control over the 30-odd tribes who lived in the high forest. Americo-Liberians were lighter skinned and spoke English, the national language. Tribal Liberians were dark skinned and spoke one of the tribal languages as well as English. The seeds of Liberia's 1989-97 civil war had long ago been sown by the unequal treatment of tribal Liberians by Americo-Liberians and age-old rivalries among the tribes.

Land travel in Africa was grueling, a choice between "money buses" and taxis. Most Africans took money buses – small pickup trucks fitted with a roof, no sides, and custom decorated with garish paint jobs, Christmas lights and whatever else was available. African and Caribbean music played through speakers. Twelve to twenty passengers would cram into the back of a money bus, along with assorted chickens and goats being brought to market. Westerners preferred taxis - small Japanese sedans – four in back, two in front, plus the driver. Luggage was piled on the roof. Windows were always open. Dust was omnipresent.

You can catch a taxi at a plaza in Monrovia where taxis assemble for destinations throughout the country. When

the taxi is full, it leaves, so you could wait for hours. My brother Dennis and I arrived one morning to a mob-scene worthy of the Russian Revolution. Dozens of drivers converged, wanting to know where we were headed, offering to take us there for outrageous sums. Each out-shouted the other. In Liberia, this is known as palaver. People live to palaver – argue, shout insults, walk away, shout some more. It is the national past-time. But it was freaking me out. What's wrong with buying a bus ticket for a set price and following a schedule like bus service in the States? I retired to the edge of the plaza with my steamer trunk to let Dennis handle this. He had lived there for more than a year. It took an hour of palavering to get us into a taxi and on our way, stuffed into the back seat of dusty Toyota, charging down a dirt highway at 75 miles an hour.

Giant Spiders

We arrived at Dennis's house after dark. There were no electric lights. We lit kerosene lamps and an Aladdin lamp that burned kerosene on a mantel and emitted as much light as a 75-watt bulb. You had to have an Aladdin lamp in Liberia. Dennis had a small two-bedroom, one-storey house, sparsely furnished in neo-hippie – hammocks, a table and chairs, a kerosene refrigerator, propane stove, no running water. An outhouse stood in the backyard. The bathroom had a sloped floor so water would drain outside. He bathed from a bucket heated on the stove by ladling water over his body. A houseboy hauled water from a communal well. All westerners had houseboys. Drinking water was boiled for 15 minutes, then put through a ceramic filter. Interior walls were eight feet high with an open area above the corrugated fiberglass roof which thundered when it rained.

We splashed off all the road dust in the bathroom and I was ready for bed. The spare bedroom hadn't been used for a long time. I took a kerosene lamp into my new bedroom, and there, sitting in the middle of my bed, was a spider bigger than a saucer. I flipped out! I don't normally have trouble with spiders. I put them in glass jars and release them outside. But this was a monster among spiders, a genetic mutation sitting on my bed, in a dark bedroom somewhere in Africa. I burst into tears. It had been a long day of palavering taxi drivers and dusty highways and already I wanted to go back to Connecticut.

In a panic, I told Dennis he had to kill that spider right away. I was freaking out. I couldn't turn the light off and go to sleep with that thing in the room. No way! He

said they are harmless and lived in the rafters. It had only come down because the room had not been used. I insisted; he deferred. And thus ensued a battle in which a saucer-sized spider was attacked, and proceeded to counter-attack for ten minutes. This creature did not take its death lying down. It maneuvered quickly and went after my brother. Eventually it was dispatched to spider heaven. No one was happy. Dennis was obliging but worn out. The spider was dead. I was freaked out and unable to sleep. I eventually learned to live with those spiders. Dennis was right. They lived in the roof rafters and left us alone.

I could see Dennis's house better the next morning in daylight. The first thing I saw was a mason jar on the kitchen counter filled with clear liquid. Inside the liquid was a small grey snake about six inches long, dead of course. Dennis said that this was a two-step. If one bites you, you have two steps to live. When one appears the entire town stops what they are doing to kill it. On one occasion, Dennis had asked to keep the body. My snakebite kit was looking pretty useless. Fortunately, the only snake I saw in Africa was a dead two-step in Dennis's kitchen. I found another place for the jar once I started cooking.

I wrote my first letter home two weeks later and it had a good description of Dennis's house:

> Dear Mother,
>
> "The hardest thing about this place is getting used to Dennis's living habits. He's been very good about adapting to my ways, and I to his. Before I got here, he was doing little more than camping in this house. There was little furniture and little order to things. Theodore, his houseboy, did all the cooking on a fire in the back yard, so the gas stove and kerosene refrigerator had ceased to be used. The same is true of several kerosene lanterns, the radio, his bicycle, etc., etc. But we've got most of these things working now, and the house is somewhat in order. We've hung a lot of his tie-died fabric on the walls, too. Dennis just doesn't seem to mind living in such disorder, which is his way, but my being here seems to have given him some enthusiasm for his house.
>
> "While Dennis managed to live five months straight on African food, I don't really like it steadily, but it's OK once in a while. It consists of plain rice with different kinds of "soups" poured on top. While the

main ingredient of the soups is hot pepper, they are varied with peanuts, palm oil, dried fish, cow meat, dried monkey meat, smoked bush deer, and a lot of things I haven't identified. Sometimes they make it with collard greens and okra.

"His spirits are a bit low about leaving. He wants to leave because he has become disillusioned about many Liberians whom he thought he could trust and befriend. Making "palaver" (or having arguments) is one of their chief pass-times and they are good at it, or better than he is, I suspect. These squabbles drain him emotionally for it is our way to argue only as a last resort. Another disadvantage he has is in being such a good person, for the Liberians have learned how to take advantage of his good nature to their benefit."

I had come prepared to deal with hoards of tropical insects – mosquito netting, bug hats, insect repellant. Instead I found houses without screens, shutters instead of glass, and no insects. My notions of insects in the tropics had been formed by Hollywood. Perhaps hoards of insects did live in the Congo, or South America but there were very few insects in this part of West Africa, except for the mutant spider.

The occasional creature which flew through the window was something to behold in wonder – a preying mantis in scarlet and black, an emerald butterfly, or one in sapphire. Brilliantly iridescent beetles joined us on occasion.

The rogue mosquito did exist. This was a malarial zone, and the Peace Corp supplied quinine tablets to take weekly as a precaution. If you developed a fever, you took 10 tablets to suppress the symptoms. This meant that you had been bitten and will carry malaria for life since there is no cure. I was bitten three months later and took my ten tablets. At the time, that was that, but two years later, back in the States, I caught a cold with a fever, and it triggered raging fevers every other night. I had no idea what was happening. Neither did my doctor, who was unschooled in tropical medicine. Dennis told me I had malaria. I took some quinine and the fevers ended. I have to be careful with fevers now, but I've never had another outbreak of malaria.

Several thousand people lived in Tappita. Twelve were Peace Corp volunteers. Dogs were everywhere. They didn't seem to belong to anyone, and scavenged whatever was left behind. Carol was a Peace Corp nurse from Kentucky who ran a well-baby clinic. She had found a puppy, took it into

her home, and fed it meat. The Africans were furious. You didn't take a dog into your house, and meat was a rare treat for them, not to be fed to dogs. That situation simmered for the two months I lived in Tappita and Carol had to keep her dog in her house for its own protection.

I had been a vegetarian in Connecticut but I soon found that I needed to eat whatever was available. Dennis's houseboy also cooked and after a dinner of fish stew – dried fish stuff over rice that smelled and tasted like dead fish – I took over the cooking. After all, I had to use my pans from Bloomingdales! The question was, what to cook? Local women grew rice in the low bush, so every meal had rice. Stores run by Lebanese had western canned goods – chick peas, vegetables, beans, tomato sauce, full-fat powered milk for making yoghurt. Local farmers grew vegetables – eggplants, cucumbers, tomatoes, onions and spinach. And there was lots of fruit – bananas, oranges, lemons, pineapples, limes, and grapefruit were local. Women sold peeled oranges in markets. Woe-betide someone who bit into orange skin. For some reason orange skin was highly acidic and burned your mouth. Apples and pears were imported from Europe and very dear.

Saturday was butchering day. The local butcher killed cow on Saturdays. He sold two cuts – no bone, 60 cents a pound; with bone, 50 cents. Both cuts were warm. You took what you could get and didn't ask questions.

I soon found that Africa was a kind place. She embraced me and helped me rest, relax, and find direction for my life. I spent many days in rubber tree plantations outside Tappita. I would string a hammock between trees and read. I had bought some books and Peace Corp people passed others around. These plantations were beautiful quiet monocultures carpeted with grass, and populated with songbirds. Columns of leaf-eating ants scurried up and down the trees. Bug-a-bug mounds were scattered through the neat rows of trees. These were colonies of termites made of mud and shaped like mushrooms three and four feet tall. I wanted to bring one home (without the bug-a-bugs).

American Evangelical Baptists had a missionary compound on a hill outside Tappita. This well-funded operation had an act that was hard to beat. Every Sunday, missionaries would fly little single-engine airplanes to various off-road villages in the high bush. The only way in or out of an off-road village was to walk or fly. This was a realm of bare-breasted women and animist

religions. Missionaries wanted to change that, and landed their planes on a soccer field and preached the word of the Lord to the locals through an interpreter who spoke the tribal language. There was little social interaction between Peace Corp volunteers and missionaries. Both came from the same country, but lived in different worlds. The Peace Corp people socialized with Spanish lumbermen who ran a lumber camp in the high bush. They found more commonality there than with the Baptists.

One supreme irony was how the Peace Corp and Africans regarded each other. Most Peace Corp people held a deep disaffection for the U.S. The Viet Nam war was raging, the counter culture was growing, drug use was endemic, Nixon was the President, and some people joined the Peace Corp to get away from materialistic America. Africans, on the other hand, loved everything American – the clothes, the music, the culture of a country where the streets were paved with gold. They would have moved to America in a heartbeat.

People saw me as Peace Corp. I used their mail and medical services. I just didn't have a job. I interacted with Peace Corp people socially. These are the people I remember from Tappita – Carol, the nurse from Kentucky who fed meat to her dog;

Jerome, a tall sensitive black man from south side Chicago, who went to Africa to find his roots, and found them among the white Peace Corp volunteers instead of with the natives; Seymour, a three-tour Peace Corp volunteer from Brooklyn, who had volunteered in Ceylon (as it was then called, modern day Sri Lanka) and Micronesia before being posted to Liberia; the Kenyons, school teachers from Kansas, who celebrated their 25th anniversary during my stay in Tappita; and my brother, whose idealism caused him to see the native people as noble-savages, when they were actually anything but.

The Liberians were as different from each other as Americans. Some were kind and supportive. Many were manipulative and conned where they could. Some practiced witchcraft. Some placed spells on each other. Peace Corp people thought they were immune from these curses but I cannot testify to that. Stories circulated about normal kids who suddenly became mentally handicapped. A nurse told me about an incident in the one-story hospital where she worked. One day, a goat wandered into the hospital and peed by the bed of a lady who had broken her leg. That night the lady died, and the goat was seen looking through the window by her bed. The same goat followed her funeral

procession two days later, and so the police arrested the goat! I never heard whether they extracted a confession or imposed a punishment. Witching was illegal according to the laws of the Americo-Liberians, but the upcountry natives still gathered in the forests in secret and performed coming-of-age rituals and ceremonies which were not spoken of.

## Cockroaches

Thanksgiving was coming, along with the two Peace Corp nurses we had stayed with in Monrovia. There was a problem, self-created, as it happens. I had used the outhouse in the back yard without incident until the day I shined a flashlight into the hole and discovered that it was an ecosystem populated by hundreds of two-inch cockroaches. I was repulsed, and I couldn't allow the nurses to plunk their lily-white bums over hundreds of cockroaches when all they had seen of Africa was the flush toilets of Monrovia. Mr. Fix-It went to work. Raid was useless; it hardly caused a stir. Ditto for a flaming newspaper. This called for big guns. Half a gallon of kerosene, followed by a flaming newspaper did the trick. Hundreds of cockroaches emerged from their soiled lair and swarmed all over the back yard. Some went in the house. That fixed it - shitty cockroaches in the house. Fortunately they disappeared by the time the nurses arrived. I served baked cucumbers with dill for Thanksgiving dinner, along with roasted chicken and baked yams. I was learning to let things be.

## Ants

We celebrated the Kenyon's 25th anniversary a few weeks later. The Spanish lumbermen invited us to a logging clearing in the high forest for a feast. They hungered for contact with non-natives and were gracious hosts. They had sent some men into the jungle the night before to kill a bush deer and we roasted venison shish kabobs over a bonfire into the late evening. I asked one of the lumbermen about the most dangerous creatures in the forest, expecting to hear about big cats or poisonous snakes. His answer was ants – army ants, also called driver ants. Bush deer are about the smallest mammals that can survive the ants in the high forest. These ants are carnivorous and march in columns. I had seen them crossing pathways in the jungle – a column of black ants about two inches wide, camouflaged by vegetation except where it crossed a dirt pathway. Dennis had taken a stick to lift the column. Army ants cling to each other and form a rope. Their bites can bring

down small animals with this technique – hence no small animals. Natives tie their enemies to the ground with horrifying results. There is no arguing with army ants. The lumberman described ants invading his trailer in the middle of the night. He fled the trailer, the ants ate whatever they could, and marched on.

Everyone was a bit drunk or stoned on the night of the Kenyon's anniversary party. It was a beautiful warm evening, and the smell of cooking meat permeated the forest. Then the ants arrived. It is not for no reason that they are called army ants. But this army did not have a general. We were invaded by an army of 30 or 40 columns of ants attacking simultaneously from one direction. Within 30 seconds, the clearing was carpeted with their ruthless biting. Some went up my pants and were attacking my legs! We abandoned everything, climbed on the back of pickup trucks, and fled. I took off my pants to deal with the ants on my legs. They had crashed our party and ended it.

Into the High Forest

Granville was an off-road town about 20 miles from Tappita. Dennis organized a two-day hike to Granville through the high forest for Carol, himself and me. We were to meet a missionary on the last day to fly us back to Tappita. I had only seen the high forest at night, and invading ants had spoiled that event. I was anxious to see it in daylight.

I experienced the high forest as sacred, a place out of time, the dawn of Creation. The forest floor was hushed and darkened. No sunlight penetrated to our level. The action happened several hundred feet above us in several canopies inhabited by tropical birds and monkeys. We were in a cathedral. The columns were tree trunks 20 feet across, supported by buttress roots resting on the sandy earth. Every tree seemed different. The lumbermen told me that this forest had 300 species of trees and they logged three species. New England forests have perhaps 20 species of similar looking trees. These trees were amazingly different from each other – different kinds of bark, different root systems, and different seeds. I remember seeing a pea pod three feet long, and a spiky thing resembling a floating mine the same size. Leaves were enormous.

We spoke very little and walked slowly in hushed awe and wonder. There was little undergrowth, I suppose because there was very little sunlight. Friendly ants scurried up and down the trees. We found a little stream where a few shafts of sunlight hit the ground. Iridescent butterflies gathered

there, sunning themselves, rubbing their wings together. I felt that magic was everywhere. We sat on a rock and blended with the forest.

We spent the first night in a little village. The chief fed us and let us sleep in his house. Most of the locals had never seen white people before. Women were bare-breasted and friendly. They smiled innocently. Only the chief knew some English. Dennis gave him a few shotgun shells and $5, enough to pay his taxes to the central government for a year. He had a fortune.

We set out early the next morning to meet the missionary in Granville. A man with a grapefruit tree sold us some grapefruit. Another man with a banana tree gave us bananas. If you have never eaten a banana picked ripe from the tree, you have never experienced a true banana – succulent, with the consistency of ice cream. Words fail. We passed another man who was drying monkey meat on the ground. That was grizzly. We were getting close to Granville. An airplane landed somewhere ahead of us, and once we entered a clearing with round huts and thatched roofs, we had arrived in Granville. Little children swarmed us, mostly fascinated with Carol's long brown hair. They asked to touch it. They had never

seen hair like hers. They were very respectful and polite; they oo'd and ah'd with innocent pleasure.

The missionary was doing his thing with the locals in a large open pavilion. When he finished, he greeted us and motioned us toward his plane. I sat in the front seat with him. Dennis and Carol sat in back. The runway sloped down hill, ending at a row of high forest trees several hundred feet high. "I hope we're going to make this with four people," he said in mocking jest. I thought, "If there's any question . . ." and then we swooped over the trees with plenty of room to spare. We flew back to Tappita in a few minutes.

Fishtown

Everybody said I needed to see Fishtown while I was in Liberia. Fishtown had developed a reputation as an off-the-map paradise among hippie travelers in West Africa. It was on the ocean, near Harper, a small city that had been the home of an Americo-Liberian president who had lavished the place with paved roads and a hospital. I guy named Ken was the only Peace Corp volunteer in Fishtown, and he loved to have unannounced visitors. I decided to pay Ken a visit.

The countryside near the ocean is different from the interior – grassland

punctuated with palm trees. My taxi took me to Ken's house. It was by itself, on the beach. Ken wasn't home. My first order of business was to strip off my clothes and rush into the surf. A rocky headland jutted into the sea to the right of Ken's house. There followed a series of small scallop-shaped beaches, groves of coconut palms, and small islands a short distance from shore. Then the ultimate deserted beach stretched westward farther than I could see. Fishtown was at the end of the road. The next place with a road was 80 miles away.

Ken taught school and came home about 3 o'clock. We quickly became good friends. I told him about how I went swimming on his beach. "You don't swim on that beach. Lots of sharks!" I loved this place anyway. It was a tropical paradise. I thought about enlisting in the Peace Corp and requesting assignment in Micronesia. "Why don't you take this place? I'm terminating in two weeks, and they're not replacing me. I think the chiefs would rent you this house for $15 a month." That was an offer I couldn't refuse. Dennis was terminating in a few weeks, and paradise had landed on my lap.

I spent a week with Ken. We walked the beaches and talked about life. He was on his way to Paris. We were children of affluence with the world at our feet. The possibilities seemed endless. We met with Fishtown's three chiefs and negotiated rent at $15 a month, furnished. I had to promise that I would not report any witching to the central government. The Peace Corp volunteer before Ken had been Emily Post's grandson. He had felt compelled to file a witching report, creating a huge palaver. I assured the chiefs that my sense of decorum did not include reporting witching and the deal was done. I could live in Fishtown for $50 a month including rent, food, and other expenses.

Five Down, Five to Go

I had made some changes during my months in Africa. When I left the States, I was a rather serious but disillusioned young professional man looking for something more fulfilling than a job. I was looking for my place in life. My aspirations were not materialistic. Perhaps unconsciously, that's why I had gone to Africa. I look back on the person I was then, and see someone who was directionless but evolving, trying and experimenting, seeking to learn from the experiences that life brought me. There was some rebellion against societal norms. I had experimented with psychedelics, and smoked grass with some regularity. I had

been out as a gay man for five years, and sought fulfillment in the intrigue of furtive sexual encounters. I had had no relationships, and in truth, had found no fulfillment in the gay scene either. I was drawn to spirituality, but I did not have anyone to guide me, or talk to about the nascent feelings that were welling up inside. It would take me five more years of wandering to learn that spirit would become my central pursuit and focus. Meanwhile, I could hang in Fishtown and see what a more solitary life could provide. I had grown a beard, and let my hair grow. I looked different and felt that Africa would help me change inside, too.

Scoring Dope, African Style

But first I had business to attend to. I had visa business in Monrovia, and while I was there, I planned to score some grass. I needed to say good-bye to my brother, pick up my stuff in Tappita, and bring it to Fishtown. This meant traveling the length of Liberia twice.

After spending a few months here, I learned that transport trucks were the superior means of land transportation, providing that you paid a bit extra to ride in cab with the driver. Big trucks were more comfortable than taxis. They offered a smoother ride and were high enough so

road dust was minimal. I found a truck in Harper that took me to Monrovia in 8 hours. I stayed with the nurses by the same beach I had destroyed, and set off the next day to score some dope for Fishtown.

This meant venturing into the real Monrovia. Parts of this city on a hill looked like ante bellum mansions in corrugated iron, where sidewalks were treacherous paths of holes. Parts of the city on the flats were a streetless sprawl of one-story houses and packed earth. My directions seemed clear – take a money-bus through the flats to a certain place by a red house; walk left to a green house, and left again . . . . And ask for Little Richard. He was my main man, the guy with the goods. So there I was, the only white face in a sea of smiling natives, disoriented and lost, without a clue where I was. My directions were terrible. Everyone was so friendly, and a little boy came up to me and asked who I was looking for. "Little Richard? Follow me." I followed, and five minutes later he ushered me into a small dub and wattle house, and a plain room about 12 feet square with rudimentary benches on four sides. "Sit there". I was alone, and did what I was told.

Five minutes later, I was joined by a dozen tall muscular dudes, all business and no smiles, wearing drab colors of no

particular style. I suddenly feel vulnerable, and awfully white "Are you Little Richard?" "He's coming." Fair enough, we waited in silence.

Little Richard arrived ten minutes later. He entered the room with flourish and dominated the proceedings. Was this because of his shiny snake-skinned pattern outfit, his smile, or his out-going talkative nature? Clothes make the man. He was the man. "You American?" "Yes I am," I said tentatively, not knowing how this would land. "I spent some time in Jersey City!" Suddenly we were old friends. We had something in common. I told him my grandparents lived in Westfield. "Where?" That landed with a thud. He had never made it to the leafy suburbs of Westfield. We got down to business.

Dope in Africa was espresso coffee compared to the weak tea being sold in America. It was thick and resinous and very strong. You used it sparingly. Little Richard named his price – a little packet for a dollar, a coffee can full for ten. I always bought in bulk, so I went for the coffee can – weighing about a pound. This would sell for hundred of dollars in America. But Little Richard was a smart businessman. He had been to Jersey City and knew he was in a sellers market, and what I was accustomed to paying. His price was now

twelve. Perhaps my baulking caused him to charge fourteen so I agreed immediately. But first we had to sample his wares. That was customary. He rolled a joint out of my coffee can, and passed it around the room. Maybe that's why the other dudes were there. I took a toke and was instantly transported elsewhere. Paranoia set in gently. I looked around and started feeling like shouldn't be there. But the other guys were getting mellow on my grass, so I settled. I paid Little Richard $14 and the little boy magically appeared to escort me back to the money bus. I tried to hide the coffee can under my shirt. What I was doing was illegal under Americo-Liberian law, and I was stoned, disoriented and lost. I rode the money-bus back to the nurse's beach house, none the worse for wear.

I found a truck headed for Harper. The driver agreed to stop in Tappita for an hour so I could say good-bye to my brother and collect my stuff. Dennis wasn't home and his house was empty, except for my stuff. The lady next door knew Dennis and we sat on her porch while she told me his story. She was a kind, God-fearing grandmotherly lady, a matriarch, the sort of person who brought stability to a country that was very much in flux. Dennis had run afoul of some "Bad people" and he decided to leave early. She was sorry to see him go. She

knew him to be a good person. I knew what she was talking about, and thanked her for her concern. Later letters from Dennis told me of his journey home, sailing in the hold of a freighter from Monrovia to Algeria, and his subsequent journey to America. He spent several months readjusting to life at home. For a while he lived alone in a shack on an abandoned mining property, sorting himself out. Soon he was engaged to a woman to whom he is still married. He writes poetry and dotes on his grandchildren. Some of his poems are about Africa.

Design for Living in Fishtown

Living in Fishtown was different. I was on my own. There weren't other Peace Corp people to visit or social obligations to attend to. In fact, I was the only white person in town. This conferred a certain status, but that was ceremonial, not social. My time was my own.

The first thing I did was change when I woke and when and I went to sleep. The Sun rose at 6 am and set at 6 pm. Since it rises vertically in those latitudes, it rises very quickly – none of this lingering at the horizon for a nice slow lazy sunrise. Bang! The lights are on. Ditto for sunset. Five minutes and it's dark. Maximizing daylight became important without electric light so I

rose at 3 am and busied myself around the house. I went to bed about 8 pm. This way, I enjoyed the limited hours of daylight as best I could.

Ken had left me a book on yoga, so I started doing yoga every day on the beach. I started meditating and engaged in the occasional prayer. I was looking for guidance and direction and thought I might find it within. I was inspired by reading *The Autobiography of a Yogi*. I walked the beaches, read the stack of good literary and spiritual books that Ken had left me, wrote letters to friends (dutifully carboned into my journal), and bought food. The pace of life was slow in Fishtown. Little things that took no time at home could stretch for hours – walking to Harper to get mail and buy groceries, or buying food from people in town.

There, women did all the work. They grew the rice, raised the children, kept the house, hauled the water, and spent most of their days with each other rather than in the company of men. This was a polygamous society. Many men had several wives, particularly the three chiefs. They could afford this extravagance, and this meant that there were lots of single men who could not afford wives. Never mind. There was plenty for them to do too. They mostly hung with each other all day and

palavered. Their only responsibilities were to cut the low bush so women could grow rice, and fish. Low bush was cut every 11 years, and allowed to go fallow the other ten.

Fishing was much easier than farming but it was a noisy affair. When men were palavering, they also kept an eye on the ocean. When they saw a flock of sea birds diving into the water, that meant there was a school of little fish. Where there were little fish, big fish were nearby. That's when the men sprang into action. They paddled dugout canoes to the place where birds were diving, dropped a stick of dynamite overboard, and the bounty of the sea floated to the surface. This type of fishing was strictly illegal by international law, but there was no enforcement. When I snorkeled in those waters around Fishtown, I had expected to see tropical fish and coral reefs. Instead, the seabed looked like a bombed-out target practice zone.

I started eating a lot of fish. I could walk to a certain beach in the morning and buy a big freshly caught fish for 50 cents. I would put the fish in the refrigerator and cooked it for dinner. One afternoon, I stuck a knife into the belly of a fish and it started flopping around the kitchen, considerably blurring the line I had drawn between life and death. After that, I approached my fish dinners with more trepidation.

I had a steady stream of visitors during those months. Fishtown was known as a paradise up and down the West African coast, and people would show up for a few days of tropical heaven. For the most part, this was manageable and I enjoyed the company. Most visitors were American. Most were my age.

Russ and Barbara lived in Harper, but they spent most of their weekends with me. Barbara brought nice food to cook and they were my best friends in Fishtown. Barbara took care of the children of a Lebanese merchant, and Russ traded in the markets of West Africa. Among other things, he bought brightly colored millefiori African trade beads that were very popular among hippies of the west. He traveled to Abidjan Ivory Coast and Lagos Nigeria to buy trade beads and ship them to his contacts in America. After I returned to the States, I sent him $100 for trade beads and he sent me some boxes with 100 pounds of beads, nicely packed in little rows.

The visitor situation got out of hand only once when four rowdy American women invaded my tropical sanctuary. They were total strangers, and were here for a good time. We swam on one of the scallop-shaped beaches with islands just off shore.

One was the burial island, and was strictly off-limits. No one went to the burial island, except one of these women. She swam to island and reported her finds in her loudest shout: A pile of wooden coffins, whole coffins on top, rotted coffins and bones on the bottom; a pile of green copper bracelets; a pile of smashed ceramic plates. At one point, she picked up a skull, held it on her head, and mimicked a hula dancer. This disrespect was too much. I put my foot down and told them to leave. I put them on the next car to Harper, expelled from paradise.

It is rare for a westerner to experience a dancing day. I was lucky enough to see two of them during the months I spent in Fishtown, one for men, the other for women. Dancing days are holidays. Everybody takes the day off and has a party. Costumes are important and allow for great latitudes of individual expression. The cast-off clothes of western countries made their way to Fishtown by way of various charities, so there was no shortage of costume choices – gender-bending arrays of flowery hats and parasols for the guys, hunting jackets and flannel shirts for the girls. It was Sally Ann run amok. Five or six men beat drums making wonderful rhythms and long lines of people snaked through Fishtown to their beat. The three chiefs presided from a table they set-up outside. As the resident white man, I was expected to join them. They consumed copious amounts of homemade cane juice – clear distilled sugar cane, supposedly 200 proof. I was expected to join this libation. Instead, I found ways to mimic drinking it and spilled mine on the ground. They were too drunk to notice. I preferred to smoke my purchase from Little Richard and nobody cared.

The central feature of my back yard was the outhouse. I had learned my lesson about being an exterminator and left well enough alone. The yard was surrounded by a fence. Making a fence in Africa is easy. You take some sticks from a fence tree and stick them next to each other in the ground. They take root and little leaves even grow on top. Voila, a fence. I put all my trash behind the fence, knowing that people came along regularly to pick it up and reuse it – paper towels, tin cans, and bottles all made their way into town. I grew vegetables. The seeds were tropical varieties of regular vegetables imported from New Zealand. I also grew some grass, the smoking kind.

One of the responsibilities of the only white person in Fishtown was to administer first aid. Trusting people showed up at my door expecting me to perform miracles of

western medicine with the first aid kit the Peace Corp had supplied my house. Fortunately I never had to deal with life-threatening situations - mostly cuts although some pretty serious. One lady showed up with a week old machete cut on her left hand. It had scabbed over so it was too late for stitches. I washed her hand with warm water and soap, applied mercurochrome, and dressed her hand nicely with gauze and bandages. That was really what she was after, nice white western gauze. She was very proud of how it looked and came back a few days later for redressing. I showed her how it looked in a mirror. That made her day.

Living in Paradise caused my nascent spirituality to flower. I started praying. That was the first time I had ever prayed. I prayed for a relationship, a friend, a lover, someone to share the next phase of my life with. I didn't want to fall into the emotional surrender of love. I prayed for a friend who would understand me. My prayer was answered within a month.

Tropical Disease

I became very sick in January. Despite boiling and filtering drinking water with near religious fervor, I contracted amebic dysentery. They said you could catch it by eating raw fruits and vegetables. The symptoms – diarrhea, stomach in knots, loss of appetite, intestines in permanent spasm, and generally feeling horrible. Dehydration is common. I recorded profane descriptions of how horrible I felt in my journal. I nearly left for home at that point, but started feeling better and stayed on for a while longer. I was getting ready to return to the developed world. I missed media. BBC shortwave radio was my only outside contact. I missed being able to buy books. I missed my friends as well.

I walked to Harper once a week to get mail and buy groceries. The walk was six or seven miles along a beach lined with coconut palms. You needed to wear flip-flops rather than shoes because there were several deep streams to cross, and streams needed to be crossed in salt water to avoid contact with fresh water. Tropical parasites lived in fresh water - No swimming allowed.

Shortly after my week with amebic dysentery I felt well enough to walk to Harper. Halfway there, the cramps arrived and I lay doubled up on the beach, incredibly thirsty and unable to move. So this is where I am going to die. Suddenly an angel appeared disguised as an African woman. She had a machete and shimmied up a palm tree, cut off a coconut, split it open, and gave me the ambrosia inside to drink. She spoke no English, but I will

forever be in her debt. She revived me so I could continue on my way. I didn't eradicate the dysentery from my system until I returned to the States and took a course of pills that was as hard on me as on the parasites in my intestines, throwing me into a week-long stupor.

A Look in My Journal

My journals of the period were full of pithy self-observation and factoids I had learned. I read them for the first time in 45 years to write this piece, and I forgot many of the things I had realized in 1973 during the intervening years:

> Perspicuous means mentally clear, easily understood.
>
> Importunate means persistent.

> 1. I am really up to something in this life. I am going to do something with it, something lasting, something good, something important, something spiritually fulfilling. I shouldn't be plagued with self-doubts. I can do this. I can.

> 2. My life is only beginning. I am only 27. I am mature enough now to know what I am up to. I am a gay man, and there is no getting around that; but I also like women. About a year ago I decided that there were many persons inside me, none of which I could account for. They are probably past incarnations. [At the time I had no other explanation for how I could feel totally different about the same thing at different times.]

> 3. I must learn patience especially when learning new things, because I am going to learn many new things. I have found peace in Fishtown, and the understanding that peace can be found almost anywhere.

> 4. I shouldn't put my parents down. They represent the best of a tradition whereby man thought he could figure it all out by himself, and they have discovered many answers on their way. They will be shocked to find God when they die. [Good grammar trumped gender neutrality, referring to humanity as "man".]

> 5. It will be a long time, a long time until I find a place as

peaceful as this is. But I can't develop as a person here. I need civilization and all the accompanying annoyances.

6. I am not the sort of person who is going to find fulfillment in another person. That really doesn't bother me because I think I will find fulfillment elsewhere. I will find it with people, in a collective sense, and with God. [This is remarkably prescient, and set the pattern for my life.]

7. I can't offer a rational explanation for why I am going back. It's as if I am being called back. The circumstances that lead to my decisions – who knows who arranged the circumstances. I realize that we are in a divinely ordered world. [It took me many years to accept the truth of this realization, that the Earth is a proving ground for us to have learning experiences, and that the circumstances are partially set up so we can have the experiences we need to learn. I

sometimes facetiously refer to this as Great Coincidence Control Center in the Sky.]

8. I had thought that I was coming to Africa to sit and think and find myself. I'm going back with a more reverential attitude, more humbled than I was when I came. What I am doing is important. My life has meaning and purpose. Africa has been good to me. It may have freed me from 9-to-5 bondage. [This was one of the results of this trip. In the 45 years since I travelled to Africa, less than two were spent in 9 to 5 working situations.]

Leaving Fishtown

A few days before I departed, I gave a cot to the houseboy who worked for me. The next day, the cot was in the house of one of the chiefs. My house was full of western treasures, and I saw that the chiefs would take everything for themselves.

On departure day, a car was coming for me at 1:00 pm. Around 12:30, inspiration arrived. I could put the small things from

my house behind the backyard fence so everyone in the village could share them. That didn't take long, and I waited for the car.

This was Africa, where nothing is on time. The car was late. A little girl wandered behind the fence and made a startling discovery. She ran home and in a few minutes everyone in the village was running off with the treasures behind my fence. The chiefs arrived and were livid. "You can't do that." The tailor chimed in and said knowingly, "He just did." Thus ensued my "Departure from Fishtown" palaver. The car arrived half an hour late and I left Fishtown in the midst of a crisis of ethics that I am sure is still talked about today. Perhaps someone there remembers me a fondly as I hold my memories of Fishtown.

Sailing to England

I was back with the nurses in Monrovia and had come full circle. I had come to scour the port for ships to Europe, hoping to fly from there back to the States. Dennis had sailed in the hold of a ship with Arabs. He had also bicycled around Europe with a backpack. Neither was in accord with how I chose to travel.

The first ship I happened upon was leaving for Newcastle upon Tyne that evening. She was an English iron ore carrier. The owner's suite was available, next to the Captain's suite. Passage was £3 a day for 10 days, £30 to England, Deal.

The ship had been built during the War and seemed seaworthy. The crew was English, all male except for the bursar's wife who was along for the ride.

We steamed out of Monrovia after dark. I said good bye to Africa from the balcony of my stateroom as the lights of the city slowly faded into blackness.

She was about 400 feet long. Everything happened in the superstructure at the aft of the ship – engines, quarters, mess hall, and bridge. A series of iron ore holds were forward from the superstructure. The only way to traverse the holds was on deck and my stateroom overlooked these holds.

Ship-shape and Bristol fashion? Absolutely. This ship was run by English seamen, and by the book. I was the only paying passenger and was given status and respect accordingly. The chief engineer gave me a tour of the engine room. Amazing! This ship was propelled by a four cylinder diesel engine. Each cylinder was four stories tall, surrounded by cat walks. Huge levers transmitted power to a drive shaft connected to the propeller. Hand crafted artfully curved brass pipes connected things I didn't understand.

Everything was clean and tidy. I felt safe and secure.

I sat next to the Captain in the dining mess. The food was greasy, like cafeteria food. Vegetables and fruit came from cans. You could have fried bread with your eggs in the morning. The bread was fried in bacon drippings. I passed. But the service was fantastic. I was served tea and toast in bed in the morning, tea again at 3 pm, and tea and sandwiches at night. A fruit bowl with fresh fruit graced my cabin at all times.

The crew argued about when to turn the heat on. We were steaming northward in February, and it was getting colder. They asked me to decide. I voted for heat. You could always turn it down. I sat up with some of the crew until the late hours of the night singing English folk and sailing songs, drinking warm beer and scotch whiskey. I read Steppenwolf and other books I had brought.

We hit a storm off of Mauritania. The wind was coming from behind us and it looked like we were sailing backwards. Waves were crashing over the forward holds. I had been through storms at sea before but this was different. Everyone clamed up. Everyone was uptight. What didn't I know? No one would speak of the storm.

I sat down with the bursar's wife, looked her in the eye, and asked her what was wrong. She overcame her English reserve and told me what had happened during their prior run to Archangel Russia, around the northern coast of Norway last November. They had hit a Force 5 Gale which is as bad as it gets at sea. Rescue is impossible. They held their position for 2 days. That means they headed into wind and waves and didn't move. They spent two days holding position. Then the engine started having troubles so they needed to stop and fix it. You don't stop during a Force 5 gale. You would be turned sideways to the wind, turned over, and sink. So they prayed. That was their last resort.

Their prayers were heard. They entered the eye of the storm. The wind calmed enough to stop the engine to make repairs. Then the gale continued for two more days. But at least they had an engine that could see them through holding position for two more days.

We docked at South Shields, near Newcastle upon Tyne. The captain escorted me through customs, unaware that the last of Little Richard's coffee can was hiding in my hiking boot. Later than afternoon I was on an express train to London, and to my next adventure.

## Communes

When I lived in Connecticut, the counterculture was thriving. Hippies were everywhere. Songs about revolution played on the radio. Ordinary people started using recreational drugs. Alternative newspapers sprung up in most communities. Our contribution was an effort to form a gay commune. Hippies were doing it; why not gay men. Andy wrote a manifesto and we ran an ad in the *Advocate,* the only national publication for gay men. We were not hippies. We were cultivated men who wanted to create an environment where creativity and individual expression could flourish. Although we smoked grass, we did not want to live in a drug-filled environment.

We rented a Post Office box for the responses. It was full every day. Hundreds of people from all over the country pleaded to be included, sending their pictures and long letters with their life stories, explaining how our dream would free them from the oppression and discrimination that was their daily fare. We were not prepared to handle this onslaught so we decided to write everybody and invite them to an organizational weekend at Andy's house in the country.

But my life was moving forward more rapidly than our commune could germinate. My grandmother had died a few days before our weekend, and I needed to attend her funeral in New Jersey. I missed most of the weekend. Then I lost my job and I focused on traveling to Africa and liquidating my household in Connecticut. I was moving on.

The ship from Africa landed at Newcastle upon Tyne six months later. I looked different from the young professional man who had flown to Africa five months earlier. I was thinner. I had grown a beard and let my hair grow long. It was thick, wavy, full-bodied, and tied back in a ponytail. It was winter in England, and I traded my T-shirt, shorts, and flip-flops for blue jeans, flannel shirt, and hiking boots stuffed with the of the remainder of the coffee can I had purchased from Little Richard. The captain took me through customs at the port and directed me to the railroad station where I caught an express for Kings Cross. It sped across English countryside in a lingering winter sunset, taking me to a new life in London.

I had been to London four years earlier. I had stayed in Earls Court, a transient area with rooming houses and bed-sitters west of the center of the city. I rented a gray room with a gas fire and a meter that only

accepted shillings. Britain was in the process of decimalizing its currency – pounds and new pence, no more pennies, tuppences, shillings, half-crowns, and crowns – 20 pennies to a shilling - the most confusing monetary system I had ever encountered. I remember holding handfuls of strange coins before sales clerks – "Take what you need." I had to scrounge to find shillings to light the gas fire. It was cold and damp, and I had been used to the tropics.

Swinging London of the 1960s was over - No more mods and rockers, no more Beatles. This was the London of Glam Rock – Lou Reed, David Bowie, Ziggy Stardust, and Cat Stevens. I was partial to Joni Mitchell and classical music. While hippies had set American trends, the Brits were more elegant. Hip men wore velvet trousers and tailored coats. My clothes were somewhat shabby in comparison. That would change.

I bought a *Time Out* the next day and it listed an address for the Gay Liberation office in Soho. I decided to check them out. It was a busy office. There was a listing on the wall for the Gay Liberation commune and I asked about it, having never seen a real commune up close. It had always been an idea. The staff took time to answer my questions and be helpful. They told me where it was, and that they welcomed visitors. The best time to go was early evening, after dinner. It was in Bounds Green, about half an hour up the Piccadilly line, north of the center of London.

I knocked on the door of a gray brick house on Bounds Green Road, a few blocks from the tube station. Several guys and a few women sat around a room talking. Some sat in chairs and others were on the floor. They smiled and asked me to sit down. They asked me where I was from and what I was doing in London. They weren't all English. Kim was from the Basque country of Spain and spoke Catalan (as well as English). He and Keith were partners. Danielle was from Paris. Several were friends who came to visit, but did not live there. Geoffrey lived in Wimbledon. We would become lifelong friends. John was an architect who worked for an organization that preserved historic buildings. He was partnered with Ted, from Jamaica. Blossom had long thinning hair and the affectations of Marlene Dietrich. People referred to her as she. I shared the contents of Little Richard's coffee can with my new friends.

### Martin

Martin arrived about 11. Sparks flew. Martin looked like George Harrison. He was tall and handsome, with long dark hair. He

operated some lights at the Mousetrap, an Agatha Christy play that had run in London almost forever. He sat next to me and in half an hour he asked me to spend the night with him. We were together for the next three years.

The 1970s were different from today. We made love, made friends, and committed ourselves to each other more easily. Perhaps we weren't so particular. Perhaps we weren't so frightened. Sexually transmitted diseases happened then too but I never felt deterred by that prospect. HIV AIDs would change that. Within 10 or 15 years, most of the people in that room would perish from this plague and die slow wasting agonizing deaths. Geoffrey and I survive. We live on to tell this story.

Martin and I became lovers. We were best friends and shared everything. We shared our clothes and all aspects of our lives. We believed in communal living. We never considered living alone as a couple. We believed we were a model for the future. We slept in a room with 9 people in a single bed mattress on the floor. Most of the members were coupled. Fortunately, no one snored. At odd times we could hear bumping and grinding from certain corners, but people were respectful, quiet, and afforded each other privacy. This was England, after all.

I was given six inches of closet space and two drawers for clothes. Space was tight – a living room, a quiet room, a bedroom, kitchen, bathroom, and toilet. Toilets and bathrooms are separate in England. Hot water came from gas flash heaters in the kitchen and bathroom. You turned on the hot water and held your hands over your ears until the damn thing lit. The longer you waited, the louder the explosion and the more the house shook. I hated those things!

Martin and I were the same age. He had studied art in college, and had been a fabric designer. He had won the Queens Prize which gave him six months to study art in Rome. He had grown up in Putney, a section of London he preferred to avoid. We had both had similar and difficult childhoods, but his was worse. Our fathers were away fighting Nazis when we were born, but Martin's father had been stationed in the Middle East much longer than my father had fought in the Mediterranean, so his father doubted whether Martin was really his son. Martin was estranged from his family – no contact, despite the fact that they all lived in London.

Martin showed me London. He knew her history, her streets, her funny little places to visit. He had lived there his whole life.

He taught me about Georgian architecture – the proportions, the fenestration, the textures, and the streetscapes it created. So much of London is Georgian surrounded by Victorian infill. He showed me the Roman wall at the Barbican and we hunted the mudflats of the Thames at low tide for pieces of Roman pottery. We never found any. Martin had amassed a collection of antique velvet, Victorian through the 1930s, and we scoured flea markets under brick arches of railway viaducts at 4 am for more. He showed me the East End, or what was left of it after it had been bombed during the War – funny little winding streets coming together at odd angles, places with new housing estates surrounding buildings that were much older. I recall a place called Seven Dials, an intersection where seven streets converge. We lunched at workmen's "caffes" serving eggs, chips, beans and sausage, with tea.   Once the electricity workers went on strike and we ate at a workman's caffe in Islington by candlelight. Martin knew where to buy whatever he wanted at the best price – little shops run by funny little men in Camden Passage or somewhere in the East End. We didn't spend much time in Knightsbridge or the more fashionable West End. Martin's haunts were in the older parts built after the fire of 1666. Very little had survived that fire. He loved the parish churches of Christopher Wren, built in the 1670s. Each was a masterwork in the same style, different from its neighbor down the street, mostly in the City, close to Saint Paul's. That was the extent of London in that day.

I loved Martin. He was my first love, my first relationship, and my best friend. He established a pattern I am still trying to break – falling for emotionally needy guys where I am the stronger partner.

Clothes and appearances were important in the London of Glam Rock. Martin made himself an elegant fur coat. He started with a woman's fur coat. He let it out in strategic places so it would fit him, and trimmed the bottom and the sleeves with a darker contrasting fur. He looked like a Russian prince. He gave me velvet from his collection to make my coat. I sewed patches of reds, mauves, and brown velvet together and Kim turned it into a coat. He was a tailor. Martin knew where to buy just the right buckle for my coat – a little shop that had boxes of old belt buckles from the 1920s. Together we turned heads! A year and a half year later we walked into a bar in Boston in our coats and everyone turned around and looked approvingly. Boston was not like London. I turned red. Martin carried it off with aplomb. Parts of that coat

now grace the couches in my living room as two cushions, carrying memories of Martin and London into my present life.

Members of the commune met one evening every week. In my first meeting, I was accepted as a member. Being with Martin had assured that. Meetings were about house business, making rules, and building relationships with each other. We put £ 3.70 a week into a kitty for rent, and made lots of rules about cleaning up after each other. One meeting was about relationships – each person addressed every other person – how were we getting along, what did I like about you, what were my issues, and so forth. In another meeting, we painted each other's bodies. Martin had brought some greasy body paint from his theatre and we stripped to our underwear and painted each other. I was done in different shades of purple. No one took photographs (thankfully) and the whole experience was about bonding rather then sensuality. The bathtub was tied up for several hours.

We had a steady stream of short term visitors. Some were English and some were American, but I also remember 2 Germans, 2 Italian communists, a Sengalli, and a French anarchist/revolutionist.

Quarters at Bounds Green were tight, and the landlord rented us a larger ground

floor flat in Muswell Hill. The upstairs neighbors were card-carrying testosterone-filled Chinese men who had to walk through our front entry hall to access their flat. They were not happy about the decadent western ways of their new neighbors, and one of them once started a scuffle. We threatened to have him deported so he learned to contain is contempt for us.

Muswell Hill was a much nicer area than Bounds Green. It had a lovely little High Street with nice shops and tearooms where we were waited on by sweet old dears. It is in North London, near the Alexandra Palace and Highgate Cemetery, where Karl Marx is buried. It is an overgrown creepy place where horror movies were filmed. I stayed away at night.

The commune underwent a friendly split at Muswell Hill. Some of us wanted to relocate to the country and some wanted to stay in London. I loved living in London, but I missed the countryside. So did Martin and Geoffrey, who lived in Wimbledon, south London, and Dick, who lived in the basement of a church. We bought a van together so we could look at country properties. We named her Esmeralda. She was an old Bedford delivery van with side doors that rolled back to open and a big windowless area in back for mattresses. I

was the only driver, so took care of Esmeralda and used her for my own purposes as well as looking for property.

Being in London allowed me to pursue music, something that was hard to do in Fishtown, where media access was limited to a short-wave radio and a cassette player, and pianos were non-existent. I rented a church hall for 35d an hour to practice the piano. I usually outstayed my hour, giving the church an opportunity to extend me some good Christian charity. I enrolled in three music courses at an adult education literary institute – medieval and renaissance music, harmony and theory, and musical literature of the romantic period. The hardest by far was harmony and theory. My advice – don't try to study music theory in Great Britain if you're an American. The instructor rattled off the English version of note names so fast that I was bewildered – semibreves, minims, crochets, quavers, semiquavers, and demisemiquavers, which are (respectively) whole notes, half notes, quarter notes, eighth notes, sixteenth notes and thirty-second notes. I did much better with the BBC lunchtime concerts at Broadcast House, and chamber concerts at Wigmore Hall. I also attended many films at the National Film Theatre on the Thames Embankment.

Martin and I took a Thursday afternoon class in vegetarian cooking with a lot of fine cheery English ladies. They we delighted to be joined by an American. There were many inexpensive things to do in London on my £13 a week budget.

> "I'm getting used to all sorts of little things here, all in the process of feeling more at home. I switch switches up to turn them off almost automatically, usually stay to the left when driving, and have become used to all sorts of English expressions, like washing up instead of doing the dishes, aubergene for eggplant, loo for the toilet, and corgette for zucchini squash. And I've gotten used to taking long relaxing baths instead of showers, and I've even learned to shave in the bathtub with shaving soap and a brush. But I still say that someone lives 'on' Great Portland Street, rather than 'in' Great Portland Street – each is equally illogical." [Excerpt from a letter I wrote to my parents.]

Being gay was not illegal in England at that time, but the authorities found subtle ways to discriminate. The commune had been raided in a drug bust a few months before I had arrived, and six codefendants were tried at the Old Bailey a month after I

moved in. Martin was one of the codefendants. The bewigged prosecuting barrister made no mention of homosexuality, but dwelt at length about the improbability (and impropriety) of storing cannabis in a tea caddy. Everyone was fined.

We Look for Country Property

Martin, Geoffrey and I took Esmeralda on a road trip for a week in November. We looked for houses, property, disused churches, and farms for sale in the West Country and as far north as Edinburgh. My first viewing of a crofter's cottage in southern Scotland was not encouraging. It was a damp, dark little place with low ceilings, stone floor, and tiny windows in a desolate treeless Scottish landscape. Martin and Geoffrey loved it. I was appalled, and missed the verdant countryside of England. We looked at several such places that were being sold by the Forestry Commission.

Edinburgh was grey in November – grey building, grey skies, grey people – off-putting yet strangely familiar. Being in Edinburgh was living a déjà vu. I had never been there before, but I knew where streets lead and where things were. It was not a comforting feeling or a welcoming place. I felt stifled and repressed. Being gay was

illegal in Scotland until about 1980, whereas England had legalized and destigmatized same-sex relations in 1967. We went to a meeting of the Scottish Minorities Group, the local gay rights organization. It was illegal for us to assemble, and the participants seemed like they lived in a time-warp from the 1920's – tweed jackets, baggy flannel trousers, and suspicious looks reflecting the oppressive social climate in which they lived. We must have looked like we had landed from another planet.

Later the next day later we drove south on a motorway through Cumberland, on the west coast of England. Geoffrey was navigating and asked us if we'd like to see the Lake District. Let's do it! This was a great idea. What was this feeling in the pit of my stomach telling me something was drastically wrong? I ignored it. We were going over Hard Knot Pass to the Lake District in late November. I ignored the cattle grating we crossed. I ignored the sign that said "Danger, Grades as Steep as 1 in 3". I didn't understand what that meant. Esmeralda charged up the south face of Hard Knot Pass like a champ. Why were there no other cars on the road? That never occurred to me. We arrived at the top of the pass around 4 pm as the sun was setting.

It was a lovely sunset but it was cold outside.

It was dark by the time we started down the north face of the pass on an oil and gravel road that twisted and turned down the mountain without guardrails. The road was covered with ice. I started to understand that a 1 in 3 grade meant that this was steepest road I had ever driven on, and it was covered in ice! My two passengers did not grasp the seriousness of our situation. I told them to get out and walk ahead of the van in the headlights and tell me where there were bare patches of road free from ice. Geoffrey wore his embroidered Afghan sheepskin coat and Martin had his fur – real country folks. Thus began our slow decent down Hard Knot Pass. Esmeralda started sliding sideways off the road several times and I kept the doors open in case I needed to bale. My right leg shook uncontrollably on the brake petal from fear. After an hour that seemed like a lifetime, we reached an elevation at which the road was free from ice. My right leg shook for the rest of the night.

Martin and I obtained casual employment at a non-profit organization called Gentle Ghost. People would call Gentle Ghost if they needed light carpentry, something moved with a van, or their house cleaned, and we would pay the Ghost 15 per cent of what we earned, all off the books and tax free.

Martin and I signed up to renovate a late Georgian store in Sheppards Bush. This was a four storey corner building built in the 1820s as a haberdashery shop with a lovely façade curving around the corner. The upper two floors were the residence of the shop owner. We set to work stripping wall paper from the parlor on the 3rd floor. The outer layer had been papered in the 1950s. It was a jazzy design featuring abstract configurations in chartreuse and pink. Beneath that was neo-Georgian wallpaper from the 1920s; and below that, a florid late-Victorian confection from the 1880s; a more restrained early Victorian effort, probably from the 1840s; and finally a restrained, classically inspired wallpaper from when the building was built. I removed that final layer to find a lovely little sketch on the raw plaster above the fireplace mantel – a six inch high sketch of a man in a stovepipe hat, smoking a clay pipe, one hand on his hip, drawn in lead pencil. Martin knew that it was customary for workers to leave a sketch of their foreman when they completed building a home. It hadn't been seen in 150 years.

My best gig with Gentle Ghost was a paid tour of England and Scotland for the

Victoria and Albert Museum. When the V & A's national crafts exhibition was finished, they needed the exhibits returned to the exhibitors, so they called Gentle Ghost. I spent five days on the highways and byways of Great Britain returning the exhibits, clearing £90, or about 7 weeks wages. One lady lived in a manor house and invited me in for tea. Another lived in a crofter's cottage on an unmarked lane. When I returned to London, they had more exhibits to return so I repeated the journey with a different itinerary.

I had 100 pounds of African trade beads that Russ had sent me from the markets of West Africa. We started a necklace business, stringing trade beads with glass beads from Czechoslovakia, and selling them from a blanket at the far end of Portobello Road on Saturday afternoons. Notting Hill Gate was "the" hip place to be in London in the early 1970's. Throngs of elegantly attired people strutted their stuff on Portobello Road every Saturday looking for unusual things to buy and unusual people to watch. Our necklaces sold well to both men and women.

## Prescient Values

I was fortunate to come from a family that could understand my errant ways. I communicated frankly and openly with my parents at a time when long hair, dropping out, and being gay caused many of my contemporaries to be expelled from their homes. My parents were left-wing progressives who walked their talk by being draft-counselors and protesting the war in Viet Nam. They worked hard to repair the system. I had moved beyond that. I was finished with the system and wanted no part of it.

I wrote a letter to my Mother from the road when I was delivering the V & A's craft exhibits:

> "I don't have your letter with me – only my memory of it. You said something about how my values were different from yours – true; I think back to when I began in planning, rather naively trying to set the world aright. It was then, and when I was in Africa, that I realized that despite all our good efforts at reforming, trying to change the course of things, that it was all so monstrously wrong and, in the long run, rather hopeless. Be it our waste and pollution, over-population, unstable agricultural practices, atomic weapons, or our greed, competitiveness, and the breakdown of social values - it was all crumbling away from beneath us, and there was no stopping it. I

suppose my reaction was to withdraw and do as little damage as I could – i.e. leave planning, which I feel for the most part only represents and perpetuates more sprawl. I suppose I am able to accept the inevitable now. I feel that although we have lost the war, individuals are much more important, even more important now, and I ought to use the intelligence and ability I have to help them. As a social scientist, I was trained to think of people in categories and generalized groupings – the lower middle class, the ghetto blacks, etc. etc., which obscures all sorts of detail and defines people in terms of jargon.

"I suppose our values are different, but it is almost inevitable that one's children should reject their parent's values – the world is a fast changing place. My values grew from yours. . . . I have found that the world has a way of providing for people like me who travel half way around it in search of self."

Martin and I left Muswell Hill and moved into a house in Wimbledon with Geoffrey. This is in south London, not far from Wimbledon and Richmond Commons, and the Southern Region trains that whisked us to Waterloo Station in private compartments in 10 or 15 minutes. We lived near the station, and several trains passed through every minute. This was a neighborhood of Victorian row houses and our house had elaborate plaster cornices in every room. There were also many empty lots on our street – evidence of Germans bombing the railway line 30 years earlier.

My life in London came to a screeching halt when I was unable to renew my tourist visa. I had built my life there on a foundation of sand. The notion of a state-recognized relationship allowing permanent resident status for same-sex partners would have to wait for more than 40 years.

I had six friends who had bought 80 acres of forest in rural Massachusetts to form an intentional gay community. Martin and I tried to transfer our life there with our ideals, but the rigors of building houses and trying to earn a living in a rural area created so much stress that we were unable to maintain our relationship. Relationship counseling for gay men was a thing for the future. Martin was not a spiritual person and this aspect of my life was about to open. We parted as friends and stayed in touch with each other. He moved to New York and contracted HIV in the mid 1980s. He returned to Geoffrey's

home in England and died there, as did so many gay men in those years.

I was living in Toronto when Martin was dying. Geoffrey had moved to a village in Norfolk, several hours north east of London. We stayed in touch by telephone as Martin declined. He was the first AIDs patient in the local hospital, and he was treated like he had the plague – isolated in his own ward when he had a disease that was very difficult to contract. Word of Martin's condition made the local newspaper. Geoffrey was incensed and read the riot act to the hospital administrator. Reporters knocked on Geoffrey's door. Geoffrey read them the riot act too.

Martin had not stayed in touch with his parents, but he learned that his brother had married a Canadian woman and both his parents had moved to Vancouver to be near their son. Martin asked that I phone is mother after he died.

I felt terrible the morning Martin died. I was dizzy, disoriented, spaced out, not myself at all. I now feel that the chords between us were being broken as he died. Geoffrey phoned to say that Martin had passed. This was something I already knew.

I phoned Martin's mother that afternoon. This was the hardest telephone I have every made. I introduced myself and told her my news. I explained (perhaps wrongly) that I had encouraged Martin to get in touch with her when we left London in 1973, but he had refused. I asked her how much she wanted to know. "Everything." She sobbed uncontrollably for the half hour it took to tell her what had become of her eldest child.

I was riding the subway in Toronto a few years later and there, in the same car, was Martin and a woman. This man was Martin's double. I thought it must be his brother. Everybody in Canada makes it to Toronto eventually. What should I do? As I was screwing up my courage to approach this couple, the train stopped at Bathurst Street and they got off, leaving me dumbfounded at my own ineptitude, and wondering what I would have said to them. I moved back to the Berkshires and started my life anew. It was 1975, and for me, a year of beginning anew.

# Part III

# Finding Jesus

BY AUGUST 1975, I had lived in two communal living situations, traveled to Africa and England, used up all my money, got a job in the Berkshires, and rented a cabin in the woods heated by a wood and coal burning cook stove. I had not established a direction for my life. I had lived almost exclusively among gay men, and I missed the company of women. It seemed like the party was over. I saw a therapist. I was looking for answers, but disappointingly, he seemed to want me to do all the talking. I did not have much to say, and the main benefit I derived from those sessions lay in observing a fine stained glass lamp he had on his desk. I decided I wanted to make stained glass.

One day, an old friend called me to ask whether I wanted to have my aura balanced. I said yes immediately, without any notion of what this entailed. The appointment was for a week later. Two clean-cut wholesome Canadian guys in their 20s asked me to lie on a massage table and close my eyes. They came from a spiritual group in Toronto, where there was a teacher. One did all the talking while the other took notes. They said they were going to clear my aura with the Pure White Light of the Christ. I remember being amazed that the guy who did all the talking could know anything about me without my telling him first. He told me that my sexuality was caused by an energy imbalance originating from lifetimes in Atlantis, and that I should stop smoking grass. What did I know? I believed him. He asked me if I believed in reincarnation. I didn't really know what to believe at that point, but I said I did. The work he did made me feel relaxed. That was good. I had no frame of reference to process what I was told, but I was an open-minded spiritual neophyte and somehow it resonated. The Light felt wonderful.

I did not rush into my involvement with these people. I cautioned myself about not choosing the first thing that came along. I had been instructed in Transcendental Meditation, and I also knew some people who followed a teacher from Chicago. I was open to other possibilities but I had an innate predisposition to defer to information that came from "the beyond."

My first balance was lightweight stuff compared to the work I do now. The veils were very thick in 1975. The Earth was surrounded by thick, dense energy, and there were far fewer people on the planet who could transmit the Light. But that

session awakened something in me, and probably changed some things inside me that I was not aware of. A seed had been planted. It took several months to germinate.

I started meditating in the manner they taught — scanning my awareness through my body, and focusing on my heart chakra. I still follow that practice today. This group was called Students of Light and it was only a few years old. They owned a house in Toronto they called SOL House and followed a teacher named John. They operated a vegetarian restaurant. I did not have the words to describe what this group was, but I would now say that it was a school of consciousness and a mystery school teaching Christian mysticism. I have written about some of the teachings in my book *Navigating by Heart.*

These people did not proselytize or seek converts. You either resonated with what you received in your balances, or you did not. I liked that; I always resisted a hard sell. One member of the group traveled from place to place to offer balances (or energy healing sessions) wherever several days of appointments could be scheduled. There were perhaps 10 or 15 subgroups in the eastern U.S. and Canada, but the nucleus was in Toronto.

I began following the practices these people taught. I meditated. I stopped smoking grass. Early the next year, I had sex with a friend from Connecticut and found the experience empty and draining. I also started working with stained glass, and eventually resigned from my office job and

apprenticed at the local stained glass studio. For most of the next 25 years, I made my living by making stained glass.

The next April I drove to Toronto to see for myself. The teacher, John, ran a health food store. My first impression of him was not impressive. He was short, quiet, humble, and unassuming, a figure in the background, the return of Mr. Peepers. I later came to understand that his appearance was an excellent disguise. My most vivid memory of that weekend was meeting Joanne. I wasn't at all sold on this group. Until that time, it was an option, and I had other options. I met Joanne early on Saturday afternoon at SOL House, and we began a conversation that lasted until 11 that evening. We had so much to talk about! Although we had never met, she was very familiar. She was intelligent and possessed a depth that I had never encountered before. Meeting Joanne is what sold me on that group. I felt that if this place could attract someone of her caliber, there had to be something real and lasting here. John was in the background. Joanne had amazing substance. We were two old souls getting reacquainted. In the years ahead we became close friends and shared many interests. We jointly subscribed to magazines on pre-Columbian trans-Atlantic contact and Biblical archeology, and we ate dinner together every Wednesday night. She liked baroque and big band swing music. She would marry John 10 years later.

And Toronto was an interesting city. I had never been there before. It had a wholesomeness and

vibrancy I had not encountered in American cities. It seemed like New York in the 1950s, but without the slums or ghettos. Some called it New York run by the Swiss. Art deco trolley cars rumbled through its crowded streets.

I returned to the Berkshires feeling like I had found somewhere to belong. I did not contemplate moving to Canada at that point. I liked living in the country, and there was a move afoot to form a rural retreat in upstate New York. That appealed to me.

Most of the people in Toronto had traveled to Alamogordo, New Mexico for a deep-trance channeling session with a Dr. Neva Dell Hunter who had formed a spiritual school there. She had channeled the methodology for doing aura balancing, and had taught it to John. Some years later, John told me that during the 1960s he had traveled around the U.S. and Canada looking for a good channel, someone who could independently confirm things that he had felt about himself, and he thought her to be the best he could find. John made these journeys in an old Mercedes with a friend named Lindo. John's students in Toronto trooped to New Mexico for readings. Neva Dell did two types of readings for her clients — a karmic reading and a life reading, each several months apart. I knew nothing about past lifetimes. There was no compulsion to get a reading, but I was interested, and made the journey in September 1976.

Neva Dell's school consisted of several southwestern style suburban houses in the

outskirts of Alamogordo. She lived several miles away in a borrowed and expensive ranch house in the desert. She was a deep trance channel, and had no recollection of what came through her. She always worked with a woman who was a Lightbearer, whose name was Susan.

Neva Dell had a strong presence; she was used to being in charge. When I showed up for my appointment at 1:00 pm, she took a minute to size me up, and announced that we would do my session the next day — today we were going to play. Neva Dell and I sat in the back seat of her station wagon and Susan drove us through the mountains of southern New Mexico. We talked and talked and talked. We had a meal at a resort on an Indian reservation called Cloud Croft, and talked into the evening. She was different from Joanne in Toronto. She had an agenda, and strong opinions about most topics. For the most part, I listened. In retrospect, I feel that she saw something in me that I had not seen, and she wanted me to join her followers in New Mexico. At the time, that went over my head.

I had my karmic reading the next day. It was recorded on reel-to-reel tape and I have not been able to listen to it for some years. What was said changed my life. It opened me to aspects of my consciousness I did not know existed. Compared to the quality of the channeling that is available now, it now seems pretty rudimentary, but the veils were thick in 1976, and Neva Dell did her best, even if she remembered nothing of what came through her.

She channeled a Dr. Ralph Gordon, from the 5th Plane, 17th Chair. That meant nothing to me. I had had 198 lifetimes on Earth. I had gold, magenta and white in my aura. I had been present at the building of the Great Pyramid. And I had known Jesus. I had been a boy in his village, much younger than him, and he had spoken to me a week or so before he died. I no longer remember if she told me what was said. She also said that in the future, I would become a nationally known channel of wisdom, and that hundreds of people would be knocking on my door. That prospect frightened me.

Neva Dell blinked as she came out of her trance. I blinked because I felt like I was in a trance. Of all the people who have ever walked this Earth, how many had known Jesus? I was awed and humbled.

That evening I spoke with Susan and she relayed a key piece of information. I asked her if any other people had been told that they had known Jesus. Only the people from Toronto, she said. One man was told he had been the disciple Phillip. Most other sessions dealt with mundane issues — health, family relationships, and so forth.

Some years later, John played me a part of his own tape from Neva Dell. He was told that two thousand years ago he had been the Son of Man. I realized that John had encouraged his followers to see Neva Dell because he wanted confirmation that the people who were assembling around him had actually been present around Jesus two thousand years before. But knowing these things was for the future. My understanding unfolded more slowly.

I had one of Neva Dell's last readings. She died in 1978. Her school continued for many years, and one of her followers, Dr. Robert Waterman expanded her teachings and founded an esoteric school called Southwestern College in Santa Fe. He has written several books and endorsed some of mine. He now calls aura balancing Noetic Field Therapy, and he certifies practitioners of this modality.



These were heady months of transition and change. I moved to the group retreat the next month — a run-down farmhouse on 300 acres in upstate New York. The group had set up a corporation to purchase the property for $60,000. The first months were consumed with cleaning and winterizing the farmhouse. Four of us lived there, but there was a steady parade of visitors from Toronto, a four-hour drive away.

There were lots of chiefs, and not very many Indians. Everybody had something to say because they had invested their money in the property. We had chickens and a rooster (Rocky and the girls), goats, 3 horses, and assorted cats, all imported from Massachusetts. I brought Eloise, my Siamese cat. The next year we built a building for holding workshops and housing guests. There was a huge amount of work involved in maintaining 300 acres of land and accommodating a steady stream of guests who came for workshops given by the man

who did the balances. I earned money by making stained glass.

By the summer of 1978, more residents had arrived at the retreat, and I felt that it was time to move to Toronto. I was the first resident of the retreat to make that move. Eventually everyone moved, and the land would be sold. I had come to know John somewhat by that time. I had come to know him as a benevolent, helpful father figure without strong personality characteristics. He seemed pure, innocent, methodical, disciplined, and filled with a quiet strength. He offered advice if asked. If he weren't asked, he would say nothing. I often saw him allow people who thought they knew what they were doing take so much rope that they would "hang themselves."

He had purchased the building where his store was located, and asked some people to redecorate the apartment above the store so he could move there. I spent a few weeks on that project, and got to know John better. He was an unassuming man. He was methodical in the extreme and he followed a weekly routine. He was possessed of great self-discipline, and led others by example. He behaved impeccably. He never accepted money for what he did for others, yet he always reimbursed people who helped him. He never revealed his birthday or his age. He did not want to be celebrated, and thought that birthdays locked people into a perception of how they should be at that time of their life.

The various businesses and buildings of the group were set up as for-profit corporations, and paid taxes. People could buy shares in corporations, and were refunded their money if they left the community.

John lived a simple and frugal life. He had very little "stuff" and his tastes were Spartan. If something broke, he fixed it himself. His workmanship was often crude, but appearances were not important to him. Before painting his apartment during the remodeling, I asked him what color he would like the hallway. He asked me what I thought, and I suggested beige, thinking that would go with what was there. He agreed, and later that day asked what beige looked like. I had already bought the paint.

That apartment was John's home for the rest of his life, and nothing in it changed for the next 25 years. The living room was small and inexpensively furnished — a couch, a chair and a small desk that later needed to accommodate Joanne's computer. The walls were covered in vertical wood paneling, and there was a suspended ceiling with a fluorescent light. A somewhat primitive oil painting of animals lying down together hung above the couch. A lion and a lamb were among them. Another somewhat crude oil painting depicted the flight to Egypt. The artist wasn't good at painting faces. The bedroom had a double bed and a bureau. The bathroom had a claw foot tub without a shower. It was very small. The kitchen was large enough for a Formica table to seat four, with cabinets from the 1940s. I eventually came to know every inch of this place because I cleaned it every week, for $10.

John did not like reading books. He preferred to use his inner resources to learn intuitively, but he did have a few favorite books he kept on his bookshelves. On the other hand, Joanne loved books, and had lots of them. I tried to read some of John's favorite books, and the more pious people in the group practically committed them to memory. I think that it is important to remember than John came of age in the early 1950s, and very few good quality spiritual books had been written, and those that existed were often published by small specialty publishers in New York, like Weiser.

*The Rosicrucian Cosmo Conception* by Max Heindel was important to John. So were *The Kybalion* and *Brother of the Third Degree*. John was particularly impressed by the dedication of one of the characters, who was in such a deep meditative state that his wife whom he hadn't seen in 20 years passed by him without disturbing his meditation. I could not finish *Dweller on Two Planets*. I put it down after a long-winded treatise on the labor laws of Atlantis. I was fascinated by *The Spear of Destiny*. I read it in a day. It is an account of the spear that pierced the side of Jesus when he was crucified. I was in my early 30s when I first approached these books, and today I might make it all the way through the labor laws of Atlantis if there were a call to do so.



It was easy to immigrate to Canada. I wrote an application to the Immigration Ministry saying that I planned to move my stained glass business to Toronto and employ Canadians. After one interview, I was in. I worked in the kitchen of the vegetarian restaurant for the first few years until my stained glass business got off the ground.

The first years were heady and exhilarating. Most of the members were single, dedicated seekers, enthusiastic about their spirituality, and fun to get to know. I rented a little apartment about a mile from SOL House and took a streetcar to my job at the restaurant. There was a regular routine of group activities. Participation was optional. There were group meditations on Sunday morning and Monday evening. Balances for members were held on Sunday afternoon, Tuesday morning and evening, and Wednesday evening. They were open to group members, who would sit in a circle around the person being balanced and have a brief opportunity to say what they were feeling. No one's growth issues were private. Every so often, John would give a talk on Sunday morning. Other activities would be added in future years.



Changes started happening late in 1979. The group was like a village. John was assembling a Core Group of 6 or 7 people who would meet with

him every evening. Eventually they brought their sleeping bags and slept there every night.

It was easy to talk to John if you had the time to wait for a free moment when he was in his store, and if you were able to limit the conversation to sound bites. People starting writing letters to John about more complicated issues, and as far as I knew, the purpose of the Core Group was to help him answer this mail.

John had private scheduled meetings with people in the furnace room of his store. One day, we were given times to be there for individual meetings with John. Gossip had it that these meetings were about who we really had been at the time of Jesus. I had no idea who John was as a soul, and only knew what I had been told about myself by Neva Dell Hunter. When John told me that I had been the Apostle Phillip, I could only stare, and think "recycled disciple" because Neva Dell had conferred that lifetime to someone else, who through John, had become Judas Iscariot. The word was that Neva Dell's channeling was accurate as to substance, but lacking in the finer details. Her channeling would read the karma, and sometimes devise circumstances to fit the energies.

After that meeting, I learned that the whole cast of characters had reassembled. John was an aspect of Jesus, but with only limited access to the whole consciousness that had been forward 2,000 years ago. He carried great Light and wisdom, and knew things in advance. He was wise and perceptive beyond anyone I had known. He did not do miracles or healings. He did not appear to have a personality as such. John taught that the root of the word personality is from the Latin *persona*, which means mask. A personality is something you hide behind as you face the world. You hide your fears, insecurities, and other issues behind your personality. John did not appear to have those issues, so he appeared as he really was.

Joanne had been Mother Mary. This explained her great depth and loving nature. Nine of the twelve apostles were present. So were the Harrods, the Romans, some members of the Sanhedrin, Joseph of Arimathea, Joseph of Mary and Joseph, Pontius Pilate, Nicodemus, Mary Magdalene, members of Jesus' family, the Wise Men, and the people of Bethany — Mary, Lazarus and Martha. There were other people in the group I could not place 2,000 years ago. What was I doing among all these people? No one had halos. I had no formal training in Christianity. I knew little about the Bible. I remember being giddy.

Imperial Christianity has sanctified and mythologized the people around Jesus. Churches are named after them. From my perspective, most of that is undeserved, and a lot of it is rubbish. The followers of Jesus were mostly simple unsophisticated people — farmers and fishermen. Their strengths were in their hearts, not in their minds or in their accomplishments. They were touched in unfathomable ways by living in the proximity of Jesus, and most were traumatized when he died. I see the Pentecost as an effort to lift

Jesus' followers from the trauma they suffered from witnessing his execution.

Philip has come forward at times. He is single-minded, and completely dedicated to purpose. Like many Jews of his time, he was Hellenized, and was given a Greek name. Some say he had been an instructor of Greek philosophy before meeting Jesus.

The Christianity that John taught was mystical, not Imperial Christianity. It involved the search for God within, not through scripture or religious doctrine, but from direct experience through the heart. Jesus was a Master and a world teacher. He was not the only Son of God. We were all children of God, and God was called Father-Mother God, to incorporate the feminine. Rules were loose and beliefs were not proscribed. We were learning to be emissaries of the Light, and eventually we would begin what Joanne called The Great Work. We were learning how to align all parts of our consciousness with the positive forces of the Universe, and how to release any negativity we acquired through expressing our emotions negatively or exposure to someone else's negativity.

What drew me to this community of people, and to John? I look back on those years and I see myself following a path that was already in place. I could have walked away from the path if I had wanted to, but what drew me was the Light, and a sense that I had found a place in life where I belonged. These people were familiar to me. I had spent so many years wandering through impermanent situations. It felt fulfilling to belong and be acknowledged.

John wanted us to write him if we were leaving Toronto, the reason being that we were in a bubble of Light and protection being generated by John, and he wanted to know who to include, and be able to extend protection if we were gone. Informing John about leaving later became asking for permission to leave. It felt good being in John's bubble to protection, and I did not complain.

John began teaching about darkness and duality. There were forces of darkness that opposed the Father-Mother God. There were great fallen beings who opposed the Light and had ensnared humanity in energetic webs of control, beginning with the beings of illusion, deceit, and doubt. We began releasing the consciousness of these beings so we could become free beings of Light. This was the end of the Piscean Age, an age of duality, Light and dark. We believed the apocalyptic prophesies of Edgar Cayce — the poles of the Earth would shift in 20 years, and California would slide into the sea. Most people on Earth were too asleep to accept the information we were privy to.

Throughout 1980 and 1982, layer upon layer of teachings were revealed. We were the darkness, and we were the Light. As souls, members of the group had been great beings of Light who had wanted complete free will before they were mature enough to use free will with wisdom and benevolence. We were the Fallen Angels, and held positions in the darkness. Parts of our consciousness were so powerful that they could transmute huge amounts of Light into darkness. Earth was a fallen realm —

occupied territory — so cleverly occupied that the prisoners did not know they were in jail.

The gossip mill churned overtime. The guy who had taken balances on the road had become hugely arrogant and tried to lead a rebellion against John. That fizzled and he left the group. The word was that he was Lucifer. He wasn't missed. Some people had realizations about their positions in the darkness. John had to tell me about mine. The release list grew and grew (see Appendix 1). Most people had several positions. We had been the rogue's gallery of the Universe. Mary Magdalene was Satan, something that her personality in this lifetime never accepted. There were meetings where the structure of the darkness was revealed. Certain beings had formed alliance triangles, stable structures of consciousness that were difficult to undo.

The mission of Jesus had been to touch the great beings of darkness with Light. He had lived for us. The purpose of this lifetime was to break our ties with the darkness and absolve the karma we had incurred. Being in John's school was a great opportunity to progress as souls. We were in a school for Masters, and in one lifetime we could accomplish what would have taken millennia and countless sojourns upon Earth to do. We could make appointments with John to make petitions to the Creator to express remorse for our ties to the darkness and ask that these ties be severed. I made many of these petitions over the years.

There was much more. This group had assembled many times. Lifetimes would surface in which the players would be recast in different roles, and karmic interrelationships would come forward to be resolved and forgiven. The lifetimes of Robert Louis Stevenson and Robert the Bruce and the Plantagenets were the first that I was aware of. Then came the Tudor rulers of England and Leo Tolstoy. None of these lifetimes involved peasants in humble surroundings. We had been the rulers and kings. John was an unfallen being. He had come to Earth to help us learn our lessons so we could absolve our karma. He was always the good guy. As these lifetimes came forward, they were very real for me. I had been a brother of Robert the Bruce who had been drawn and quartered in front of a mob by the soldiers of Edward I. Once when the Edward I figure entered a room where I was sitting, I quaked in fear and revulsion, for the consciousness of this lifetime was open to me.

And there were planets, countries, and animals. Certain people were the souls of the planets of the solar system. Others were the souls of the nations of the Earth. And some were in charge of animal species. The animal kingdom had fallen, and as these group members came into the Light, the animal kingdom would resume its evolution to higher levels of consciousness, and the lion could lie with the lamb. It was all up to us. We were unique. We had an opportunity to right the wrongs that had befallen our Planet.

One evening at dinner, John told me about concurrent lifetimes. I was not to repeat this information to anyone. (I have since heard of this

concept elsewhere.) Each soul could have several lifetimes on Earth simultaneously, so a soul could gain experience and learn its lessons more quickly. Lifetimes fell into life streams, interlinked chains of lifetimes in which certain qualities were developed until mastered. He believed that each soul could support as many as seven lifetimes concurrently, and he later upped that figure to seven times seven, or 49. The mission of the group members was to resolve the karma for all of our life streams.

Joanne and I often spoke of the Great Work. Joanne believed that the Great Work (among other things) would involve working behind the scenes with our concurrent lifetimes. The concurrent lifetimes of group members were the leaders of the Earth. For example, John was supposed to be an aspect of Mikhail Gorbachev, and Queen Elizabeth an aspect of Joanne. We would be able to influence and guide the world leaders through dreams and realizations so they would stop the wars and unite the governments of the world to help humanity.

During the early 1980s, John revealed that members of our community were either what he called humans or visitors. A minority were humans; a majority were visitors. Visitors had a long soul history of living as space-beings, in other star systems; they were primarily mental and less connected to their consciences. Humans had little or no experience in space and had evolved here on Earth. In my experience, the humans were gentler and less mental, and less assertive. I was a visitor. Mother Mary and Joseph were humans.

John's teachings emphasized moving our consciousnesses into our bodies and learn how to "feel." This was John's word for clairsentience, or voluntary intuition, to feel energies through the body as opposed to getting our primary directives in life through the mind, and through mental activity. The mind is like a computer that can only describe the information with which it has been programmed. Mental activity is description of the program.

There is no denying that I was, and still am, primarily mentally focused, although that has changed a lot over the years because of what I learned through John. In my experience, some of the people who are supposedly humans had a hard time feeling too, particularly the men.

It was often said that the members of the community were here to work out their karma, and so the weakest aspects of their consciousness were forward. Many of the people in the community were quite debilitated. They found it difficult to function with their fear, self-doubt, and other issues because they were experiencing their karma from these other lifetimes. Since I had not entered the community until my early 30s, I had had sufficient life experience to be able to function fairly well in the world. For some people, their karma emerged progressively and they were unable to function very well at all.

John never complimented anyone or gave positive feedback. As I look back on those years, I would say that I got used to never doing things right or well.

We were taught to look at how you could have done better. If something went wrong, how did you cause this, and how could you have prevented it from happening? I became rather thick-skinned through all this experience and learned to live without compliment or praise.

At the same time, I admired John greatly and would have done anything for him. He was competent and proficient beyond anything I had ever seen or experienced. I saw him deal with situations which I initially felt were impossible to resolve, and yet somehow his inner guidance took him through long, tortuous paths of resolution. I felt that his advice was the best guidance available. He was able to see how alternatives would play out in the future, and help people make optimum choices.

John was a Master. A Master is a person who has access to what he/she has learned in other lifetimes. Masters have much more wisdom and experience available to them than ordinary people, so they are able to navigate through difficult situations with ease.

I learned that I was going to run my business as best I could without any overt praise from John, and yet when I got out of my head, I could feel the love and compassion he held for all of us.

When someone had an issue, their recourse was to write a letter to John. Every evening, John and the Core Group processed the pile of letters that had arrived from the members of the community. People would be given written answers and advice. This was a good system in many ways because people were given advice about what to do; on the other hand, John only heard one side of an issue, so the version of events from whomever had the king's ear first was usually accepted. I believe that John trusted people and believed that they were telling the truth; or he felt that his faculties of discernment were accurate enough to tell whether someone was telling the truth, and relaying a complete version of events.

In 1981, one member of the Core Group began channeling God. God was a being whose name was Kumari Sati, or KS, and he preferred to be addressed as Father. Father-Mother God was out. I recall being called before the woman who was channeling KS and being asked to kneel before him (her) and pledge my obedience and loyalty. This I did, and I was told that my pledge was insufficient; I was to go into the other room and reconsider my sincerity. Otherwise, I would probably have to leave the community. I got it right the second time. I stayed. I wanted to stay.



Much of what John taught is now available through other sources, and non-dualistic teachings more in harmony with Aquarian Age are coming to the fore. I know of no one who pulled this

information together as early, as thoroughly, and as comprehensively as John. This was still the Piscean Age and duality and darkness were the order of the day. He taught us a stern version of the laws of karma and the other Universal Laws of the Creator (see Appendix 2). Some of the Universal Laws are from the Kyballion and others are from John. Here are some examples of Universal Laws coming from John:

**The Law of Responsibility.** Within each consciousness, there is an awareness of conscience, through which we can access guidance to discern right from wrong, and a sense of obligation to fulfill the purpose for which we were created.

**The Law of Appropriation.** When someone has the true intent to act selflessly, to help others and be of benefit to humankind, they will come into possession of resources far beyond those of their own consciousness.

**The Law of Change.** Any being within the Universe who loses their way and becomes separated from the Creator has the right to work to change the negative qualities that they have taken on, back into qualities of the Light, by deliberately choosing what they will and will not be. As they work to transform their negative qualities back into Light, they will again be able to enter into the Presence of the Creator, consciously and deliberately. In order for

this change to be successful, it must be brought about by the authority and direction of the Light, and the being must be willing to obey the Creator and His Universal Laws.

**The Law of Inner Revelation.** The Universe is in a state of revelation, and its inner workings will be revealed to those whose intentions are pure and in harmony with the will of the Creator, to the extent that their soul development permits.

**The Law of Grace.** Those who acknowledge their negative issues with true contrition and sincere desire to overcome them will be given assistance to do so.

The Earth was a fallen realm (and we were responsible for its fall). The Supreme Father is a loving Creator, but He was to be obeyed absolutely. We were learning to align our wills with Divine Will. We were learning to undo the Fall, in which we sought to have free will prematurely. There was one truth; anything else was incomplete or a distortion. There were no grays. There was a Being of Truth. We could attune to the Being of Truth for help to know the Truth.

John's school expanded. Balances outside Toronto ceased and people who wanted to participate in the school moved to Toronto, and needed John's permission to do so. At its peak, the group had about 150 adults and their children. More people married,

always within the group. John's permission was necessary, presumably to assure that souls were compatible. All relationships were heterosexual, but not all involved marriage. Some of my close friends from the early days of the group chafed at this level of control, and left the community. I was too dedicated to John to consider leaving.

The counseling program began in the mid 1980s. Everybody had a counselor to meet with weekly. I was the first counselor and I saw between 10 and 20 people a week over the years. Eventually there were 25 counselors. John chose counselors based on how well they would do the job, not because of who they had been at the time of Jesus. For instance, some of the Disciples from the time of Jesus were counselors, and some were not. Whenever someone was given a new position of responsibility, there were always other people who felt excluded. There was no training program for counselors, and the quality of our work was uneven. I helped people understand the problems they were having in their day-to-day lives, and helped them attune to the Light.

I also did Life Reviews. A Life Review involved about a year of weekly meetings to help people understand the key choices they had made in forming their attitudes, emotional responses, and beliefs. Once these decision points were identified and understood, I would regress the person back to that point in time and change the choice to one that was in harmony with their present path of spiritual development.

※

I knew some prominent Biblical figures well; I will use their Biblical names to describe them. Herrod the Great was among my counselees for several years. In this personality, he was hardly the tyrant who slaughtered innocent babies. He was thick-skinned and had had a tough life. He was an adopted child raised by poor parents in a rural area. He was a good strategist and was political by nature. He was a builder, and liked to accomplish things on the physical — businesses and institutions that would benefit others. He once rescued a rural railroad that had gone bankrupt, before moving to Toronto.

Joseph of Arimathea played the same role in our community that he had played at the time of Jesus. He was a successful businessman my father's age. He lent money to people in need, and was the principle investor in a number of group businesses, such as the vegetarian restaurant. He loaned me $10,000 to start my stained glass business. I eventually repaid him, but some people who borrowed money from him never repaid their loans. I spent many evenings with Joseph in his basement office listening to his war stories, sitting next to a picture frame on the wall containing all his war metals. He had flown two complete bombing tours in the RAF, when most of his comrades did not

survive one tour, or 30 missions. He flew on the dam-buster raids on the dams of the Ruhr Valley. He always thought that Americans were the Johnny-come-latelys of World War II, who had entered the fray two years after Canada and Great Britain, and acted like they won the war all by themselves. Joseph had lied about his age to enlist in the RAF in 1939. Hi wife was from England and they married during the War. He sailed back to his home in Manitoba a year before she could find passage to Canada. She had no conception of Canadian geography, and after her ship docked in Halifax, she felt completely lost after eight days on a train looking at endless snow-covered landscapes. Canada was not like England.

It was often said that the weakest aspects of our consciousness had come forward in this lifetime so we could resolve our karma, and I felt this to be particularly true of Peter. He was nothing like the lion of God portrayed in Roman Catholicism. To me, he seemed excessively thin, weak, self-absorbed, and spoke very softly, without conviction.

My impression of Judas Iscariot was that he was deeply scarred by the choices he had made 2,000 years ago, and in reaction, had become a perfectionist who did not mind keeping other people waiting until he finished what he was doing on his own terms and in his own time. He carried something subliminal in his consciousness that caused other people to mistrust him, but he sufficiently strong minded to live his life on his own terms. I always felt that he listened to me courteously but with some impatience, and whatever I said had very little impact on him.

I had strong bonds with Joseph (of Joseph and Mary). For some years, he was my closest friend in the community. He was a complicated figure and John told me we had known each other for many lifetimes. I did a lot of work with John to separate our consciousnesses. Part of him was a gentle, patient person who listened carefully to what others said. Part of him was like a stern Old Testament patriarch. He was a natural teacher of children and exuded his innate nobility.



The group started acquiring property in the neighborhood. Corporations were formed to buy 3 apartment buildings and a four-story bowling alley, which we remodeled to become the headquarters for group activities and businesses.

Sometime in the early 1980s, John taught us to release. Releasing is a technique for purging your consciousness of at least some of the negative energies that you carry. These could be an emotion like anger, fear, self-doubt — energies that you picked up that day — or the consciousness of another person whom you had an encounter that day where there was an exchange of consciousness. The releasing technique is described in my book,

*Navigating by Heart*, in the chapter on Hygiene for Your Consciousness. To release, you move your consciousness from your head downward through your body to your feet, simultaneously saying an invocation and pushing out all the negative energies.

During the early 1980s, the veils between the dimensions were very thick, meaning that it was difficult to connect with enough Light to release effectively. Many people had difficulty doing this at first. I was one.

In addition to releasing individually, there were release sessions with John in which a small group of people would be gathered to release connections to negative energies or dark beings. John would help us release energies that we had carried for a long time, such as fear or anger. He could help us release a position in the darkness, or the consciousness of a great dark being such as Satan. During these early release sessions, John would choose the participants for each session, presumably based on whether he felt they were ready. Not everyone was included initially. The participants would then spend 2 or 3 days together in seclusion to protect themselves from negative energies in the world. We would hold up together in an apartment for these days, usually doing physical tasks. When the release program started, there was a great deal of resentment and suspicion among those who were not included. John never heard any of that. I was included in the release program early on. The pattern of remaining in seclusion for several days after balances continued until the late 1990s, for as long as John continued to do balances on group members.

During one of the early release sessions, five people stayed in my apartment for three days. Peter was one of the five. I organized the food, and collected money from the participants before we began our seclusion. Peter said that he only ate millet and salad and would bring his own food. Since there wasn't much else to do, the rest of us prepared elaborate vegetarian meals, while poor Peter was left to eat his millet and salad. Naturally we offered to share our food with him, and he accepted. By the end of the stay, Peter had stopped making his millet and ate our food. I asked him if he was comfortable making a contribution to the food kitty, since he had eaten our food for several days. He said he was comfortable with that, and thought $10 would be appropriate. The next day I found an envelop in my mailbox from him. The envelop contained $5.

John delivered two talks a month, in three-hour meetings. He delivered his talks verbatim from his own hand-written notes, and then answered questions. Note taking and recording were not allowed, but one woman was able remember everything that was said, and her edited notes were distributed to counselors.

The seminar program began in the 1980s. Twelve people would gather with John on Thursday and Friday mornings. John would read typed notes, and everyone would be given copies. We would meditate

on the topics that were presented that morning so we would hopefully be using our own inner resources to deepen our understanding of what he was teaching us. Joanne wrote most of the seminars, presumably with John's assistance. A total of 43 seminars were presented over the years and these continued until the late 1990s, when John withdrew from participating in most group activities. Some of the seminar material dealt with how to use and expand our consciousness. Some was mystical, and some seemed Roman Catholic. Most seminars presented Universal Laws (Appendix 2) and Virtues (Appendix 3). Here is a sampling of some other topics —

Learning how to meditate, pray, contemplate and reflect.

Thought forms.

Conscience.

Spiritual Guidelines (there were many).

Inner Honesty.

Inner Self-Awareness.

Using Your Inner Will.

The Inner Power of Selection.

How to Feel the Vibration of Other People.

Your Inner Identity, Inner Vibration, and Original Nature.

The Path of the Golden Thread.

Setting up a Spiritual Plan and Program.

Maintaining the Boundaries of Your Consciousness.

How to become Inwardly Teachable.

Visualization.

Inner Awakening.

The Temptations of Jesus.

Right and Wrong Spiritual Concepts.

False Desires.

Your Inner Directive Presence.

Obedience to the Father.

Disengaging Your Consciousness.

The Sacred Heart of Jesus.

Participating in the Father's Truth and Reality.

John ran a rigorous school for serious students. As far as I knew at the time, he walked his talk. He was tireless and industrious in the extreme. He taught detachment and control of your consciousness, meaning how to be impersonal and have control over your emotions and attitudes.

Part of the program involved integrating returning parts of our consciousness. We were Masters in training, and Masters have access to the experiences and learning of all their lifetimes, and have balanced all the karmic energy from every lifetime as well. When a part of my consciousness returned, I would suddenly feel overwhelmed by an emotion or an attitude that had nothing to do with what was going on in my life at that time. John gave us an invocation to say in order to integrate these parts and clear their emotional debris. We would then speak to the returning part and help orient it to its present circumstances. Some of my more

spiritually advanced clients currently have parts of their consciousness return to them, and I am able to help them with the tools I learned from John.

John followed a strict weekly routine. Certain people would prepare his dinner on certain days, and would be invited to join him for the meal. I cooked on Monday nights. He prepared the same breakfast and lunch every day — John's morning cereal was unsweetened ground up nuts with hot water, and John's lunch was salad, served at room temperature with the same ingredients every day. He was a strict vegetarian and consumed no animal products except an occasional egg. He never wasted a second of his time, and wasted nothing in his home. His house was a model of order and routine. Everything had a place, and nothing was ever out of place, despite the fact that for some years many people slept on the floor, and throughout the time I knew him, different people would prepare his dinner in his kitchen. Joanne adapted to his ways when they were married in the mid 1980s, and the apartment changed very little after she moved there.

I used his bathroom one Monday when I was cooking, and I used up the roll of toilet paper. Just to experiment, I replaced the roll so that it fed from the bottom, rather than from the top. An hour later, John used the bathroom, and bellowed, "Who put the toilet paper on *the wrong way?*" In John's world, everything was right or wrong. I pleaded ignorance about the toilet paper.

John had a sense of humor that was innocent and occasionally mischievous. Early one April Fools Day, he phoned me telling me to run quickly and look out the window — a woman from the group (who was a bit around the bend) was running down the street naked. I dutifully ran to the window. Several people received the same phone call that morning.

My sense of humor can be mischievous too, but the limits of my sense of propriety far exceeded his. John used to call me Wraskally Wrobet. I once gave him the ugliest tie in the world for Christmas. It had belonged to my father and had an abstract design from the 1940s. It almost told a story and was too short and about 6 inches wide. He didn't know what to make of it. I had to tell him that it was a joke.

The group had music night every year. People would perform before the whole group. There was a strong pious contingent, and many of the selections were excellent cures for insomnia. To lighten the mood, four of us formed an Andrews Sisters-type vocal group — three women, and I played the piano. We performed Mr. Sandman and Boogie Woogie Bugle Boy from Company C in tight three-voice harmony. We brought the house down, but word came through the next day that our selections were inappropriate for music night. Piety prevailed.

I should have known. The year before some of us had organized a gender-bending Cinderella skit for the kids' Halloween party. This was Cinderella in drag — all the female roles were played by bearded men and Prince Charming was a played by woman. I was one of the wicked stepsisters — my once in this lifetime opportunity to dress in drag. The kids

loved us, and we had a wonderful time, but word came the next day that this was inappropriate for our community. There was no punishment, only admonition.

Being is John's school was like living in a monastery. I lived a life of disciplined routine, without the adventure and travel that I had enjoyed previously. Holidays were celebrated with routine and regularity as well.

Canadian Thanksgiving falls in mid-October, and we had a group meal that cooked by several volunteers. All group meals were vegetarian. The meal was followed by a mediation.

The Nativity pageant was performed twice during the weeks before Christmas. Joanne wrote the words of the pageant, and every year, different people were asked to take a part and tried to channel the consciousness of participants in the first Christmas — the prophet Isaiah, Mary, Joseph, Elizabeth, Zachariah, Gabriel, the shepherds, the inn keeper and his wife, and the three wise men. Each participant said what they felt as they were indelibly touched by their experiences in a cosmic event — the birth of Jesus. For example, Joseph expressed his reticence and fears about the birth of "the son who was not my son," until he was given a dream to motivate him to fulfill his role. The speaking roles were interspersed with coral selections of Christmas music. The pageant would take two to three hours to perform.

There would be a group dinner on Christmas Eve, followed by a meditation. We were on our own for Christmas Day. John selected the same nine people to join him for dinner on Christmas Night. These dinners would happen at an apartment that had a dining table large enough to accommodate ten people. The menu never varied — nut loaf, vegetables, salad, mashed potatoes, and pie. I made the mashed potatoes. After the meal, John would talk and show us energies.

New Years Eve included a group dinner and meditation that stopped shortly after midnight. Initially, everyone would take a turn and describe what they had learned during that year, and their goals for the following year. That practice ended in the mid 1980s.

There was a group meditation and dinner on Good Friday and Easter Sunday. Easter would often include a choral performance, without applause. John taught that there were three Christs of Easter — the Christ of the Crucifixion, the Christ of the Resurrection, and the Christ of Pentecost. We would meditate on these three Christs on the appropriate days.



John had strong opinions. I listened and considered what he said without arguing. I thought in terms of possibilities and saw his opinions as possible explanations.

He saw the United States as a violent nation and the seat of great corruption. It should never have separated from Great Britain, for the plan of the Light was for it to remain associated with Great Britain so its wilder ways could be tempered by Britain's civilizing restraint. The U.S. was born through violence, and it would be destroyed through violence. I never agreed with this perspective. I knew enough about the American Revolution to know that British rulers at that time were stubborn and pig-headed, and knew little about listening to grievances or defusing a crisis. I kept my opinions to myself.

It would be unfair to say that John was anti-Semitic. The group had Jewish members who were completely accepted. But John believed that Jewish Consciousness was an instrument of the Darkness. It controlled money and world financial resources and was far more powerful than any individual person. For whatever reasons, Jews had incurred great karma, and Hitler had known this. He exploited this knowledge, making it much easier to accomplish the holocaust. I think John believed that some Jewish karma was incurred because Jews saw themselves as God's chosen people and that God does not favor one people over others.

John was against homeopathy. He believed that people contract illnesses because of the discordant energies of their emotions and attitudes. Illnesses were present to help people understand this relationship, and homeopathy short-circuited the learning process. No pain, nothing learned, no gain.

John understood homosexuality as a karmic distortion of someone's sexuality. It was not a preference. It was a condition caused by dalliances in the darkness during past lifetimes, such as the phallic cults of ancient Greece. This condition would reappear lifetime after lifetime until the energetic condition was balanced and rectified. Male homosexuality involved an excess of masculine energy rather than excessive femininity. John felt that someone could be lifted out of this condition if they could hold enough Light. He made vague assurances to me that he would help me with this reconditioning at some undefined point in the future. In the meantime, I suppose he expected me to cross my legs and squeeze tight. At the time, I accepted John's explanation of my sexuality, and in truth, I did not have a better understanding of it.

John had zero tolerance for homosexual activity, although not for individual gay people such as me. He once told me that the Light had planned for Jesus' ministry to take place in ancient Greece until that culture became excessively accepting of homosexuality and Dionysian revels, so the program was changed to Palestine.



Life in the group settled into a routine that people followed week after week, according to John's schedule — balances, seminars, meetings, and meditations. This was a spiritual school, and the

curriculum was self-directed. Situations came up to be resolved. Problems arose so they could be solved. Interpersonal issues were rampant and people met with John to reach solutions.

There were many good people in our group. Most were dedicated seekers, trying to be good people, and express only the positive aspects of their natures. After years of living with constant exposure to the Light, most people looked younger than their years. We did not age as quickly as outsiders, and looked wholesome. I have never felt such powerful Light as in group balances, which were really a special form of group meditation. The fire of the Light was so strong that the experience was like sitting in the furnace of Creation.

Situations would arise to test people, and most people tried their best to assume responsibility for their own part in disagreements. This was a school for Masters, and John taught us that a Master could resolve any situation. Somehow, I managed to transmute this principle into believing that if something went wrong, it must be my fault.

Many of my issues came up in my stained glass business. Orders came in, the company grew, and I hired more people. Almost all the employees were members of the group. Soon I had 20 people working for me. I needed capital to expand, and so I sold shares in the company, mostly to employees. John even bought a few shares, presumably to show his support. Owning shares tied employees to the company as long-term participants committed to the welfare of the company, but it also meant that

I lost control of the company. Shareholders elected a board of directors composed of employees. I transitioned from being a sole proprietor to general manager. Some board members did not know how to wear two hats — being both a board member and an employee. Board meetings could become contentious affairs about personal authority issues masked as "concerns." John sat on Board meetings to be an honest broker and peacekeeper.

What had begun as a group of people working together enthusiastically to create beautiful things evolved over the years into a feudal-like situation where there were no prospects for advancement or job change. This bred quiet discontent. We were not sewing the right seeds to manifest happiness and abundance.

I often say that my motivation for taking up stained glass was to work with my hands and to work quietly by myself. That did not last long. I no longer worked with my hands — I administered a company that in some respects had become a sheltered workshop. Some of the employees had become so opened up to their karmic issues that they would not have been able to retain an outside job. I no longer worked alone — I wrote personnel policies and put out fires instead. Year after year, we worked hard in a labor of love, but made very little money. Stained glass giftware was a seasonal business. Half the sales were around Christmas. Year after year, whatever profits were made needed to be plowed back in the business. I drew an annual salary of $22,000 (Canadian). Most of the employees

made $8.50 an hour. Some years we paid Christmas bonuses, and made contributions to the employees' retirement accounts. One year the stock paid a dividend.

I learned to become a balancer in the early 1990s. Balances had always been training exercises for everyone in the balance room. Everyone sat in a circle around the balancee, and learned to hold the Light and develop their clairsentient abilities by tuning into the energies this person was broadcasting. John selected people to become balancers, and he had selected me. Prior to that time, I had never conceived of myself as a becoming a balancer; now I earn my living from this work.

There were a number of defined positions that balancers could be trained to assume — using the pendulum, being in charge of a session after John left the room, doing a solo session without John with someone else using the pendulum, and doing a complete solo session including the pendulum work. I would do solo sessions with someone else using the pendulum. It became surprisingly easy for me to do sessions. I could feel what was going on, and what needed to be said.

I moved through the remainder of my 30s, my 40s, and well into my 50s living frugally, running my business. Rent in group-owned apartment buildings was cheap, as were organic vegetables at the group's food co-op. The years during the 1980s and 1990s meld together like a blur. Distinguishing events were few. I seldom left Toronto and never took vacations. I had my Dark Night of the Soul in the early 1990s. I lost my ability to connect with anything beyond my physicality, and took a lot of time off from work. That passed.



John was a Master, and a Master is always prepared for any eventuality. If he rode his bicycle, he always brought a checklist of things like pumps and patches, just in case. Since he believed in the Edgar Cayce prophesies that great disasters would befall us, he tried to prepare for them too. Suppose the electricity would be out for an extended period. His solution was an emergency generator for our apartment building, with wires running to adjacent buildings including his home. Someone found a diesel generator that had once powered a destroyer in the Canadian Navy. We built an underground bunker for this generator beneath the parking lot of our building, and someone was in charge of firing it up every Saturday morning. You could hear it blocks away, and it would certainly have attracted a lot of attention in the event of a prolonged power outage. I had lived without electricity at several points in my life, and tried to convince him that kerosene lamps and woodstoves would accomplish the same ends much less conspicuously and with much less bother. He intimated his concern that we might burn the building down.

John also believed that we would have big earthquakes in Toronto, so many people tried to earthquake-proof their possessions, apparently oblivious to the fact that hundred-year-old brick structures are the first to collapse in a big earthquake.

By the mid 1990s, I was having doubts about the veracity of Cayce's prophecies. Nothing had happened. I read an excellent book called *Beyond Prophecies and Predictions* by Moira Timms in which she said that prophesies are not carved in stone, and merely represent the most likely outcome of the many possible ways that situations could unfold. Situations change, and so can likely outcomes. It was apparent to me that something like this had happened. It suited John's purposes for us to remain in a sense of heightened urgency, but the world had moved on.



By the mid 1990s I lost all enthusiasm for stained glass. There was high burnout among managers of group businesses, and high turnover. I had run my business for 15 years, longer than anyone else had lasted running a group business. The fun of growing a business was over, and I was burned out. I was ready to for a change.

I had a plan. The Alfred Adler Institute of Chicago had a branch in Toronto. They offered a two-year master's degree in counseling for people who worked — one three-day weekend a month of classes, and a lot of reading and writing papers. I had worked full time and gone to classes at night for my first master's degree. I could do it again. I could work at my stained glass business and train somebody else to run it. There would be a two year transition, and I could have a new career. I liked counseling people and by all accounts, I was good at it. I would combine traditional counseling therapy with energy work and apply the spiritual teachings I had learned during the last 20 years to my clients.

I approached John with this idea. He would have none of it. John did not approve of psychology. His teachings amounted to an alternative to what psychologists believed — aspects of someone's personality might be formed from childhood experiences, but the basic issues that people carry are karmic, and amount to wounds that are re-opened through childhood experiences. Siblings are not clones, although they were raised by the same parents. Without the same karmic predispositions, siblings are affected very differently by similar childhood experiences and parenting.

I still agree with this perspective. I also agree that most therapy is mentally-based talk therapy, and while that can be helpful to some people, it usually does little to change the basic characteristics of a person's consciousness. John also felt that a therapist's effort to help people get in touch with their anger was helping them unlock their own

darkness. I disagreed with this — I felt that some people are helped by putting their issues on the table so they deal with them. But I had learned to not argue with John. He held his beliefs tenaciously, and out of respect, I did not engage him.

However, I went toe to toe with John over my plan to study at Alfred Adler. In the end, I told John that this was my life, and I was free to set my own direction. Apparently I wasn't. He said that the plan for my life and the resolution of my karma meant that I had to continue to face the situations that would arise in the business I had begun. I disagreed, and said that situations would arise anywhere. In the end, he said that he would withdraw his support and his Light if I took this course. That would mean leaving the group and John's bubble of protection.

I backed down, and stayed. But in some ways things were never the same between us again. A crack had appeared in the unwavering trust and loyalty I had conferred over the years. I had always participated in all aspects of John's school because I wanted to. I had become a conscript in the business I had started.

The Core Group had disbanded in the mid 1980s when four members left the group. They left individually at separate times for their own reasons, which usually involved who was being allowed to marry the partner of their choice.

People who left the group left for good. There was to be no substantive contact with these people. They had chosen to live outside the group, which meant they had chosen to live outside the Light. We were to wish them well, and have done with it. Some group members shunned the people who left, but to my knowledge, John never condoned that behavior and I never engaged in it. But I never had an opportunity to find out why these people had decided to leave, or to hear their versions of events. They were among the people to whom I had felt most closely connected. But I was committed to John and to the beliefs and lifestyle he espoused.

Before John married Joanne, he told me he had had sexual relations with Barbara, who had been Mary Magdalene. My initial impression was neutral — who was I to judge, after all my sexual experiences? I could not imagine John engaged in sex. He seemed so chaste and sexually innocent. He had been raised on a farm in Manitoba and he seemed like he had been a lifelong Boy Scout. I put this information in a box, and did not deal with it. A few years later, after Barbara had left the group, Joanne added a few pieces to the puzzle saying that Mary Magdalene was a powerful figure in the darkness and had had almost no lifetimes in the Light. The exception was her lifetime as Mary Magdalene, when she loved Jesus. John's intent for having sex with Barbara was to awaken the divine love she had carried in the time of Jesus. John's purpose in telling a few people about his relationship with Barbara was to lessen the impact of blackmail, if that should happen. At the time, I believed this version of events. It seemed to validate

the perception that Mary Magdalene had been a prostitute and a disreputable figure. These events happened in the early to mid 1980s, before any of us were aware of the effort to reveal Jesus' marriage to Mary Magdalene, their bloodline, and the real role she had played in the ministry of Jesus as the first among his followers.

I saw Joanne less and less after she married John. We had been next door neighbors in a group apartment building, and met for tea, dinner, or long personal discussions. After she was married, she seemed to adopt John's habits and lifestyle. I saw her on Saturdays when I cleaned their apartment, and she would always have a few kind words before resuming her work at her computer. Her presence did not change the appearance of the apartment.

My Siamese cat Eloise had traveled with me from the Berkshires, through the years spent at the retreat in New York State. Word came through that I had to get rid of Eloise. Her consciousness was being used (unwittingly) to spy on the activities of the group. I made many sacrifices to be in John's school, and getting rid of Eloise was big, as was living without intimacy.

❋

John's health started deteriorating visibly in the late 1990s and he slowly started withdrawing from group activities. He began living a secluded life in his apartment. He must have known about his condition years earlier, when he built an apparatus in his bedroom to hang upside-down. Several of John's more fawning followers built similar things in their apartments, but I feel that John had not built this thing for the health of his brain. He was in the early stages of alkaloses spondylolysis, a condition in which the vertebrae stiffen, fuse, and eventually break down. He began walking bent forward. He stopped doing individual balances and rarely attended group meditations. The seminar program stopped at Seminar 43. Fewer people came into his apartment. Most of the people who cooked his meals continued doing so, but they did not always stay to share the meal. I cleaned his apartment every Saturday morning, and I continued to run errands for him. I never heard him complain, and I never discussed his condition with him. I knew he would not want to talk about himself in this light. Word in the group was that he was carrying our karmic burdens; our issues had caused his condition. As I write these words, I am almost in tears at recalling the prospect of seeing such a strong and powerful warrior for the Light reduced to this condition, but such expressions were discouraged at the time. John wanted no one's pity. He would be the master of his own destiny, and we needed to let him carry these burdens on his own.

❋

I do not know whether John knew I would leave the group. He often said that he could read 10 pages ahead in someone's book of life. I entertained leaving as a vague possibility. At Christmas 2001, I felt inwardly that this would be my last Christmas in Toronto without knowing how or why this would happen. I had no intention or plan to leave. It was just a feeling.

In the autumn of 2001, John relented about leaving my position in the stained glass company. I never asked him why he changed his mind. He supported me in this move, helped me find a replacement to manage the company, and someone to purchase a majority of its shares. I left the company without a career plan. I got out while I could and severed my ties with the company in January 2002.

The next few months were among the most difficult of my life. I was 56 years old and out of a job. I had never taken a vow of poverty or a vow of chastity, but I was living a chaste life with very little money to my name. What little network I had outside the group was in the giftware business, and I had no inclination to continue in business. A liberal arts degree is of little worth in Canada, and I had not worked in planning for 30 years. I enrolled in a certificate program in mediation, and found that my social skills outside the setting of the community had severely atrophied. I was used to talking to people who shared my values and beliefs, and when it came to speaking in class, I found myself making unsubstantiated pronouncements instead of taking clearly reasoned positions. I was unable to express what I had spent 25 years learning outside of a supportive setting.

I was surprised at how much of my sense of identity and self-worth involved being in charge of a company. I felt empty and directionless. I was living on my savings and spent long days alone at home searching for jobs. I never had an interview. I found diversion in Internet pornography. I made a few gay friends outside the group. I was rebelling against the strictness and strictures of John's school.

In almost all of my experiences of John, he had been a kind, gentle, compassionate, loving soul. I had heard about his Ton of Bricks treatments, where he came down on a recalcitrant or disobedient student like Jesus among the moneychangers in the Temple. I had never experienced the Ton of Bricks. I had always done my best to be obedient and cooperative, until now.

The Ton of Bricks came on a telephone call one morning in early March 2002. It precipitated my departure from John's school. John told me that I was filled with corruption and I would never be welcome in his home again. He went on and on, and I no longer recall most of what he said. I mentioned something about how he had promised me that he would clear the homosexuality from my consciousness. The *coup de grace* came at the end of the conversation when I asked him about the newspaper I left at his doorstep every morning. I subscribed to *The Globe and Mail* (the *New York Times* of Canadian journalism) and I left my copy for

Joanne at their doorstep every morning when I was finished with it. He told me to stop bringing it, implying that it would carry my corrupt energy. Ouch. Then he offered to clear me and give me Light. I was hurt and I politely refused. He phoned me back a minute later and reiterated his offer of help. I felt that I had had his help countless times, and once more would not change things. I never expressed that sentiment to him. I simply refused again, unknowingly sealing my exit from John's school.

I was dazed. I may have been traumatized. I have had two fathers in this lifetime. The first was tyrannical and controlling. The second was benevolent and kind, but controlling in ways I did not fully understand at the time. In five minutes, the second father had become the first. I was split in other ways as well. True to groupthink, I blamed myself. After all, I was corrupt, and he was Jesus. But part of me was furious as well — I would not accept that treatment from anyone, no matter who. I felt like I had been cast out of heaven. Being part of John and Joanne's circle was important to me. I did not have an immediate family — I had them. Now they were gone.

I phoned a friend and she suggested when something of that magnitude happens, it is often good to put some distance between yourself and your usual environment. I agreed, and I left for the Berkshires without telling John. I was exploring options without the expressed intention of leaving Toronto. My brother-in-law was very helpful. He is a grant writer for non-profits, and I was attracted to this and other lines of work that were not possibilities in Canada.

A week later, I returned to Toronto. I had decided to make my life in John's school work. I would apologize to John and try to repair our relationship. This had been my life and I would not throw it away. Those intentions evaporated when I answered my telephone messages. John's voice told me that I was no longer a counselor. Another blow, this time fatal. I was hurt and insulted that he could not tell me in person. In retrospect, I understand that he did this because I had refused his help. At the time, I all I could feel was hurt. I knew there was nothing to hold me in Toronto any longer.

# Part IV

# Finding My Own Path

MY PATH FROM TORONTO did not follow a straight-line trajectory. I had deep emotional ties to John and many of his followers; these took years to break. In retrospect, leaving was a 60/40 decision, forced by circumstances. I had been devastated by John's Ton of Bricks telephone call, yet much of me believed that I was walking away from my destiny, my calling, and the one true path to the Creator.

Easter fell in March that year. I left Toronto in the early hours of Good Friday. I had written letters to key people saying that I was leaving. My letter to John was curt, saying only that I realized that I was not a seeker and I needed to move on. I did not mention my pain. When I arrived at my parents' house, I wanted to return to Toronto. I was completely split and directionless. I managed to reach John by telephone on Easter night. He was very kind but said that if I returned right away, I

would very likely want to leave again. He told me to live in the world for six months and see how I liked it. He would arrange for people to pay my rent. I could phone him on the last Sunday of every month to check in. I could return if I wanted after six months.

I was in my late 50s and living in my boyhood bedroom in my parents' house. I was incredibly depressed, and felt like I had just thrown my life away. My parents were very kind and supportive. They helped in many small ways. They found a therapist who specialized in helping people with spiritual issues and paid for the sessions. He was a Christian minister, and when he suggested that I had been involved in a cult, albeit a very benevolent cult, I was incredulous. This was not a cult. This was Jesus, and Jesus did not start cults!

There is a large Roman Catholic shrine in Stockbridge on the grounds of an old estate. I went there to pray for guidance, and I asked to talk to a priest. I told him my story. He listened patiently and gave me a stack of books on the Prodigal Son. Talking to him was comforting, but I was not going to find my path through the Catholic Church.

Working at Kripalu saved my bacon. Kripalu is a yoga center on a large estate in Lenox. It started as an ashram in the early 1980s and was led by a guru who preached bramacharya, the Hindu version of celibacy. Regardless of their marital status, men slept on one side of the building, women slept on the other, and the guru slept in a separate house with a

number of his more nubile female followers. When he was caught *in flagrante delicto* (with his pants down), he was expelled. Temptations of the flesh are a common failing among gurus whether they preach bramacharya or not, but any similarity between this guru and my own was lost to me at the time.

Kripalu began a morphing process that continues to this day. It was incorporated as a religious institution when I started working at the front desk, greeting guests and answering their questions. It could accommodate 500 guests. People went there for yoga retreats, to take workshops offered by New Age authors, and to learn to become yoga teachers and massage therapists. There was an extensive program for volunteers who became long-term residents. My best friends were among the volunteers.

The people I worked with on the Front Desk were very supportive, and working there eased my transition away from the group in Toronto and into the world. Some of my co-workers were my age or older. Some were young and idealistic. Age was not an issue. One of my co-workers was openly gay. Another was in a lesbian relationship. My story was not unique. Some people had been in other spiritual communities before landing at Kripalu. I found I could talk about some of my experiences with people who could understand.

I phoned John once a month throughout that summer, but I was drifting away. I liked the non-dualistic and accepting spirituality that I found at Kripalu. It was fun because life was a celebration. I last spoke with John in July, and I told him that I had not decided what I was going to do. His last words to me were about all the karma I had incurred. This went right over my head. I was in a different place and I did not want to hear any more about my karma.

In August, my brother drove me to Toronto to collect my things. Half a dozen people helped me pack everything and load a U-Haul truck in one day. I had told no one in Toronto about the circumstances of my departure. The people I had been closest to stayed away. I never told John I had decided to leave. He was never one to observe social niceties and in that instance, I decided to reciprocate. The next morning, I found an anonymous note on the door handle of the U-Haul saying "Once a brother, always a brother." It touched me deeply and I cried.

I had not lived in America for 25 years, and I rolled my eyeballs a lot during my first years in the States. This was less than a year after 9/11 and George Bush was beating his war drums and instilling fear and paranoia in the country. I couldn't believe that people were buying it. I felt like the fascists had taken over.

I bought an A-frame house in a forest on a mountain. No other houses were visible and the isolation suited me. Kripalu volunteers were frequent visitors. Some of the women were excellent cooks and loved to use my kitchen to make delicious meals as a break from the institutional food they were served at Kripalu. I found a

I had allowed my spiritual discipline to lapse, and I began renewing it about six months after leaving Toronto. I began meditating again. I resumed the practices I had learned from John. I had not done any balances since I had left Toronto, and at first I was not sure I could give myself permission to do so. The balance program had been highly controlled by John and I had come to believe that he was the only source of Light. I did not know whether a balance would even work without his permission.

I put a notice on the staff bulletin board at Kripalu offering free balances, and several people signed up. They worked. People felt the Light and were lifted by their sessions. It is hard to convey my sense of gratification and wonder. I knew that this meant that the Light supported me independently of John. How naïve I had been to think otherwise. I had lived in a black and white world, where one truth fit everyone, and where the only way to the Creator was through John. The Light was supporting me outside of these rigid parameters.

I continued to offer free sessions for the remainder of the time I worked at Kripalu and I honed my techniques and adapted them so they were appropriate for people who had never been part of John's school. Prior to that, I had only worked on group members, people who shared the same values and understandings that I held. I started calling my work energy healing instead of aura balancing, which sounded like a name coined in the 1960s.

I was still quite fragile. I had a big crisis in February 2004. My job at Kripalu seemed to be in jeopardy and I faxed several letters to John, asking him if I could return to his school. At least I had become strong enough not to be devastated by his letter turning me down. A year or two later, I had a little ceremony in which I burned his letter. I was finished with his judgments that found me wanting, and I rejected them. I believed that John had been Jesus 2000 years ago but they were two different aspect of the same soul whose perspectives and teachings were very different from each other. Of course I still harbored doubts about the choices I had made, and of course I still blamed myself in many ways, but I knew that there was no turning back. I was on my own now.

John allowed me to correspond with a friend in the group during those years. My letters were substantive. I wrote about what was going on in my life, and about the issues I was facing, and I knew that indirectly I was writing to John. Hers were full of this and that, without substantial information. When I wrote her that I had fallen in love, she replied that this would be her last letter. I was not surprised. The love affair did not last long either.

I sold my A-frame house in the forest and bought a two-family house in town. I found that living alone in the country consisted of one chore after another, and I did not like having bears on my front porch, with only French doors to separate us. They looked through the windows at night, but never harmed me. My new house had good energy. It had been

owned by a Reiki master who had christened it The Reiki Center of Pittsfield. She had completely renovated a hundred-year-old house, so there were almost no chores to do. I live there to this day.

Meeting Lois Hartwick was an important step on my new path. Lois is a channel and spiritual teacher in Great Barrington. She leads a weekly meditation group and gives individual sessions to her clients. Through her guidance, I observed that my sexuality was acceptable to the Masters she channeled. They encouraged me to apply for a job as an energy healer at a certain expensive holistic healing resort in the area. (I am prohibited from mentioning it by name because I signed an intellectual property agreement preventing me from doing so.)

At this writing, I have worked there for 10 years. I have a following of guests who request my services. I have become the most requested practitioner in a department that includes medical doctors, acupuncturists, and a naturopath, despite the fact that I have cut back to working there one day a week. I also have an energy healing practice in the Berkshires and in Manhattan. And at Lois' suggestion, I wrote *Navigating by Heart*, a book about my practice as an energy healer, and the spiritual principles that help people with their own issues. Everything in that book is from John. I did not credit him. At the time he was still alive, and revealing his teachings publically violated promises of secrecy I had made.

Working at the resort was a gift. It helped me regain my confidence and belief in myself. I learned to handle all sorts of people in all sorts of situations. I learned how to explain what I was doing to clients, and to talk confidently about my work in lectures.

I spoke with a close friend in the group when my cat died in 2011, and told her what I had been doing. This was my first contact with a group member for several years. We talked about my writing a letter thanking John for what he had given me, and I have included that letter as Appendix 4. I am glad I did this while he was still alive.

I met Rae Chandran through Lois in 2012, and we bonded immediately. Rae is a channel and spiritual teacher who lives with his wife and children in Tokyo. We have formed a writing partnership to issue books with New Age teachings. Rae channels the material and I edit it into written English.

The teachings I learned from John served me well, even if my beliefs have transcended beyond them. I believe that there was nothing bad or wrong about what John taught us, and I knew John well enough to know that he would never deliberately deceive or mislead anyone, or harm someone in any way. John did not have access to the Masters and Archangels to the extent that Rae does, or I do through Rae.

I am not the same person I was when I met John. Spirituality is my life now, whereas it used to be a subject of interest. I feel responsible for what I manifest, whereas before know John, I was

somewhat hedonistic. I almost always got a fair shake from John, and he taught me be to be a serious and dedicated helper of humanity.

A great shift occurred on Earth starting in December 2012, and the Aquarian Age actually began on the vernal equinox, 2014 (March 21st). Rae and I participated in ceremony to usher in the New Age at the Temple of Isis on an island in the Nile near Aswan Egypt. That shift continues and accelerates. Some New Age teachings involve reinstating the ancient mystery school teachings of India, Egypt, and Druidic England. Some involve activating aspects of human consciousness that have been dormant throughout the Piscean Age. I believe that Jesus was schooled in these traditions, but what Jesus learned was subsequently suppressed by those who established a religion in his name 300 years after his death. In Part V, I will attempt to compare New Age teachings with John's, and evaluate my experiences in Toronto.

# Part V

# Finding Answers

I HAVE TOLD my story, my version of events that happened in a spiritual school in Canada over a 25-year period. What have I learned from these experiences and what actually happened? What do my experiences have to do with Jesus? What was this group that I belonged to, and what did the members have to do with Jesus? And how can others learn from my experiences?

My truth is evolving. If I were to write this piece in 5 years, I would probably write it differently. I have come to believe that Earth is a school in which we learn through exposure to adversity until we get it right. People are drawn together lifetime after lifetime until their lessons are learned. This applies to families, communities, and groups such as the one I was a part of. How does all this assembling happen? Is there a great Coincidence Control Center in the sky? Is this an example of the Law of

Attraction in action? Do our souls write about the connections we make in the blueprints for each lifetime? Perhaps it is a combination of all these things, but as individuals learn their lessons, they no longer need to be part of their karmic groups, and can move on to other learning situations. For example, soldiers who fight together form tight bonds, and reassemble time after time until they learn that fighting is destructive to others, and causes trauma within their own consciousnesses.

I have been fortunate to have known Rae Chandran. I have been able to talk to John posthumously through Rae about my experiences in his school, as well as to Jesus and Archangel Michael. Their understandings of what happened there compliment each other, and have helped me re-frame these experiences from a higher perspective. Full transcripts of these discussions appear in Part VI. What follows includes the understanding of my experiences based on my discussions with these great beings.

Our group had been together many, many times, and bonding with these people was easy for me. They seemed familiar. I believe that we reassembled in this lifetime for many reasons, among them being to reinforce the lessons that Jesus had taught us 2,000 years ago, but in supportive surroundings, free from the persecution of Roman and Jewish authorities. We planned this reassembling. It was included in the blueprints which each of our souls wrote for this lifetime. John would teach us spiritual principles. But who was John? How valid are his

teachings? And did it go according to plan?

Until a few months ago, I accepted that John was an aspect of Jesus. That was an article of faith for me, a piece of bedrock on which I had built my system of beliefs. Now I wonder why it was important for me to be so certain that this was something that I knew. I see that certainty of one's beliefs has been a problem for human beings since our inception as a species. We are so limited in our ability to comprehend some of the deeper questions of life — we live on the third dimension, in linear time, usually out of touch with the non-physical entities who guide us, and our intuitive and mental faculties usually operate independently of each other. People fight wars to defend their beliefs and their certainties, or to force other people to accept what they believe.

I believe that it takes a degree of self-confidence and wisdom to acknowledge that knowing the history of John's soul is something I do not know; and to be able to accept the experiences as part of my growth, and move on.

What I do believe is this — Jesus was bigger than I can comprehend. To say that he was this, or did that, only limits my ability to understand other pieces of the whole. I can feel Jesus. I know that I carry a piece of his consciousness within me because I can feel it. That certainly does not mean that I understand the totality of his being.

I believe that John carried a piece of Jesus as well. Does that mean that John was infallible, that his teachings were complete, or that he got it right all the time? He has acknowledged (through Rae in Part VI) that he did not. Was John Jesus? Again through Rae, he has said that he was not.

I believe my fallacy may have been in trying to understand human consciousness in terms of distinct individuals remaining distinct lifetime after lifetime, when it seems clear that some forms of blending can also occur. My answer is — I do not know who John was at the time of Jesus. I do not believe that he was Jesus, but that he was deeply influenced by Jesus. I could speculate on John the Baptist, or the Teacher of Righteousness from the Dead Sea Scrolls. (John the Beloved is spoken for in the group, and my gut tells me that none of the twelve disciples had sufficient wisdom and development of consciousness to do what John did.)

Or there are other possibilities. He could have been some form of composite being I do not understand. John was a great soul, and a Master, of those things I am certain. He recently said (through Rae in Part VI) that he was a bread maker named John who was extraordinarily touched when he met Jesus.

I have come to see the ministry of Jesus as a seminal event for our planet, long in the planning, and profound in its implications for humankind in the Aquarian Age. As Earth moves through the 26,000 year cycle of time called the precession of the equinoxes, we pass through various Ages (or Yugas). These are markers to denote increasing spiritual awareness, or the opposite, further immersion into

materialistic pursuits. The Piscean Age was the nadir of world spirituality. It was a dark age that culminated with the 20th Century, when humankind obtained the means to destroy itself, and totalitarianisms almost prevailed and probably still do in veiled ways. We are only now emerging from those shadows.

The ministry of Jesus occurred at the beginning of the Piscean Age, and I believe that one of its purposes was to prevent us from sliding too far. Jesus taught that God was love. Prior to his ministry, gods had anthropomorphic characteristics. Even Yahweh, the one god of the Jews, was a vengeful god. He smote his enemies, and issued commandments. Yahweh is not the God of love that Jesus taught.

I have come to think of Jesus' ministry as a great coordinated effort, and that this effort involved imbedded Masters. Many sources say the Joseph was an aspect of Saint Germain. Another example is Paul, who was Master Hilarion. Paul never knew Jesus directly and yet his teachings form the basis of what later became Imperial Christianity. I used to see Pauline doctrine as a distinct and distorted version of what Jesus taught. I still believe that this is true, but I also realize that without Paul, Jesus would most likely have been forgotten. At the time of Jesus, the Middle East was rife with cults founded by teachers who performed miracles. Who remembers them? Jesus was not particularly diligent about seeing that his teachings were accurately recorded, or if he was, those records have

been expunged. And after he died, his followers were split about how to proceed. Some wanted to limit spreading the word about Jesus to Jews. Many became fugitives living on the edges of the Roman Empire. Phillip, Anna, Mary Magdalene, and many others moved to Britain (see *Anna, the Voice of the Magdalenes*). This was before it had been conquered by Rome. They could follow their spiritual practices from this backwater, but they were not positioned to begin a world religion that would carry the memory and teachings of Jesus. In fact, their teachings and practices died in Britain, or went underground. Paul laid the basis for our memory of Jesus from more central places in the Empire. He died in Rome.

John intended to form a school for Masters, and Joanne spoke of the Great Work that the group would undertake some day. Both John and Joanne have transitioned beyond this lifetime, and to my knowledge, no Masters have appeared from Toronto, and the Great Work did not begin. John transitioned in March of 2012 from complications of his spinal condition. This was ten years after I left his school. He did not live into the Aquarian Age which began two years after his death on the vernal equinox of 2014. Joanne had never enjoyed good health and died of a stroke late in 2014.



I now feel that most of Jesus' followers did not understand the real nature of his ministry, his teachings or why he allowed himself to be crucified. Most of his followers were country people who lived around the Sea of Galilee, farmers and fishermen for the most part. I also believe that most Christians do not understand the crucifixion. Jesus certainly did not die for our sins. That understanding is contrary to the principles of karma, and is rooted in duality and Pauline Christianity.

Mother Mary, her mother Anna, and Mary Magdalene all understood that Jesus had been taught in the mystery schools of Egypt, India and Druidic England, and that the principle purpose of his public execution was to demonstrate that death is only a transition into another dimension, not the end of the only lifetime we have here on Earth, after which it is either Heaven for the good guys, or the eternal punishment of Hell for the sinners. Who made that up? Certainly not the all-loving Creator, and certainly not Jesus. We create our own Heavens and Hells in our next lifetimes here on Earth.

Mystery schools had been teaching about death as an interdimensional transition for millennia, but their teachings would be suppressed and labeled as heretical by the new religion that would be founded in Jesus' name. Most of what has survived about the life of Jesus is the heavily edited and altered accounts approved by the Council of Nicaea in the 4th century as it established the new official religion for the Empire of Rome. Most biblical scholars agree that the books of the New Testament were written long after Jesus died, and not by the followers of Jesus they are attributed to. I believe a more accurate and complete account of what Jesus taught can be found in the so-called Nag Hamaddi scriptures, or Gnostic Gospels that were unearthed in Egypt in the late 1940s. These scriptures were almost completely eradicated by the Church of Rome in the 4th Century, and Gnostics were labeled as heretics. History is always written by the winners.

Jesus returned to his followers many times in the years following his crucifixion. You can read about this in *Anna, the Voice of the Magdalenes*. Memories of these events went underground, but persisted as legends. The Gnosticism of the Cathars revived some of these beliefs, but the Cathars of southwestern France were exterminated in the Albigensian Crusade in the early 13th Century. This was a genocidal war conducted by Imperial Christianity in the name of Jesus.

Phillip did not understand or live happily after the execution of his Master. He was traumatized by the Crucifixion and suffered with survivor's guilt. The Phillip who speaks in *Anna, the Voice of the Magdalenes* seems obsessed by his duties and very unlike someone who had recently been exposed to the love and presence of Jesus.

For years, I avoided Easter. It was easier for me to ignore it, for if I observed and acknowledged it, I would become darkly depressed. I came to understand this as karma from witnessing the

crucifixion of Jesus. Some years after leaving the community, I helped Phillip resolve his trauma from the first Easter through hypnotic regression. (John saw hypnosis as a surrendering of free will, and therefore a tool of the Darkness. Needless to say, I disagree.) Phillip was in a very black space when I was regressed back to that lifetime. I as Robert was consciously present during the session, as a witness, reporting what Phillip felt and said. Phillip did not feel that there was anything he could do to change his depressed condition. The hypnotherapist asked him if there were anyone who could help him, and he replied that only the Master would be able to do so. She asked the Master to come forward, and the great weight that Phillip had been carrying for so long was lifted. Easters have been fine for me since then. If only Phillip had known that he could have asked for help.

I believe that most of Jesus' followers had been traumatized by the crucifixion, and that the Pentecost was an effort by the Light to lift these people above their trauma so they could continue with their missions. This was partially successful with Phillip, for he continued to function. But he still carried the emotional scars from the crucifixion into my lifetime.

Did John get it right all the time? In that personality, he certainly believed so, but in his own posthumous reflections through Rae, he would have made his teachings less overtly Christian, and more Gnostic and shamanic. At the time, he discounted shamanic wisdom as Earth-based energy — the

Light stepped down in frequency through the plant and animal kingdoms. If he had any interest in Gnostic teachings, I was not aware of it. When I was in Toronto, I studied the Gnostics, the Dead Sea Scrolls, early Christianity, and the desert fathers extensively, all independently of John.

Earth transitioned into the Aquarian Age as John transitioned out of his body. This Age is beginning with new teachings and huge downloads of new elevating energy. How are the precepts of the Aquarian Age different from what John taught? John's teachings were dualistic — Light-dark, right-wrong, good-evil, truth-distortion. The Aquarian teachings I am most familiar with come from the books that Rae and I produced. *[DNA of the Spirit, Volumes 1 and 2; Partner with Angels, several volumes; and The Dance of Hands.].The teachings in these books emphasize experience — We have done it all throughout our lifetimes, to gain experience in all aspects of human expression. These were learning experiences, and it is a mistake to judge them as good or evil. The darkness is something invented by humans. It does not exist as an organized force to oppose the Creator, and Jesus did not teach of its existence.

I find Aquarian Age teachings very individualistic — Find what works for you. Humanity is on a path to ascension, which could be seen as an interdimensional shift of awareness — moving from the confines of third dimensional reality into the fifth dimension, where we have access to the resources of our past and future lives, and

awareness that we can manifest and create with our own consciousnesses. Ascension is an individualized experience. One size does not fit all. Each soul's path to ascension is unique. For that reason, you do not find books on how to ascend. Your path to ascension is tailored to the experiences you have had throughout your lifetimes, and the unique qualities of your soul.

I see Aquarian Age spirituality as a smorgasbord of choices. Some people will choose the teachings of the mystery schools — Egyptian, Indian, Essene, Mayan, Eastern, or Druidic. During the Piscean Age, these traditions had either run out or steam or were suppressed in the West. They are being revived for a rerun. The ancient mystery schools taught regeneration of the physical body, DNA activation, finding the Creator within, how to overcome fear, and techniques for control of the consciousness.

Some people will choose a shamanic path. Shamanic practitioners approach the Creator through nature. John saw the Earth as a fallen realm; nature was dying. I feel that as more and more people awaken to the wonders of nature, it will flourish; that every creature on Earth has a purpose, often in support of humanity; and that as human consciousness supports the Earth, she will heal and enhance her support for humanity.

Aquarian Age spirituality can be about connecting to the support of celestial bodies. Planets and stars support us in consciousness. Our bodies are made of stardust and contain the energetic codes of heavenly bodies. We can activate these connections and codes.

During the Piscean Age, sexual activity raised all sorts of red flags. Few religious or spiritual people knew how to integrate their sexuality and physical desires with their spiritual beliefs. Sex often stood alone from the rest of life, and was rife with taboos. But why were we given physical bodies that are full of erogenous areas, and why are some people only attracted to others of the same sex?

The Aquarian Age teachings that I have been exposed to through my work with Rae describe sex as fun (See *DNA of the Spirit*, Volume 1). The Creator wants the children to enjoy themselves, to experience physicality through sex, and learn to use it to manifest benevolently and with love. These concepts are hardly foreign to Western ways — look at ancient Greece and Rome. But they were foreign to Jewish traditions, which were founded on a series of "Thou shalt nots," and were incorporated into Christianity, which proceeded to extinguish these Greek concepts from western ways.

Aquarian Age spirituality is also about awakening long dormant faculties of consciousness, echoing what Jesus said about each of us being able to accomplish what he did, and more. We are only beginning that process. We are Creators in Training, and we carry the same equipment as the Creator. We just need to activate it, and learn how to use it benevolently and lovingly.

This is an old concept, one that was lost to me until I realized that it had been stated in the Bible in a muddled way that was probably the result of a mistranslation. The Bible states that we are created

in God's image. We have all heard that. For me, the problem lies with the word "image." A rubber stamp makes an image. A photocopy of a Monet painting is an image. It is a reproduction, and it contains none of the essence, energy, feel, or consciousness of the original painting. I believe that when the Creator made human beings, the process was more akin to slicing an apple. If you slice an apple into a zillion pieces, each piece is not an image of the apple. It is composed of the original Apple. We all have a slice of the Apple, and we are going to activate it and learn to co-create benevolently in the Aquarian Age. Our consciousnesses are full of codes, waiting to be activated, so we can assume our places as co-Creators of this Universe.

How are you going to use your piece of the Apple? And who is going to teach you to use it?

I was born into a bridge generation. I grew up with Piscean ways, and it was easy for me to accept a place in spiritual school that entailed surrendering my autonomy to control. I usually deferred to authority. Through my upbringing, I learned how to half believe two things at the same time, and not to openly challenge those in charge. In the world I grew up in, these were coping skills, learned behavior that was necessary to hold a job in an organization, but they serve no person on a spiritual path.

During the latter part of my tenure in John's school, it certainly occurred to me that if you wanted to control a group of followers, what better way than to have them believe that they were all great beings of darkness, and the only way out

these karmic ties was with one particular teacher. But I managed to push these doubts to the back burner.

Many children of today understand things much more directly than I did, and seem less constrained to speak up and say their bit. Maybe they are more developed as souls. Perhaps they flourish more quickly in a less restraining environment. They do not have to contend with many of the issues I faced — getting a back-alley abortion, being ashamed of being gay, not having same-sex relationships recognized by the State, or feeling constrained about speaking of spirituality.

I would say this to anyone who is looking for a teacher — Nothing is for the rest of your life. Learn what you can and move on. Do not surrender your autonomy. Good teachers turn their students loose. Ask if what you are learning is empowering you. Are you learning to be self-confident, how to stand in your own power, and ascertain your own truth? Know that you are complete within yourself, and that no one feels complete spiritual self-worth. If you feel you need a guru for external spiritual validation, look instead for how you can validate yourself from within. And if anyone tells you that you are a special being, a planet, or the soul of a nation, it's time to get out of Dodge. Or to slightly misquote W.C. Fields, "Mahatma Kane Jeeves. Let's head for the Gampion Hills!"

I have often wondered where John got his information and his teachings. A few months ago I asked Archangel Michael (through Rae, Part VI) if he

had ever heard of Kumari Sati, and he had. He is a Master from another star system whom Michael described as being stern; his teachings are not always applicable to the Earth.

John did a great disservice to Barbara, the Mary Magdalene figure of our group. Barbara recently told me that she had had profound direct experiences of the Creator before she met John, and yet here was a spiritual teacher who told her that she was an aspect of Satan. She never accepted this, and left the group in the 1980s.

Kathleen McGowan would disagree with John's version of events, that Mary Magdalene had only one lifetime in the Light. McGowan has written a series of fictional books about the lifetimes of Mary Magdalene and her positive contributions to human progress — the Humanist movement, the Renaissance, the Gnosticism of the Cathars.

Anna in *Anna the Grandmother of Jesus* also disagrees. Anyone who is interested in a firsthand account of the life of Jesus and the central roll played by Mary Magdalene should read both books. The second book is titled *Anna the Voice of the Magdalene's*.

Barbara disagrees as well. She has her own story to tell, and I have encouraged her to write it because it is worth telling, and because it would help her heal. I had incorrectly assumed that her sexual encounters with John happened once or twice. She describes them as coerced serial abuse that happened for more than a year.

I have made my peace with John. I feel that I have been able to transition from feeling hurt, judged, duped, and bitter, to feeling grateful for what he did give me. John ran a school of consciousness, and I learned an incredible amount about my own consciousness, how to use it, and how to keep it clear. I learned a lot about being methodical and disciplined. John wrote the book on those qualities and taught them by example. I learned the importance of punctuality and order. My toilet paper rolls now always feed from the top. I learned the importance of being generous, and giving to others. And at the end of my experience with John, I learned that I had the courage to leave him and make it on my own.

And in another sense, I probably owe my life to John. At one point in the late 1980s, John called three of us into his apartment and asked us where we thought we would be if we had not chosen to be in his school. One person had been on a path leading to heroin addiction. Another would have become a self-destructive alcoholic. And I probably would have contracted HIV and died. I think this is highly likely, for almost none of my gay friends from the 1960s and 1970s are still living.

I am grateful to John for what he gave me. It worked for me at that time and place. And I am also grateful that I had the sense to move on and find my own path.

It Is All Good.

# Part VI

# John Speaks Through Rae

I HAVE been in frequent contact with Rae Chandran via Skype since 2013 when we began collaborating on a series of books on Aquarian Age spirituality. Rae is a pure, clear channel, and I have learned to trust what he channels as being a clear expression and accurate rendition of the speaker's words. I developed my clairsentient abilities through the years I spent in John's school, and I am able to feel the vibration of speakers, as well as the veracity of their words.

John made his first appearance through Rae in October 2014, and what follows are the transcriptions of a series of conversations with the spirit of John. You will recall that John transitioned from this life in spring of 2012. Some of these conversations include Jesus and Archangel Michael. Jesus is sometimes referred to

as Yeshua, in his incarnation 2,000 years ago.

Rae knew something about my experiences with John. I have enough sensitivity to discern when Rae is speaking as Rae, and when he is channeling a disincarnate entity.

### October 14, 2014

**John:** Hello, dear brother, my name is John. I'm sure you know me.

**Robert:** Of course I know you.

**John:** We have had many connections from ancient times, including Babylonian times.

**Robert:** I was told some of this in a channeling that Rae did when we were in Greece. We had connections in India as well.

**John:** You and I were Magis, Zoroastrian priests in Persian times. Magis lived together. They had their own temple, but they were united and closely knit. They stayed within their community in our own temples. We met and we made a pact that we would come together again as a collective group to bring forth a specific understanding. The same thing happened in our community but, as you know, this new consciousness [Aquarian Age consciousness] does not support community. It supports individual awakening. So, the community is no longer supported.

There were also mistakes made, but it was only because I forgot. I had a mission, but I forgot.

**Robert:** What was your mission?

**John:** My mission was to bring forth a different understanding of what Jesus really taught.

The Gnostic teachings were among the highest truths of the teachings of Jesus. They have much more truth than the regular Bible.

**Robert:** Absolutely, no question.

**John:** I wanted to bring a more simplified understanding, which everyone could easily understand, accept, and work with. That was my mission. As you know, I often got caught up in relations, for the veil was so thick, and many times I fell down and forgot.

I come to speak to you today for one reason. I feel that you (and maybe two or three others) have deep wounds in your hearts, for all of you felt betrayed by me, or a sense of mistrust. You looked at me as a figure who could lead you in spiritual practice for greater understanding. At some level you all felt that I failed you. Did you feel that, dear brother?

**Robert:** Not exactly. I felt that I was judged. That hurt me.

**John:** I wish to say to you I did not judge you, dear brother. There were times I was very strict and some times controlling, laying out the way something should be done. I did this to bring understanding and to wake people up but never really to control. I understand that many times my actions did not reflect what I really wanted to bring forth.

**Robert:** I totally understand, and I want you to know that almost all my feelings for you are gratitude for what you gave me, because I had much to learn and you were a good teacher.

**John:** I came to see you because I would like to say that I only have love for you, dear brother. When you left, I only had love for you. From where I am now, I see that on a deeper level you left because it you helped you open up to your own individual spiritual path, and I can see where you are now, at this time. So leaving was a very wise decision, although at that time, I felt betrayed — how could one of my one dear beloved disciples leave?

**Robert:** When I left, I felt backed into a corner, like I really didn't have a choice, and it took many years to come to peace with that decision, and realize it really was the right thing to do. What you gave me was an essential part of my path and it prepared me for where I am going.

My question is, Who are you?

**John:** Like all of us, I am a part of Jesus too.

**Robert:** After I left, I began to think that you might have been part of John the Baptist.

**John:** I would say we were all related, very much so, to the same Kingdom of God, and to the House of David.

Another thing I wished to bring understanding during my time as John is this — Jesus was so big. There were so many parts of him in so many people. His energy was in so many people.

Even now, a lady in Sri Lanka holds his energy. She is a grandmother. He was a being who was

truly the son of God with the capacity to be with many beings at one time.

It is like Sananda, who is separated from him and became an entity of his own. In the same way, he allowed his other parts to become themselves. They are branches who grew out from him. The branches branched out and had their own structures and followers and teachings. [Sananda is often described as the Pleiadian aspect of Jesus.]

**Robert:** They are various aspects of a great soul?

**John:** Of course. This is what I wanted to bring forth. Jesus is so much bigger than humanity thinks.

**Robert:** Oh, completely understood and agreed.

**John:** If you really look, Jesus taught only one thing — How a lamb and a lion can live together.

So, I come to say, there is only love in my heart for you and I ask you to forgive me at that level so that there can be a new peace in your heart, and you can move forward. Sometimes, the energy of unforgiveness remains within you.

**Robert:** You are right. I acknowledge that and I do forgive you for whatever happened because, as I wrote you in a letter, shortly before you transitioned, I am grateful and I thank you for what you gave me.

**John:** I felt that you were very deeply hurt.

**Robert:** I was hurt.

**John:** And it took many years for you to understand, at some level. But still, the deepest parts of you still hold that energy. Within the next few months, or within a year, you will be ready to move into a new reality. It is not that you are going to die. But you want to be able to go with a clean slate and say that you made peace with everything.

A new reality will be happening for you.

And in time, you will write about these experiences in your book.

**Robert:** My experiences in Toronto?

**John:** Yes. You may want to change names, but be honest with everything that happened. This is a spiritual pilgrimage, one man's journey — my own spiritual pilgrimage.

**Robert:** May I ask you another question?

**John:** Please.

**Robert:** What do you feel about me contacting the people in Toronto, or should I just let it go and move on?

**John:** My feeling is there are many people who have felt sad, hurt and betrayed, and right now is the time for understanding of what happened behind the scenes, and to bring some peace into your hearts. Many people still feel hurt. They lost trust, trust in themselves and others because of what happened. It is good to come to a conclusion, so that people can once again move forward with a clean slate into the new consciousness. When you still carry the old energies and old consciousness, you can not move forward.

I think that, like you, there are two or three people who really felt hurt by what happened to them. One was my wife [Joanne, who was still alive at this time].

Write about everything in your sacred, spiritual journey — what brought you to this stage, the trials you went through, the tribulations, the hurt, the shame, the mistrust, everyone of good faith being questioned, the betrayal, everything you went through.

The man who loves himself the least hurts the most.

This is your sacred journey, and say everything, although I have forgiven everything, I would like to complete this process.

Next year you will be more open to start channeling. You will have many challenges. Channeling will be some of the work you do.

My concern is that the situation of my teaching you and other people is not fully closed for many, many people. It is still like an open wound and they have just used a Band-Aid and suppressed it without bringing it to closure. Some will be willing to move forward and resolve these issues.

Today, please light a candle, and see me in front of you. Visualize that we are shaking hands once again, and hugging each other.

It was an honor to talk with you today. I wanted to speak with you for a long time. So long, dear brother . . . . Blessings.

### October 20, 2014

In this transcription, Jesus speaks as the Master Jesus, and John speaks from the higher perspective of the soul of John, free from the limitations of his personality when he was alive on Earth.

**Jesus:** What was Jesus' message? There was only one message — I am God. You are God too. That is it. I am God and you are God.

**Robert:** Yes, it is so true. Yes, that really was it, because at the time they were sacrificing animals to Yahweh.

**Jesus:** Even now, people cannot accept that. They call it blasphemy. Jesus said, "There are many mansions in my father's kingdom."

**Robert:** I was very humbled when John came to me because I loved this man.

**Jesus:** Yes, that is what Masters do.

**Robert:** They make amends, I suppose.

**Jesus:** Masters are humble, especially when they are on this side; you see everything from a larger perspective, all the people who were touched in a lifetime.

**Robert:** My experience of John was that he humble in some ways, but if you transgressed, he was very strict.

**Jesus:** He feels that there has been completion, and completion in a joyous way.

**Robert:** I agree. You probably already know this, but I did the ceremony that he suggested of lighting a candle and embracing him. I burst into tears and

cried like a baby. It was a very deep release.

**Jesus:** Yes. Make your own ceremony when you want to make a new beginning, an ending, or a transformation. Ceremonies are very good. They honor the God within you. It is your own ceremony. This is actually the meaning of ceremony. The spirit dwells within, coming from your heart.

**Robert:** Thank you for coming forward.

**Jesus:** Thank you. This is Master Jesus.

**John:** Robert.

**Robert:** John?

**John:** Yes, it is John. I can tell you that you are still a part of Jesus. We are all part of the Creator. I will ask you to learn one thing today.

"I have looked everywhere, and what I was looking for, I already had inside me the whole time." When you say, I want to connect with so-and-so, I want to integrate this consciousness — No. I give intent to experience what I already have inside.

**Robert:** In other words, to reactivate something.

**John:** You do not have to reactivate. Let us say that you want to experience what you have in your heart chakra. "I give intent to experience what I already have in my heart chakra."

Do you see the wording? It is different.

I have looked everywhere for what I already have inside me.

That is a very big step.

If you hold that thought, you will realize that you always had what you seek inside yourself. It is a very liberating thought. And when you start doing this, you will start integrating those energies within you.

**Robert:** John, thank you for coming and reconciling. I've been feeling you around. I treasured that experience of reconciliation, so I thank you.

**John:** I feel the same. This friendship, this relationship, this love — we have experienced it through many different life streams, all dancing to the glory of God.

I will be coming through and I will be inspiring you for your book.

**Robert:** I would be very grateful if you would. I would really like that. Thank you, John.

### October 27, 2014

**John:** Dear brother, How are you?

**Robert:** Much better since I became re-acquainted with you.

**John:** It is the same. It is always a joy to connect with one of the beautiful beings of Light with whom I shared a large part of my last life, and other lifetimes.

I am keeping an eye on you, dear brother.

**Robert:** Oh you are? Good. Thank you.

**John:** I have seen how much you have grown and I am proud, like a teacher or a father who is always

proud to see his children grow.

It is time to put on the hat of a Master and say, "I am the Master inside me."

Start teaching dear brother. You are a healer, but slowly start teaching people too. You will see people coming to you. You can reach them inside. You are reaching people. Along with the healing, which is good, also start teaching. Teach what you already know. You have much material available from the books. Use it.

### July 23rd, 2015

**Archangel Michael:** Hello, dear brother. This is Arch Angel Michael.

**Robert:** Hello.

**AA Michael:** Greetings to you, dear brother, and love to you always.

**Robert:** Thank you.

**AA Michael:** It has taken some time to communicate with you.

**Robert:** Yes.

**AA Michael:** We miss you too but it's a joyful communion for all of us, but regarding your book project, we have all been under strain. You must write what you feel is the truth, including the truth about John, and about being gay. There is nothing wrong. First of all, people who read this book will fully understand. This is like denying something which is true. Everybody denies Mary Magdalene

and his wives but Jesus was truly married. Is this not, dear brother?

**Robert:** Yes, absolutely.

**AA Michael:** He had children. It is an accepted fact. There are always people who say, "No. This, that, this, that," but from our perspective, truth is the best means. Truth does not mean you need to defend a particular truth. It is good to put everything into perspective and to bring out the actual truth of what happened. You do not have to say it is good or bad, but you were inclined towards being with another man, and that satisfaction is also love, and is honored by God.

You can emphasize how John impacted your life, touched your life in many ways, and then how you grew from these experiences. Your mind expanded from these experiences with John. What did you learn from him? Write everything. It will uplift the readers.

Write about how he impacted your life. How did it open your mind? That is what is important. You will see that you will be able to bring understanding in a much easier way. Being gay is just a very, very small part.

**Robert:** Yes. It's true.

**AA Michael:** What was your experience and how you grew . . .

What was your feeling when you first went there, and how did you feel when you left. How much you have grown? How was your experience?

**Robert:** For John, being gay was being immersed in

the darkness and so he was very much against that, so in order to be there I had to subsume all those feelings.

**AA Michael:** We understand. How did you grow spiritually? How was your perception increased or changed?

**Robert:** Huge. I owe so much to John.

**AA Michael:** Then that's what you should write.

**Robert:** Yes, I know. Now I have a few questions.

**AA Michael:** Go ahead.

**Robert:** For example, one of the tenets or one of the purposes of this group and that whole experience of John was that John was essentially ministering to beings who supposedly had aspects of their consciousness that were great beings of darkness, that we had positions in the darkness and so forth. What about bringing all that out, for example Mary Magdalene being an aspect of Satan? Whether it's true, is it explosive? How do I—

**AA Michael:** It served its purpose. It has served its purposes. What was your journey in that place?

**Robert:** My journey in that place was very much involved in addressing these issues.

**AA Michael:** These are not true. Mary Magdalene is one of the greatest teachers. She had an incredible life and supported Jesus. It was she who grounded and supported Jesus so that, as you would say, is completely not the truth.

**Robert:** We were concerned with souls here, not lifetimes, and that as a soul (which includes many aspects of a being's consciousness)—

**AA Michael:** Everyone has some darkness. There is no Satan. It is a human-based collection of thoughts. Everyone has certain darkness.

**Robert:** We learned there that we had positions in the darkness. We created certain or manifested certain dark energies, and the being known a Mary Magdalene was supposed to have manifested the energies of temptation, deceit and rebellion, if I remember correctly. Is there any validity to any of this?

**AA Michael:** Everyone has all these qualities.

**Robert:** How to say this . . . Some beings generated these energies. They didn't just have them but they were responsible for bringing them about or for transmuting Light energy into darkness.

**AA Michael:** From our perspective, everyone has these energies which are then picked up and throughout the life incarnations, everyone has them, because of duality. They had picked up negative energies, but some beings, because of their love for humanity have undertaken a task for transmuting these energies for larger masses, but from our perspective every soul who was born carried some dark energy.

**Robert:** I agree with that, but you see what we learned there was that as souls, the beings in this group were like Archons. They were responsible for great dark energies and they fed on these energies as they were manifested by humanity, and that's what kept them alive.

**AA Michael:** From our perspective it is not true,

but you must say it is not so. This is one aspect of John, as he looks back, he says, "That doesn't make sense now," but when you hear that initially you said it was right. When you look from a distance, it does not make any sense. A teacher can say something but it is not coming from a place of truth.

**Robert:** Okay. This was a basic core tenet of my belief system when I was there.

**AA Michael:** Yes. If you really go deeper you will find that this aspect kept people in line. Is it not, dear one?

**Robert:** Absolutely, and that occurred to me at the time.

**AA Michael:** This is what people do. In terms of control issues, we can show you the path to salvation through us. This is exactly what all religions do.

**Robert:** Exactly, but John was an aspect of Jesus supposedly. Do you agree with that?

**AA Michael:** I would say he carried consciousness and he knew Jesus and he was there when Jesus was alive. I would say Jesus' energy is in so many beings, so he would say he carried an aspect of Jesus, but he was not Jesus. You still carry the energy of Mary Magdalene, and Jesus is always with you. Is it not, dear brother?

**Robert:** Yes, yes.

**AA Michael:** He is like your brother, so Jesus' energy is so large. Many, many, people carry the energy, but was he Jesus? No, but John knew Jesus and John was there at that time.

**Robert:** Then let me ask you this: who was John 2,000 years ago at that time?

**AA Michael:** I would say a great devotee of Master Jesus who was really attracted to his teachings, his humility, his simplicity, and his love because he knew Jesus was a man of truth. He was a man of love. He is a man of compassion and he wanted to be like him, so after Jesus' death he taught in secrecy because he would have been killed otherwise.

What he was then he was just continuing at this time.

**Robert:** Do you have a name for who John was at that time?

**AA Michael:** I would just say his name was John.

**Robert:** It was John.

**AA Michael:** Yes.

You were there too, dear brother. All of you were there, so all of you were followers of the teachings of this great teacher Jesus, but all of you were kept underground because of the fear factor, so during this lifetime you all came together. You must remember one thing — many times, when you are in a group, either a religious group, a military group, a police group, or any kind of cult group, you will be taught again and again and again, and your lesson this time is you will break out of the group and claim your power and leave the group, and this is what you did.

**Robert:** It's true. I did, although I backed out, but it is true.

**AA Michael:** No, no, but you left. You left.

**Robert:** I left. I left. It's true.

**AA Michael:** You left there.

**Robert:** It became untenable for me to be there any longer.

**AA Michael:** Exactly. The people who were there were born again in the same group and again those challenges came out of it. This is one of life's lessons.

**Robert:** John taught us that we were great souls that had fallen into darkness and that we were responsible for planets or nations. I was supposed to have been the soul of the United States. Someone else was the soul of Japan, so forth and so on. Is there any validity to any of that?

**AA Michael:** From our perspective, No.

The group assembled to explore the teachings of Master Jesus and to bring these into your personal way of life. You were all so much touched by Jesus when he was alive and you wanted to emulate him and become like him. In these times, you could come in a place where there is more freedom to practice what he taught you, and not be persecuted like last time, and incorporate these teachings and use them for humanity.

You believed that you are part of the soul of America. All people in America are. Otherwise they would not be born in America, so you carry a part of the soul of America, like other people. This is one of the reasons you were born there, but did you create great darkness? I would say no, dear brother. These are the teachings of original sin — because of the darkness, Jesus was born. There was no original sin. There was no darkness. Look at your life and say how this has influenced you so much. Is it not, dear brother? These teachings of John were definitely part of your personal belief system.

**Robert:** Yes, absolutely.

**AA Michael:** From our perspective you must write what happened and how you were influenced, and when you look back now after you left so many years ago, you see how this has shaped your personal belief system of who you are.

**Robert:** Yes, well it certainly has.

**AA Michael:** Yes, and then how you came out of it, and as you look back at it and examine it — otherwise you would still be in the darkness of the mind. Now you are able to look at it and see how it has shaped you to be who you are — a healer, a teacher, a speaker.

**Robert:** Yes. I will tell you some of the things that being there . . . First of all, John's teachings were very much about how to take responsibility and control over your consciousness and align with the Light. That was very much a part of it and that was good, but basically the whole business about being a dark being and all those things, my self-esteem was through the floor.

**AA Michael:** Exactly. This happens in India too. If you are poor it is a punishment from God, and imagine what happens. Your self-esteem is gone.

You were easily susceptible to suggestions, or

manipulations of the mind, but many people do not realize that this is happening subtly.

**Robert:** It wasn't his intention but I'm certain the effect—

**AA Michael:** No, he didn't realize what he was doing.

**Robert:** Yes, but in fact, that is what happened.

**AA Michael:** When you feel that you are unworthy, naturally you are very susceptible to somebody who has a strong personality.

**Robert:** He was a strong being for sure.

Later after I left Toronto, I felt that John might have been John the Baptist or someone like that. That would be the John that he was 2,000 years ago, affected by Jesus but not Jesus. . . I don't know. In fact, what's the point?

**AA Michael:** If you look at all the people who you know who were part of the group while you were in Toronto, you will see most of them did not really develop much self-confidence, where they could stand on their power when they were with John. Is it not, dear brother?

**Robert:** This is true.

**AA Michael:** So in many ways he had control over you, and what John told you, you accepted as the truth, because you believed in John, and what he was telling you or teaching you, but now you see it is false.

First of all, dear one, there are no fallen ones. We all have made mistakes. That's all, but we have corrected them, and so do not be hard on yourself.

Be gentle with yourself. You are a gentle soul just like God, a very gentle soul.

**Robert:** I suppose I am.

**AA Michael:** You are, brother.

What you must say is that you went through this process and now you are able to look back and say, "I grew out of it. I am glad I grew out of it," because you could have been still stuck in that whole reality.

What is important is how it shaped you to become who you are now, and what you are doing now. What you are doing is empowering human beings, giving them back to themselves.

Your transformation has been from a dark place to a place of being a teacher who is giving people back to themselves.

**Robert:** Yes, well . . . I thank you saying that. It's true, I suppose. May I ask you a few other questions?

**AA Michael:** Please, go ahead.

**Robert:** Okay. Some of the lifetimes of this man we knew as John in Toronto — different lifetimes would come forward that we were all there, for instance Mozart. I was supposed to have been Mozart's father. Mother Mary was his sister and he was Mozart. He was supposed to have been Winston Churchill. He was supposed to have been Gorbachev. Is there any validity to any of this? These were very great beings who did good work for humanity.

**AA Michael:** I would say from our perspective, this does not have any relevance to John at all.

**Robert:** In another words, he was not these beings?

**AA Michael:** Not at all.

**Robert:** That was so much a part of the teachings and the interrelationships among these people.

**AA Michael:** Of course. As we know, teachers will always try to glorify themselves as being this or that, but he was none of them. That's the way teachers ... Look at the Indian teachers who say they are Krishna, they are Rama, they were this or that. They know the way. Follow me. It has always been a sham. A true teacher is the most humble person and sets students free.

**Robert:** John was very humble.

**AA Michael:** If you really look at things, he had a subtle control. Through his subtle message he had a control over people who were there, is it not?

**Robert:** It's true.

**AA Michael:** Though his power, you must be free, and take responsibility but he had a great influence over all of you.

**Robert:** Of course, yes he did. He was controlling in certain ways but he also told us to find our own truth.

**AA Michael:** Yes but when you found your own truth, he still he had a great influence. Did you find your own truth when you were there?

**Robert:** Probably not.

**AA Michael:** Exactly.

**Robert:** I tried to align myself with the greater truth that was—

**AA Michael:** Exactly, with the truth but it was forced in that place.

**Robert:** We had a Being of Truth, so there was absolute truth.

**AA Michael:** Yes, but as you know, there is no absolute truth.

**Robert:** I know that now but I didn't know it then.

**AA Michael:** So how did you find yourself through this experience, who you truly are, an aspect of God?

**Robert:** I can't say that I've totally found that yet but I'm pointed in that direction for sure.

**AA Michael:** No, no, no but you experienced it many times. You are more accepting of who you are at this time, much more than before.

It is good to bring this forth because it will liberate many people who are followers of John because they still carry this energy. It is good because you are brave enough to bring this forth and when people read it they will be liberated. This is one of the gifts you are giving to people because many of them are still afraid, or they felt they were duped, or they felt betrayed, or they felt this or that. What you are telling is truly from your heart and it will liberate many people.

**Robert:** Whether it will affect the people in the group or not I don't know but there are certainly a lot of people out there in the world who follow dogma and teachings that probably could benefit from this.

**AA Michael:** Even if one person is changed from

your book, it is a great gift to them. This is Archangel Michael. John is here.

**John:** Hello, dear brother. This is John. I am glad you are undertaking this journey with the new consciousness of the planet. There is great Light. There is a great cleansing going on, so truly you are cleansing what I brought forth. It is true. I have been looking for someone to come forward and cleanse it, and I say thank you, thank you, thank you. I realize what I did, and now what you are doing is honorable and indeed I will support you.

Yes, I made mistakes. I have control issues. I had fears of my own, within my own heart. My fear was fear of failure because when I was with Jesus, and I met him and then he touched me, I wanted to bring people to be like him. Now I see that I wanted to be like him, but how I approached it was different, because Jesus had love in his heart and Jesus never told anybody, "Follow me and I will show you the path." Never. People followed him because they felt the love in his heart.

I made a wrong turn. What you are doing will help us rewrite the Akash for our contract. You and others will help them heal, and we will be able to break these metrics, or the energy that we created.

You will be given more, and you may simply say that John is speaking now.

You can simply have one chapter in your book in which John speaks, where I will speak truly about where I was, about my life, about the sexual preferences. As you are aware, I was not an evil person at all.

I had love for all of you.

**Robert:** You did.

**John:** Now I look back and see that the way I gathered all of you was not the highest loving way, or the highest way of the Light. I am sorry. My only interest was to bring all of you fully to God realization.

**Robert:** I had never questioned that.

**John:** I had love for you. Sometimes I had to put fear into people's hearts so that they would stay in line, because they had no fear. Many of them were not even focused on God.

**Robert:** I would ask you again who you were 2,000 years ago. You knew Jesus—

**John:** I would simply say I was a humble bread man who was making food, who ran a small shop selling things, and Brother Jesus happened to pass by and I gave him food. I was so touched by his face, his eyes. I felt the need to follow him and be with him and it was within his eyes. I could not resist so I left everything and followed him wherever he went, absorbing every word of what he said.

**Robert:** That's very beautiful. You also told me back in October that our group ... We had come together initially as Magi in a temple. Was this in Persia or in Babylon?

**John:** I would say in the present place you call Syria and Jordan.

**Robert:** So we have had a long history together as well.

**John:** Yes. This is how it is. We come back again and again until we heal the metrics, or complete the transformation of energy which was created. It is good that many of the things which I created are being uncreated because many of the things I created are not being supported in this new consciousness. In the new consciousness everyone works on themselves to find God in their own way.

**Robert:** Yes, yes. You mentioned a few minutes ago that you would come forward periodically for this book if I am correct, and there would be a chapter John speaks.

**John:** Yes, because I was married in that lifetime [2,000 years ago]. I had kids in that lifetime. I was married and I had children.

**Robert:** Yes. I believe most people did.

What is your feeling now about sexual preferences?

**John:** I realize after I left that true love in any form expressed is divine indeed. Never be afraid of sexuality. True love is always honored by God.

**Robert:** Thank you. That's nice.

**John:** There is no preference in God's love. You know that.

**Robert:** Yes.

**John:** Love is love. There is absolutely no preference and God does not judge either. You must realize this. God does not judge.

**Robert:** I understand that; God loves.

**John:** Exactly.

**Robert:** You mentioned back in October that if you had to do it over again you would follow a more Gnostic path. Is that still correct?

**John:** I would say yes, and also a more shamanic path. There is communion with all of creation but without a need to have an audience, where I am really communing with all. I would teach people about how to commune. You can find God in the grass.

**Robert:** Yes, or a bird.

It was part of the accepted paradigm of the group that some of the members of the group were the false gods of the Old Testament like Yahweh or Allah. Do you still feel that that is true?

**John:** I would say no. Now looking back I say no, all souls are beautiful ones here.

You must realize one thing, dear brother. When we leave this planet, our perspective increases dramatically.

**Robert:** Yes, I would think.

**John:** What we held as truth you will suddenly say, "My God, this is a belief system that I had."

It will dramatically increase your perspective.

**Robert:** You are helping me understand that. For example, Mary Magdalene got a bad rap from you for sure.

**John:** Dear brother, not only did she get a bad rap from everybody but now we know that she is one of

the greatest teachers humanity can have, with both incredible understanding and fervor. She is the daughter of God.

Her lineage still exists.

**Robert:** Thank you. Will you come forward periodically to help me with this effort that I am going to make?

**John:** Yes, depending upon circumstances I will be able to support you, but we wish to tell you one thing.

You transformed into who you are now not only with me; all experiences of your life brought you to this stage. Have you discovered and realized this? If you look at your life, let's say we take a scale of 1 to 100, spending time with me was only less than a quarter.

I had an influence on you, but then there are other parts of your life which influenced you.

**Robert:** Yes this is true, but what I learned from you was most of what I know about consciousness, and how to be responsible for it, and how to align it and so forth.

**John:** Yes, but don't leave out the other parts too.

**Robert:** For example?

**John:** Your relation with your dad and your mother. These are important parts of your life.

All these parts are equally important. Is it not, dear brother?

**Robert:** Mm-hmm (affirmative)

**John:** We ask you to write what you learned from John, and how you were able to apply it in your personal life, and through what you learned, how you were able to grow out of it. Write your personal experiences, what or how you applied what you learned from me, and then how you found that it did not resonate, and you were unable to adapt and adjust. Be honest.

**Robert:** I was having a hard time getting started with writing this book. Someone suggested to me that I write it in the third person. What do you feel about that?

**John:** I would say when something comes from your own heart, it has more truth and integrity. You are reliving the experience and through reliving the experience you are also healing this aspect of your life.

**Robert:** Write it in the first person.

**John:** Yes, because people want the feeling. Write it in the first person because this was your experience and when you write in the first person you are fully involved. When you write from a third-person perspective, a feeling of detachment can come in.

We ask you to do it from a first person perspective because this can be truly healing.

**Robert:** So in other words it's more revealing and more truthful if I speak from the first person. That's basically for me, as I.

**John:** Of course, and also you can also have healing there.

Sometimes when people are writing from the third person, there can some detachment.

**Robert:** That was the idea, to detach myself, because there are a lot of emotions that come up.

**John:** Yes, but when the emotions come, this is the time you can release them.

This energy still affects you. It is a part of your life, is it not?

**Robert:** Very much so.

**John:** When you are able to bring it forward, you are able to look at it once again and release it.

**Robert:** Okay. Good point. All right, I'm afraid we may we wearing Rae out. Rae is a tired man. He has been traveling so—

**John:** I am giving you some ideas and perspective to think about how you wish to go forth but we see that this will start flowing from you in the first week of August.

Is this flowing from you? Be honest. There is nothing to be lying about. Nothing. You have to explore your true experience. What was your expectation when you went there? What did you learn from it or what did you expect to learn from there? What did you expect to gain by meeting John? What did you find there and did it conflict with your belief system? Were you were forced to adapt? Put everything down — What thoughts you had when you first went and what you expected then.

**Robert:** Yes. When I went there I was very naïve.

**John:** Yes, but you had some expectations.

**Robert:** One final question: From where you sit now, were the people that were in the community in Toronto really aspects of the souls that we believed them to have been 2,000 years ago? Joanne, myself, and so forth . . . .

**John:** Yes, of course, definitely. We all returned. We come back again and again and again. That is why there was a brotherly and sisterly feeling.

**Robert:** There is a lot of conflict in that group too, because we had been pitted against each other so many times as well.

**John:** Yes but still there is a community feeling.

We suggest you keep in mind, what were the benefits you gained from being in the group? One of the benefits you gained when you left was a sense of independence that you could make it on your own, a sense of structure-building. These are important qualities you developed in that place — the courage to be on your own.

You had these qualities but you were able to fine-tune them.

**Robert:** Yes, to manifest them.

**John:** Yes, and so what you learned helped you to become who you are at this time. Is it not?

**Robert:** Yes, it did.

**John:** Exactly, so be very truthful. Look at every aspect of your life now, in the present reality. How did this experience affect you and support you, so you are able to just adapt?

This book will help others who are also under the influence of a teacher or a guru, and others who are healing from past timelines. Writing this book will also give you a sense of release.

In many ways you do not want to bring it up again because some memories are still so painful.

**Robert:** I know, exactly. That's what I have been finding.

**John:** Once you are able to bring it forth, dear brother, this is the time to re-interpret your experiences. They will always chase you and be with you, but once you are able to look at them, you are able to release them.

**Robert:** Yes, the power of acknowledgement. You taught me well.

**John:** All right, dear brother. We will come back again a few more times to speak with you.

**Robert:** Thank you.

**John:** I will tell you one secret. Did you know that I had a sister?

**Robert:** In this last lifetime?

**John:** Yes.

**Robert:** No, I did not know about it.

**John:** Yes, I had.

**Robert:** Is she still alive?

**John:** She passed away.

**Robert:** Okay. From Manitoba?

**John:** I would not say which place, but I miss her.

**Robert:** Yes. Do you remember the time that I drove you to Hamilton, to see some of your relatives?

**John:** I would say we had good memorable moments at certain times.

**Robert:** You were in touch in them. You never said who they were but they were your relatives.

**John:** I am able to see the larger picture from this side. I wish I had been more open to them.

**Robert:** Understood. You closed the door on that aspect of your life.

**John:** When you come here, you have a huge perspective.

**Robert:** I am glad you had a sister. I have two of them.

**John:** You realize that family is such an important part of life. They are part of one's spiritual growth and it is through family and other people you truly understand, learn, heal and grow, love, and experience God.

Without other people, we cannot learn. We cannot heal. We cannot understand.

It is humans who are our catalysts.

**Robert:** Yes. That's very true. Sometimes they agree to take less than favorable roles in order to do that.

**John:** Exactly. One more thing. You must also put one thing in the book.

By being with me, you also learned discipline.

**Robert:** Absolutely. There is no question of that. Yes.

**John:** Punctuality.

**Robert:** Yes.

**John:** Creativity.

**Robert:** These are true.

**John:** Generosity and giving.

**Robert:** These are true. Other things too — reverence, devotion, following a purpose.

**John:** All right, brother.

This is John and I am with Archangel Michael.

**Robert:** Thank you. Thank you.


**AA Michael:** Hello, dear brother. Archangel Michael here.

You will see by the time you complete the manuscripts, you will have experienced a lot of healing, and you will feel a sense of much more peace in your heart.

**Robert:** I think so. I hope so, because it's stirring my pot right now, or it has been.

**AA Michael:** Yes, but you must ask why this is stirring the pot right now because this is the energy of this year. It is cleansing and purifying the deeper parts of your consciousness.

**Robert:** Yes, yes. I don't doubt the benefit of it. It's just that it's not easy, but speaking with you is really inspiring and has given me the motivation to complete this thing.

**AA Michael:** Good day, brother.

Arch Angel Michael here.

**Robert:** Thank you. Thank you.


### November 24, 2015

**John:** Hello Brother, this is John. I am able to see the larger picture of who I am, and I am able to see the larger picture of all of you, of the Divine Creator and his children, including Yeshua, Mary Magdalene, and others. Your perception shifts when you are not in a physical vehicle. Your understanding grows, your eyes pop wide open. Mine did the same after I left the Earth plane. Now I am able to see a larger part of myself and I have decided that in a future incarnation, I will come back and be a teacher of a larger understanding, not only of Master Yeshua, but also of humanity and of course my own life. I ask that you always envision this larger aspect of yourself. You can simply say, John still teaches from the other side.

There is only one thing I wanted to share at this time with all of you. You are bigger than you think you are in your present linear way of looking at life.

I ask you to teach one thing. When you wake up in the morning, hold the thought that you will experience a larger aspect of yourself, and a larger aspect of God within you.

Yes, my incarnation was a continuation of ties from the past with many people, including you. We were all headstrong in our own ways, believing we understood the plan from the man named Yeshua. Each one related and interpreted their relationship to Yeshua in their own way, with their own understanding, in light of their own upbringing, and with what they had been taught.

I now have a much larger idea of who I am, and who Gaia is.

If I have one regret, if I were to come back and

teach, what would I say to this family? I would teach the importance of the Creative Force of the Universe which comes through the feminine, and I would teach how to honor the feminine goddess. Where does this goddess come from? I would say it comes from the very planet we live on, for she is the mother of all.

I would teach that there is no divine patriarchy or matriarchy; it is a joined coordination of both. I taught that God is a male figure. This is taught in churches too.

I would teach that when you obey God as a male figure, already separation starts.

All this wisdom is gained when you finish your lifetime on the Earth plane.

I ask you, Brother Robert, once you finish your book, send five copies to the people who are still part of what I started, so that they may look at their lives from a different perspective, and from a different point of view.

**Robert:** I will do that for sure.

**John:** What was my gift to all of you? I tried to bring the love of God into each and everyone's heart, so that through this love, you would discover, find, and become who you are. But I did it not in the way I wish I could have done, but that was my only intention. Do not judge me for what I did, or what I did not do. My intention was to bring you back to God once again.

**Robert:** I never questioned that.

**John:** I will be back again, for I have been counseled by my Brother Bartholomew when I left my physical body, and I'm still in the learning process of what I should do in my future incarnation, which will again be on the Earth plane. Brother Bartholomew is the sheppard boy who was visited by the angels.

**Robert:** Could I ask you a question John? How is Joanne doing now, and how does she feel about what happened in Toronto?

**John:** I would only say she has buried a lot deep within her, but this book has the potential to open some parts within her. We cannot say whether she will accept this, and open those parts.

**Robert:** Why would this book do that? Presumably she has passed. She is no longer alive physically, so how would this happen?

**John:** It does not matter. The energy can touch her, because life exists as soon as we pass into a different reality. Life continues, dear brother.

**Robert:** It is part of the interrelationship between this dimension and where she is?

**John:** Yes.

She will have a different understanding when she wakes up from that. She will be born with a different understanding, a different reality.

Next time, when I am born, I will be born in a Middle Eastern country.

**Robert:** Well, they need all the help they can get! That's a challenge John. Wow.

**John:** My suggestion to all of you is, gather good friends around you, for they can take you far.

Whether this is a good friend in everyday life, or a good friend spiritually, they can carry you far. Cultivate good friends. Make it a point, to hold this in your heart.

I will say one thing to you. I put the note on the windshield.

**Robert:** You did?

**John:** Yes.

This is to just show you one thing. Love on goes forever.

**Robert:** Well John, I'm floored. Really, thank you. I was very touched by that, but I didn't know it was you.

**John:** I must take my leave now.

**Robert:** Yes, thank you. Thank you for coming forward. You've given this book a lot of gravitas with what you just said, and it needed that.

**John:** I am with all of humanity, supporting in the transformation of this planet, and holding them in Light.

For we are the Light. You are the Light. Everybody is the Light.

**Robert:** Yes. Thank you John. Thank you for everything.

Note: After this session, I telephoned two members of the community in Toronto and told them about my book, and that John had asked me to send them copies. They declined further contact with me.

I initially felt rejected and unworthy. That lasted a few minutes, until I realized that there is nothing to be afraid of. This was most empowered I have felt since leaving Toronto; and after all, wasn't that one of the reasons for writing the book?

# Part VII

# What Jesus Taught Me

**November 24, 2015**

In this session, Jesus speaks about who he truly is, and what he taught during his incarnation as Yeshua.

**Jesus:** Greetings, brother, this is Jesus.

**Robert:** Greetings.

**Jesus:** You are wrapping up a part of your life, not just in Pittsfield, but also in Canada and in America. You are closing all the loose ends before making a sojourn to Greece, which has all the potential to be a permanent home for you in the future. Writing this book supports you in closing a large part of your life.

**Robert:** True. I hadn't seen it that way, but it does.

**Jesus:** We are talking from an energetic point of view. Go forth.

We wish to say a few things for the book.

I am much larger than what John taught or perceived of who I was as Yeshua. My existence is from a very far, distant Universe. I came to Earth for a specific purpose. No teacher on the Earth plane so far has carried the full essence of me, or embodied me. Only a small portion of me has been brought into the Earth, for one specific purpose and time-line reality. It may be hard for people to understand, that I am the Universal Christ Consciousness. My life as Yeshua was just a minuscule aspect of the grander part of me. Nonetheless, it was an important aspect, for it is still creating good experiences for people who tune into it.

What I ask you to think about is this — what John taught is one very minuscule aspect of me, not the larger aspect. The larger aspects of me never came to the Earth plane. For example, you are living in one reality at the present moment. It is very rare that you are also aware of other dimensional realities which you also inhabit, my dear brother. In those realities, you do not have pain. They are not your present reality.

The same is true for my other realities — part of me was crucified, and part of me was fifty miles away, living with honor. I ask you to hold this thought, and meditate on it, because our lives are very similar. I am having another experience, you

are having another experience. This understanding was not brought forward.

If you look at the new consciousness of the planet, you will see more writings and more materials coming forward about this concept, is it not dear brother?

**Robert:** Absolutely. In fact I'm reading a book on this now.

**Jesus:** Exactly. I wanted to bring this understanding of me into the book, in a paragraph, or in just one page.

You have seen the larger role of Mary Magdalene, of who she was, and the joining of souls to bring Light into the world, for she held the Light for the great traumas of the world, including the Second World War. That was her great compassion.

She is also from a different reality and different dimension. I ask you to consider, think in your mind, and meditate, and see whether you can bring forth some aspects of Mary Magdalene, and write about her, so that the distortions of who she was and who she really is, can be rectified, and we can do justice for her. This would be not only for the people in the community, but for other people who pick up the book and read it.

I also ask you to consider a short paragraph about my father, who was a Master himself. He was wise beyond words. He gave me a platform. He fully knew who I was, and that my role [as Yeshua] involved a small part of myself. My father held this vision for me, that I would fully remember this when

I was on the Earth plane, and he gave up much for me to become who I am.

**Robert:** Are you speaking of Joseph?

**Jesus:** Yes.

Again, that was not something that was really taught to all of you.

**Robert:** I think what you're saying is very profound and I have never considered it, frankly.

**Jesus:** Yes. If you were writing a biography of yourself, you would write about yourself, but I am sure you would also write about your family, and the people who had influence in your life.

What I am trying to say is — Write about Joseph; write about Mary Magdalene.

**Robert:** I knew Joseph. His name was [name deleted] in this lifetime and we were very close. We had many bonds that were established long before this lifetime. I don't know what they were but, in a way, we loved each other as brothers.

**Jesus:** Yes. This was not taught or brought into your reality by John. All of this is additional new material which can also support others.

I am much more than I appeared to be. I am speaking about the larger role that people played in helping me become who I am.

**Robert:** Yes. Yes. Mary Magdalene, Mother Mary, Joseph and probably Anna too, I suppose were very important.

**Jesus:** Yes. You can bring all those colorful people who had a great impact. You can include this at

the end of your book, in one or two pages.

What you must write is — This is what came through you, and this is not what John said. We honor John. We honor his soul. We honor every soul who tried to bring an understanding from the limited perspective they are holding. Nevertheless he was a messenger of Light, but he only touched only one aspect, not the overall picture.

**Robert:** No question. He did the best he could, given what he had.

**Jesus:** Only one aspect.

We ask you to put this in the introduction, that your intention of writing the book is not only about your own experiences, but also to explain and show a larger aspect of me (who I was), and the people who made this larger aspect possible for me, by their very presence in my life.

**Robert:** Okay. I've often wondered where John got all his information. He had a very conventional perspective on Mary Magdalene and I went along with it, but . . .

**Jesus:** We also ask you to touch on one other subject.

We ask you to think about all this. My teachings were not something special. I taught the basic simple truth, in the common language — common sense truth.

I said simply, stand still and hear the wisdom of your soul. I also said, take care of everyday life. This is also equally important.

**Robert:** When you say, take care of everyday life,

what do you mean by that? Loving your neighbors and so forth?

**Jesus:** No. That is what all religions teach. Take care of everyday life means, every aspect of life is important for your growth, and I emphasized this by teaching people how they could be in harmony with nature, with the weather, with the animals, the chickens, the cows and goats and the donkeys they had. You may say my teaching was very basic, simple. It is called a shamanic way of life.

I taught people how to be in communion with all of Creation, for every aspect of life is part of Creation. I asked people to honor the land on which they dwelled, their work, and their dreams, for they are also important. Honor the food they ate. I taught them about the basic elements that control their lives. I taught them the basic simple truth about holding higher thoughts of love, forgiveness, and compassion. I told them about not being a judgmental person. I did not expound great philosophical truths, for at that time and place, these were simple people.

I taught them to be in touch with nature every day, and to be in touch with the stars. You could say that Yeshua was a shaman, not a philosopher who expounded great truths.

I told them how to honor their elders, their children. Disasters are never explained, not even today, in any book.

When you are in tune with these very basic things of life, you are fully attuned to the work of Creation.

For life is God in another form. My truth is the same today too. I ask you to meditate this, and you will feel it is appropriate, include it in the last part of the book.

You may even call it, simply, What Jesus Personally Taught Me, or My Direct Experience in Communion with the Master Yeshua. It would be a finale to the book.

You went through your process, you learned something, you discovered something, you left something, and finally you received some wisdom.

Think about this, meditate on it, and then work from there.

# Appendix 1

# Energies of the Darkness

As Taught by John, from Chapter 14

*Navigating by Heart*

Here is a quick Cook's Tour of some of the principle energies of the Darkness. There are others that are more obscure, but these are the main energies I encounter in my practice.

**Energies that foster unreality** — The Reality of the Creator is a distinct and certain thing. Jesus called it the Father's Kingdom. Many negative energies work to dispel our connection to Reality. Illusion is a core energy in this regard, and subsidiary to it are energies like fantasy, infatuation, pride, denial, ignorance (as in ignoring), romanticism (as in concocting romantic illusions and fantasies), jealousy, envy, irresponsibility, paranoia (being afraid of things that are not real), false authority (taking charge of things you are not in charge of), self-aggrandizement, and boastfulness.

**Energies that weaken the consciousness** — We were created strong and whole. Doubt is a core weakening energy, as are passivity (non-expression of the will) and fear. Subsidiary to these are panic, self-doubt, self-abnegation (putting yourself down), self-pity, insecurity, emasculation (weakening and disempowering the masculine function), failure, guilt, impracticality, inner destruction (destruction of the inner workings of a consciousness, often resulting in insanity), timidity, worry, false euphoria (a cause of bi-polar disorder), masochism, excessive remorse, mental insanity, and immaturity.

**Energies that obscure the Truth** — The Creator's Truth is a strong and powerful force of the Light. I often show this energy to my clients, through the Being of Inner Truth, a member of the Hierarchy who is responsible for disseminating this energy. The principal energy that counters this via the Darkness is deceit. Deceit fosters distortion, half-truths, and misunderstandings. It is very much like the little devil on your shoulder seen in countless cartoons, whispering distortions into someone's ear. Subsidiary to this are self-victimization (believing that you are a victim, or allowing yourself to become a victim), injustice (believing that something is unfair, when in fact we have always had a hand in

manifesting situations through the Law of Attraction and/or our karma), presumption, calumny and gossip, justification, misplaced loyalty, indiscretion, deception, blame, dishonesty, mistrust, suspicion, hypocrisy, melodrama, and exaggeration.

**Energies that foster depression** — There are eight energies that cause depression, and most of my clients who have depression do quite well when they learn how to manage them. These energies are despair, hopelessness, discontent, sadness, despondency, doom, desolation (feeling blue and empty), and depression itself.

**Energies that foster anger** — Anger is a forceful shortcut supplied by the Darkness. People often take this shortcut impulsively, instead of taking the time to understand what is really happening in a given situation. Anger itself is the core energy, and some subsidiary energies are wrath (feeling justified about one's indignation), rage, frustration, aggressiveness, outer destruction, and intolerance.

**Energies that foster misuse of sex** — We can use our sexuality to make babies and express our love and affection for each other, or we can use it for negative purposes. The umbrella energies here are corruption and physical desires for the darkness, and subsidiary to these are lust, decadence, dominance, and sadism.

**Energies that foster separation** — On higher levels, we are all connected to each other and to the Creator. Isolation and independence counter our sense of connectedness with the Creator and to each other as humans. Independence in this context means living independently from the Creator; being self-reliant and living in connection with the Light is seen as a desirable state to achieve.

**Energies that muddle the consciousness** — Without the Darkness, we would have clarity of perception. Energies that counter clarity include confusion, restlessness, and forgetfulness.

**Energies that distort our ability to function in linear time** — It is difficult for us to imagine not living in linear time, but on higher levels, past, present and future are melded. Some energies make it difficult for us to function well in linear time. Impulsiveness eliminates the pause that is always present, allowing us to respond thoughtfully to a situation, rather than react to it. It is a gateway energy that leads to many other expressions of negativity. Frenzy and impatience both create a false sense of urgency, as well as tremendous stress.

**Energies that override the will** — In the preceding chapters I have tried to emphasize the importance of respecting the will of others. This is the way of the Light, which never forces itself on others. The principal negative energy that overrides the will of

others is hypnosis. The form of hypnosis I am speaking of is mass hypnosis, which does not include the work of clinical hypnotherapy practitioners, for they are working with the consent of their clients, and they work to modify negative behavior (although it is important to note that usually little karma is resolved through this work because the learning process is often aborted). Mass hypnosis bends and subverts the will of others, and some powerful people use this energy. I mentioned above that cats use it, too. When I twiddle my fingers in front of my cat, simulating the noise of a mouse, the pupils of her eyes dilate instinctively as she tries to hypnotize the suspected prey. Other energies that override the will are tyranny, mental insanity, enslavement, intimidation, and meddlesomeness.

**Energies that foster separation and opposition to the Creator** — The principle energy here is rebelliousness, and subsidiary to it are opposition, selfishness, stubbornness, rigidity, willfulness, and abandonment (believing that you have been abandoned by the Creator).

**Energies of cruelty** — The way of the Light is through love. There are a number of negative energies that oppose love — hatred, unforgiveness, cruelty, sadism, mental torture, and degradation.

Energies that motivate negatively — Inner Motivation is a principal force that keeps the inhabitants of the Universe on course through the evolution of their consciousness. The Darkness opposes this through several energies that motivate negatively — punishment, duty, false obligation (taking on the problems of others), guilt, fascination, excessive self-consciousness, and obsession.

**Energies that subvert motivation and intention** — These include temptation, laziness, discontent, avoidance, and sloth.

# Appendix 2

# The Universal Laws

As Taught by John, from Chapter 5

*Navigating by Heart*

Universal Laws of Karma and Consciousness

**The Law of the Sower** — For every thought that one thinks or word spoken or deed done, a seed is sown, not only for the recipient, but also for the doer. If the thought, word or deed is positive, the seeds sown are also positive, but if they are negative or destructive, then the seeds will also be negative or destructive.

**The Law of Attraction** is a corollary to the Law of the Sower — like attracts like. You can put this law to good use by striving to remain positive. When you sow positive, benevolent seeds, your harvest is rich, but if you are negative, your thoughts or actions will return and bite you on your behind. One common negative application of this Law I often observe in my clients is worrying about the future. If you worry about something, you are inadvertently sowing seeds that increase the likelihood of manifesting what you are worrying about. By this, I do not mean to imply that burying your head in the sand will avert difficulties. If there are concerns, assess them and address them. Mindless worrying means playing worry-tapes over and over, and this increases the likelihood of what you are worrying about.

**The Law of Responsibility** — Within each consciousness, there is an awareness of conscience, through which we can access guidance to discern right from wrong, and a sense of obligation to fulfill the purpose for which we were created. *In other words, we have a plan for each lifetime, and our conscience gives guidance to help us stay on track.*

**The Law of Consequences, or Cause and Effect** — For every action, there is a reaction. Every cause has its effect; every effect has its cause; Chance is but a name for Law not recognized. There are many planes of causation. We are responsible for every thing that originates in or manifests through our consciousness on all planes. *The Universe is an orderly place. There are no accidents,*

*there are no victims. Everything happens for a reason. Causes can lie within the emotional, mental, or spiritual realms. If something unfortunate has occurred, it is far more useful to achieve understanding by looking for causes rather than assigning blame to others. There is no such thing as good luck or bad luck, for this implies chance. There is good fortune and bad fortune, both of which are earned and deserved.*

**The Law of Appropriation** — When someone has the true intent to act selflessly, to help others and be of benefit to mankind, they will come into possession of resources far beyond those of their own consciousness. *This Law is very useful to people of goodwill whose intent is to be helpful to others. If you know that your path is the right one, and that your timing is correct, you can start your journey knowing that you will find the means to complete it, without knowing all the details in advance. This is somewhat like driving from New York to San Francisco. You do not need to know the road conditions for the entire length of the journey at the outset. Knowing that the next quarter mile is safe, and that you'll figure things out beyond that, is usually sufficient. Many great figures of history used the Law of Appropriation to overcome tremendous odds. Gandhi lead the movement to free India from British rule with no wealth or physical resources at his disposal.*

**The Law of Sustenance** — In order for something to continue to exist, it needs to be sustained. I made reference to this Law previously, regarding the overcoming of negativity and karma. Do not sustain it, and it will wither away on its own.

**The Law of Remembrance** — Each being has imprinted within his or her consciousness remembrance of the Creator. This remembrance will be carried within the consciousness through time to eternity. *Use this law to help you jump-start your return journey to the Creator. The primary negative energies which can thwart this journey are denial and forgetfulness.*

**Law of Grace** — Those who acknowledge their negative issues with true contrition and a sincere desire to overcome them will be given assistance to do so. *When you acknowledge your issues and stop identifying with them, you will be forgiven. Help will follow.*

**The Law of Change** — Any being within the Universe who loses their way and becomes separated from the Creator has the right to work to change the negative qualities that they have taken on, back into qualities of the Light, by deliberately choosing what they will and will not be. As they work to transform their negative qualities back into Light, they will again be able to enter into the Presence of the Creator, consciously and

deliberately. In order for this change to be successful, it must be brought about by the authority and direction of the Light, and the being must be willing obey the Creator and His Universal Laws. *This Law is found in the Bible as the parable of the prodigal son. No matter what you have done, how far you have fallen, or what you have become, you can undo your actions and return to the Creator through your own efforts, and no one can prevent you from doing so.*

**The Law of the One** — The Creator is within all that is; and all that is, is within the Creator. This law describes the omnipresence of the Creator in both His microcosmic and the macrocosmic aspects.

***The Law of the Practice of the Presence of the Creator*** — The presence of the Creator is everywhere, and in order to feel Him and know Him every moment, we must establish ourselves within His presence. Only through this practice will we be able to establish and maintain a conscious, active, living connection to Him. *Put bluntly, we need to make the first move. The practices and exercises discussed in this book are designed so that you can put the benefits of this Law into practice. The first move is to live from your feelings.*

***The Law of the Authority of the Creator*** — Guidance and direction exist throughout the Universe, and every living creature and being has the opportunity to respond to an invisible guiding force from the Creator for its optimum welfare. The Creator's authority supersedes the authority of every living being, whether the being is of the Light or of the darkness, and whether this authority is individual or collective, for the Creator is omniscient, omnipotent, and omnipresent. *I think this Law is self-explanatory. For humans, this guidance comes from intuition, conscience, realizations, and dreams, sometimes because you have prayed for it. In the animal kingdom, other forms of guidance are provided by nature spirits, divas, and so forth..*

***The Law of Inner Revelation*** — The Universe is in a state of revelation, and its inner workings will be revealed to those whose intentions are pure and in harmony with the will of the Creator, to the extent that their soul development permits. *In other words, knowing the inner workings of the Universe is open to you if your intentions are pure. Reflection, contemplation, and pondering are techniques for accessing information about the operation of the Universe, and these are discussed in Chapter 12.*

Universal Laws of the Operation of the Universe

**The Law of Precision** — When a particular act or deed is performed with a measured effort and time, it results in a predetermined performance (or outcome) which is constant and predictable. *The Universe operates in an orderly, scientific manner and is not subject to random, unpredictable events.*

**The Law of Correspondence** — As above, so below; as below, so above. This law describes the relationship among the various planes and dimensions of the Universe, covered in Chapter 80. There is similarity (or correspondence) among these planes so that higher planes are not totally dissimilar to someone familiar only with physical life on Earth.

**The Law of Vibration** — Nothing rests, everything moves, everything vibrates. This Law describes the unique quality of consciousness with which everything in the Universe is imbued; and it also pertains to the vibrations within atoms and molecules.

**The Law of Polarity** — Everything is Dual; everything has poles; everything has its pair of opposites; like and unlike are the same. Opposites are identical in nature but different in degree; extremes meet, all truths are but half-truths; all paradoxes may be reconciled. *To understand this Law, think of hot and cold. They appear as opposites but they are really descriptions of the same thing, temperature, running in a continuum.*

**The Law of Rhythm** — All energies have rhythm. Rhythm is the motion that energies take from one pole to another pole, and then return to their point of emanation for renewal. Everything flows out and in; everything has its tides; all things rise and fall; the pendulum-swing manifests in everything; the measure of the swing to the right is the measure of the swing to the left; rhythm compensates. *Look below the surface of events to see how this Law operates in human affairs — action and reaction, political movements, the rise and fall of empires, the Ages of mankind, as described in the Vedas.*

**The Law of Gender** — Gender is in everything; everything has its masculine and feminine principles. Gender manifests on all planes. This concept has been emphasized by the Eastern esoteric schools, where masculine and feminine principles are called Yang and Yin.

# Appendix 3

# Virtues

As Taught by John, from Chapter 14

*Navigating by Heart*

Acceptance of Divine Will
Acknowledgment
Alertness
Appreciation
Attentiveness
Benevolence
Bravery
Cheerfulness
Clarity
Cleanliness
Cohesiveness
Comfort
Commitment

Compassion
Concentration
Conscience
Cooperation
Consolation
Courage
Courtesy
Decisiveness
Dedication
Deliberation
Dependability
Detachment
Determination
Devotion
Dignity
Discernment
Discretion
Discipline
Earnestness
Encouragement
Endurance
Enthusiasm
Faith
Faithfulness
Felicity
Fidelity
Flexibility
Flowing

Forbearance
Forgiveness
Fortitude
Frugality
Fulfillment
Generosity
Gentleness
Grace
Gratitude
Harmony
Honesty
Honor
Hope
Humility
Impartiality
Impeccability
Incorruptibility
Industriousness
Innocence
Inspiration
Integrity
Intensity
Joy
Justice
Kindness
Love (Divine)
Loyalty to the Creator
Maturity

Mercy
Modesty
Moderation
Motivation
Nobility
Nurturing
Objectivity
Order
Patience
Peace
Perception
Perseverance
Practicality
Purity
Quietude
Reality
Reconciliation
Regeneration
Reliability
Remembrance
Remorse
Resoluteness
Resourcefulness
Respect
Responsibility
Responsiveness
Reverence
Self-Acceptance

Self-Awareness
Self-Control
Self-Reliance
Self-Respect
Self-Restraint
Self-Worth
Selflessness
Serenity
Service
Silence
Simplicity
Sincerity
Stability
Steadfastness
Strength
Tolerance
Tranquility
Trust
Trustworthiness
Truth
Understanding
Vigilance
Will (Divine)
Wisdom
Yearning for the Creator

# Appendix 4

# Letter to John

October 21, 2011

Dear John and Joanne,

This week has been a milestone of sorts because Harriet [my cat] passed on Tuesday. She had been with me for 15 years, and was a major link to my years in Toronto. She became very depleted during the last year. She lost a lot of weight, developed bladder issues, and diabetes. The time had come for her to drop her physical form, but I can feel her around here, giving me love and support through all the grief and guilt I feel about having to put her down. I'm getting better now. I felt so gratified that so many people sent prayers and love to her and me this week. People were coming out of the woodwork. I felt very supported.

That was not why I decided to write you, however. I want to convey my heartfelt gratitude to you for all you gave me during my 25 years in Toronto. I never conveyed this to you when I was there. What I learned from you has made me who I am, and has put me on a course that I am still trying to follow today.

Making the transition to "civilian" life was not easy. It took me 2 or 3 years to get my feet on the ground, and regain some connection to the Light. During that time, I held a few jobs at Kripalu, a yoga retreat in Lenox, populated by many people with diverse spiritual backgrounds, none as rigorous or as profound as what you taught us. But it was a supportive environment, and at some point there I began to offer free balances to staff members, and discovered that the Light supported this work, that I could feel, hold Light, and that people had meaningful experiences. This was a major step in getting me back on track.

There is a holistic healing resort in Lenox called [name deleted] that offers integrative healing services to a wealthy clientele, and I applied for a job there as an energy healer. I have been working there for 6 years now. I work 3 days a week in a department with medical doctors, a naturopath, acupuncturists, nutritionists, therapists, etc. I give lectures and workshops every week. This is a large corporation running several spas around the country which focus on helping wealthy clients learn how to eat, cook, and exercise properly, and it offers healing services as part of its total program.

Spirituality is part of what is offered, although I would have to describe a lot of it as spirituality-lite. But they let me do what I do in the confines of my treatment room, as long as guest evaluations are positive, which they are. The job description for energy healers specifies 3 different types of training — Barbara Brennan, Healing Touch, and aura balancing. During the time I've been there, there has been one healer who trained with Robert Waterman in Santa Fe, and another who trained with — guess who — the Rev — in New York. (He apparently lives in Amsterdam now, and I don't have much to do with the woman he trained.) I have also developed a clientele in Manhattan and Boston that started with follow-up sessions for people I met at work. Word of mouth has extended this beyond people I met at [name deleted]. I also run ongoing classes with around 5 people in this area and in New York, teaching balancing. I call it energy healing.

One person who really helped me get back on track is a woman named Lois Hartwick. She is a channel living near here in Great Barrington. In my opinion, her work is vastly superior to Neva Dell Hunter's. She works in light trance, remembers what has gone on, and works with a variety of beings in the Hierarchy, including Hilarion, Sananda, Michael, St Germain, Thoth, Quan Yin, and occasionally Mother Mary. It was through these sessions during the last several years that I was guided to do the work I now do.

There are many spiritually inclined people living in the Berkshires. Many were drawn here for whatever reason, and many have become my friends. I derive a sense of support and community from these people. When Harriet passed, and so many people emailed or called to say they were holding me in their prayers, I realized that I needed to stop seeing myself as a newcomer. I've been living here almost 10 years, and I belong here now.

I also want to thank you for putting Harriet in my life. She was certainly no ordinary fluff ball pussy cat! Shortly after she moved into my apartment in Toronto, I realized that we had been together many, many times, and I slowly began to realize how much she had helped me with the healing work I now do.

I miss you, and think of you often. I will always be grateful for what you have given me. I continue to learn out here in the school of life. I have many learning experiences that would not be available to me in the group, both in my encounters with many people, and during sessions. I am in good health, but (not unexpectedly) I could stand to lose 20 pounds.

I have found that there are many spiritually thirsty people out here, that there is a groundswell of interest in matters of the spirit, without any apparent leadership or single direction. I have been trying to help these people find their direction by helping them connect with the Light. Sometimes it takes, sometimes it doesn't. I suppose one could say the same of the students who were drawn to you (although I don't see myself as a teacher, or at all in the same league as you). Please know that it did

"take" with me. I feel completely dedicated to my work, and am quite a different person from that long-haired, pot-smoking hippie who showed up on your doorstep in 1976. Thanks to you.

With my love, always,
Robert



36209823R00149

Made in the USA
San Bernardino, CA
19 May 2019

# EXHIBIT B



**PASSPORT NUMBER**  **B2103642**
PEN AND INK ENTRY OF THE PASSPORT NUMBER BY THE BEARER

PLEASE FILL IN THE NAMES AND ADDRESSES BELOW.

BEARER'S ADDRESS IN THE UNITED STATES:

34 EVELYN STREET

BUFFALO N.Y. 14207

BEARER'S FOREIGN ADDRESS:

IN CASE OF DEATH OR ACCIDENT NOTIFY THE NEAREST AMERICAN DIPLOMATIC OR CONSULAR OFFICE AND:

Name MRS. D. KOLLTAR

Address 34 EVELYN ST.

BUFFALO N.Y. U.S.A.

**IMPORTANT INFORMATION**

This passport is the property of the United States Government and must be surrendered upon demand by an authorized representative of the Department of State. It is NOT VALID until signed BY THE BEARER on page two.

LOSS, THEFT OR DESTRUCTION OF PASSPORT. The loss, theft or destruction of a passport is a very serious matter and must be reported immediately to local police authorities and to the Passport Office, Department of State, Washington, D.C. 20524, or to the nearest American consular office. A new passport will be issued only after careful investigation which will entail considerable delay and may result in the issuance of a limited passport.

(CONTINUED ON LAST PAGE)



The Secretary of State

of The

United States of America

hereby requests all whom it

may concern to permit the

citizen(s) of the United States

named herein to pass without

delay or hindrance and in

case of need to give said

citizen(s) all lawful aid and

protection.

→ WARNING: ALTERATION, ADDITION OR MUTILATION OF ENTRIES IS PROHIBITED. ANY UNOFFICIAL CHANGE WILL RENDER THIS PASSPORT INVALID.

NAME

DONALD J. KOLLMAR

BIRTH DATE

JULY 29, 1951

BIRTHPLACE

NEW YORK, U.S.A.

HEIGHT

5 FEET  11 INCHES

HAIR

BROWN

EYES

BROWN

WIFE

X X X

ISSUE DATE

SEPT. 23, 1971

MINORS

X X X

EXPIRATION DATE

SEPT. 22, 1976

2/28/77

Donald J Kollman

SIGNATURE OF BEARER

→ IMPORTANT: THIS PASSPORT IS NOT VALID UNTIL SIGNED BY THE BEARER. PERSONS INCLUDED HEREIN MAY NOT USE THIS PASSPORT FOR TRAVEL UNLESS ACCOMPANIED BY THE BEARER.



U. S. IMM
030

MAR 9

ADMITTED

UNTIL

U S IMMIGRATION
030

NOV 2

U. S. IMMIGRATION

JAN 14 1973

ADMITTED

*Notice*

U.S. courts have interpreted U.S. law in effect on the date this passport is issued as not restricting the travel of a U.S. citizen to any foreign country or area.

However, the use of a U.S. passport for travel into or through any of the following areas is authorized only when specifically validated for such travel by the Department of State:

CUBA

NORTH KOREA

NORTH VIET-NAM

You should consult a passport agency or an American consular office to determine whether any changes have been made in the above list.

This passport must not be used by any person other than the person to whom issued or in violation of the conditions or restrictions placed therein or in violation of the rules regulating the issuance of passports. Any willful violation of these laws and regulations will subject the offender to prosecution under Title 18, United States Code, Section 1544.

*Amendments and Endorsements*



Visas

Dirección General de Seguridad
Aeropuerto de Barajas
1 4 OCT. 1971
ENTRADA
Núm.

POLIBOU
FEB 1971
FRONTIER & GOOSO

Visas

IT IS THE RESPONSIBILITY OF THE PASSPORT BEARER
TO OBTAIN NECESSARY VISAS

CANADA
IMMIGRATION
JAN 11 1974
FORT ERIE





11

GRATIS

Visas

Embassy of Pakistan, Kathmandu

Number of Visa: — 80772

The of Visa: — early

D.c Issue: 29.10.78

Date of expiry: — 88.4.73

Number of entries permitted } single

Authorised duration of each stay } One week only

Second Secretary
Embassy of Pakistan,
Kathmandu.

H.M.G. OF NEPAL
DEPARTURE

ROYAL NEPALESE EMBASSY IN INDIA
SEEN AT THE
NEW DELHI

Good for Single Journey to The
Kingdom of Nepal and Valid for
visit to Kathmandu, Pokhara &
Chitwan with in Three months of
date of of the passport remains
va. is.
Period of Stay: fifteen days from
the date of Entry.

Kind of Visa TOURIST
No. VAL.......... 1912 / 1.02
Date... 2.1 SEP 1912

Fee Received Rs. 22/- Twentytwo

Second Secretary

ROYAL NEPALESE
NEW DELHI
EMBASSY

10



Case 4:19-mj-70677-MAG Document 64-1 Filed 12/10/19 Page 137 of 140





17

the bearer of this passport is
allowed to make a single trip
o man for - 90 days.
visa valid for three months.

Date 29/11/72  ox - No 6431

NASER SAKTION
CONSUL

CONSULAT GENERAL DE LIBAN

Visas

CANADA
IMMIGRATION
OCT 2 1974
FORT ERIE

16



## IMPORTANT INFORMATION

**EXPIRATION.** This passport is valid for five years unless expressly limited to a shorter period. The expiration date is given on page two.

**NEW PASSPORT.** This passport should be presented when applying for a new passport.

**TRAVEL IN DISTURBED AREAS.** If you travel in disturbed areas, you should keep in touch with the nearest American consular office.

**PROLONGED RESIDENCE ABROAD.** If you reside abroad for a prolonged period, you should register at the nearest American consular office.

**LOSS OF NATIONALITY.** You may lose your United States nationality by being naturalized in, or by taking an oath or making a declaration of allegiance to, a foreign state; or by serving in the armed forces or accepting employment under the government of a foreign state. For detailed information, consult the nearest American consular office.

**WARNING TO DUAL NATIONALS.** A person is considered a dual national when he owes allegiance to more than one country at the same time. A claim to allegiance may be based on facts of birth, marriage, parentage or naturalization. A dual national may, while in the jurisdiction of the other country which considers him its national, be subject to all of its laws, including military service. If difficulties occur, consult the nearest American consular office.

**ALTERATION OR MUTILATION OF PASSPORT.** This passport must not be altered or mutilated in any way. You must not alter any dates or make any changes in your description, on the photograph, or on any other page of this passport. Alteration may make it INVALID and, if willful, may subject you to prosecution (Title 18, U.S. Code, Section 1543). Only authorized officials of the United States or of foreign countries, in connection with official matters, may place stamps or make statements, notations or additions in this passport. However, you may, amend or update information supplied by you on the inside of the front cover of this passport, if necessary.

## GENERAL INFORMATION

**IMMUNIZATIONS.** Most countries require entering travelers to possess valid International Certificates of Vaccination against Smallpox. Depending upon your itinerary, some countries may require Cholera and/or Yellow Fever Certificates. Since health conditions in a country can change, detailed and current information may be obtained from your local and State health department when your itinerary is complete. The publication "Health Information for International Travel", available from health departments and most Passport Offices, contains an abbreviated summary of requirements and recommendations.

**HEALTH INSURANCE.** Persons contemplating travel abroad should contact their medical insurance company to determine what coverage, if any, they have while outside the U.S. Generally, Social Security Medicare does not cover health care expenses outside the U.S.

**CUSTOMS SERVICE.** Know before you go. The pamphlet "Customs Hints" gives you current pertinent information about Customs requirements, and how they apply to articles acquired abroad. Obtain a copy from your nearest customs office or from the Commissioner of Customs, Washington, D.C. 20226.

**TREASURY.** Treasury regulations prohibit the unlicensed purchase or importation of merchandise of Cuban, North Korean, North Vietnamese and Rhodesian origin. For information, write to the Office of Foreign Assets Control, Treasury Department, Washington, D.C. 20220.

**AGRICULTURE.** Do not bring foreign meats, other animal products, fruits, plants, soil, or other agricultural items when you return to the United States. To do so will delay you at the point of entry. It is unlawful to bring in foreign agricultural items without permission, because they may carry destructive plant or animal pests and diseases. Consult "Customs Hints" or write to "Quarantine", U.S. Department of Agriculture, Washington, D.C. 20250.

U.S. GOVERNMENT PRINTING OFFICE