COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF STANFORD HARRINGTON |

I, Stanford Harrington, declare under penalty of perjury as follows:

1. I am the step father of Don Kollmar, the arrestee in this proceeding. I state the following on personal knowledge, and if called as a witness, could testify competently to the facts presented in this declaration.

2. I married my wife, Helen Harrington, on November 28, 1975. A true and correct copy of our marriage certificate is attached hereto as Exhibit A. Subsequently, in May 1976, my wife and I purchased a property at 118 Countryside Lane, Grand Island, NY 14072. A true and correct copy of the property record reflecting that purchase is attached hereto as Exhibit B. Grand Island is a suburb of Buffalo, NY, and we moved into our new home in late June 1976. This house had two living rooms and had an upstairs that included two (2) bathrooms and four (4) bedrooms. This was the only home we owned during this period of time. Prior to moving into the Countryside Lane home, we lived at 34 Evelyn Street, Buffalo, N.Y. This home was a small home with one living room where the bedrooms and bathroom were on the same floor along with the small living room. We never lent use or otherwise permitted Don to use or stay in that prior home in our absence. In contrast, my wife and I both recall that in March 1978, we permitted Don to use our Countryside Lane home when we were away. I recall these events for a number of reasons, including:

(A) At that time Don had asked permission to use our home, because we were going to be out of town and we left a key to our home so that Don could access it. We also were told by Don that he would be traveling with "B.B." on that occasion, and I am informed that B.B. is the accuser in this case. That March 1978 event is the only occasion we ever left a key for Don and the only occasion that Don used our residence when we were not

1

present. During this time (March 1978) we were with our other son, Richard Kollmar and our daughter, Lynn Nelson;

  (B) During this same time period time, we learned that Rose Kollmar, Don's paternal grandmother and the mother of my wife's late first husband Donald L. Kollmar, had passed away. I am attaching hereto as Exhibit C a true and correct copy of the funeral home card that reflects the date of her passing. Because we were not in Buffalo and out of town we were unable to go to the funeral; and

  3. During that same time period, after Don and B.B. had used our Countryside Lane home, Don and B.B. traveled to meet with our family. My wife Helen, and my children Richard and Lynn were also present during this holiday. During the time we spent with B.B., for a full day, neither I nor to my knowledge any person present, observed any anxiety or concern exhibited by B.B. She appeared relaxed and enjoyed her time with everyone, and never appeared stressed or afraid. Rather, she presented as a friend.

  4. Except as set forth above, at no other time did Don ever use our Countryside Lane home in Buffalo outside of our presence.

  5. I am also aware of the vehicles that Don owned during the 1970s. I recall that Don had a white Dodge van, and the van had a side door, behind the front passenger door, that permitted access to the interior. I also recall that Don later sold his white Dodge van and purchased a red truck. It was his red truck, and not his white van, that Don made into a motorhome that contained a bed, sink, and cooking area. We also saw this vehicle frequently

////

////

because Don parked for a period of time at our home on Countryside Lane. The red truck did not have a side door, and the entry was through the front driver or passenger side.

I state the foregoing is true and correct under penalty of perjury of law of the United States of America.

December 08, 2019

*Stanford E. Harrington*
STANFORD HARRINGTON

# EXHIBIT A

# Certificate of Marriage Registration

Record No. 3031 of Year 1975

## This Is To Certify

that **Stanford E. Harrington** residing at **Bflo., N.Y.** (City & State)

who was born **10-22-26** (Date) at **Royal Oak, Mich.** (City & State)

and **Helen M. Kollmar** residing at **Bflo., N.Y.** (City & State)

who was born **6-16-27** (Date) at **Niagara On The Lake, Canada** (City & State)

were married on **Nov. 28, 1975** (Date) at **Bflo., N.Y.**

as shown by the duly registered license and certificate of marriage of said persons filed in this office.

Dated at **BUFFALO, N.Y. N.Y.**

**12-3-75**

*Daniel L. Dugik*
CITY CLERK

[Seal]

Any Alteration Invalidates This Certificate
Issued Pursuant to Section 14-a, Domestic Relations Law

# EXHIBIT B

~~Neil, Allen Builders, Inc.~~
~~203 Marlin Dr.~~
Sidoti, Nick J & one

Countryside Lane    16    90x150
MC 2288    SL 48

| VALUE OF LAND | VALUE OF IMPROVEMENTS | TOTAL A. VAL |
|---|---|---|
| ~~990~~ ~~1460~~ | ~~7480~~ | ~~990~~ ~~8/72~~ |
| ~~180~~ | ~~70,700~~ | ~~180~~ '70 |
| ~~450~~ | ~~61,000~~ | ~~450~~ '71 |
| ~~14,300~~ | 80,200  6/99 | ~~8470~~ |
| 14,000 | | 94,200  6/99 |
| | | 8940 |

| YEAR | OWNER | EXEMPTION | ASSESSED VALUE | REASON FOR CHANGE | UNFIN—FINISH |
|---|---|---|---|---|---|
| 8/1/71 | Allen Neil Bldrs Inc. | | 450 | | |
| 8/16/72 | Joseph D'Angelo & w, Joan R. | | 990 | Mtg 29,200 + r.st. 8.80 | |
| 6-16-73 | " " | | 8470 | | FIN |
| 5/10/76 | Stanford E. Harrington & w, Helen M. | | 8470 | L 8387/559. r.st 55.55 | 50,500 |
| 6/1/82 | Nick J. Sidoti & Marlene S. Szuromi | | 8470 | L 9177/257. $36,805 + a.mtge $38,195 | |
| 3/28/83 | " " " " | | | L 9212/671. $3,000. Add 168.5x150 ba | |
| | | | | land (from 11-65-411) | |
| 4-8-83 | ✓ ✓ ✓ ✓ | | 8940 | " " " 8010 +470 for additional land | 11-65-413 $51. |
| 6/15/83 | ✓ ✓ ✓ ✓ | | 8470 | 2 REAR LOTS SPLIT OFF | 11-65-414 $117 |
| 6/86 | — — — — | | 84,400 | REVAL | |
| 7/86 | — — — — | | 75,000 | Reduced by B.A.R. | |
| 6/1/99 | ✓ | STAR | 94,200 | ADD'NS + INGR. pool + 19,200 | APPLY BASIC STAR 418 |

LAND RECORD

| LOW | WATER | | | |
|---|---|---|---|---|
| HIGH | SEWER | | | |
| SWAMPY | GAS | | | |
| CREEK | ELEC. | | | |
| WOODED | | | | |
| EASEMENT | | | | |
| NO STREET | DRAINAGE | | | |

LAND VALUE COMPUTATIONS

| FRONT FT. | AVGE. DEPTH | SQ. FT. | ACR. | UNIT PR. | DEPTH FACTOR | FRONT FT. PRICE | CORN. LOC. Location | TOTAL | % DEPR. | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 90 | 150 | | | | | ~~80~~ | | 4500 | ~~90%~~ | 4500 |
| *150 | 168.5 | | | 85 | 1.00 | | -75% | 3187.5 | | 3200 |

LAND DRAWING

House: 1972
ADDNS, POOL, DECK -

# EXHIBIT C

In Loving Memory

# Rose E. Kollmar

March 21, 1978

Services
Stephan-Burns Funeral Home
266 East Street
March 23, 1978          10:30 A.M.

Memorial Mass
St. Francis Xavier Church
March 27, 1978          10:00 A.M.

Interment
Mt. Olivet Cemetery
Section N     Lot 225     Grave 4

†

Incline Thine ear, O Lord to our prayers, in which we humbly entreat Thy mercy; bring to the country of peace and light the soul of thy servant.
Rose
Which Thou has summoned to go forth from this world and bid it to be numbered with Thy saints. Through Christ our Lord. Amen.