COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF RICHARD KOLLMAR |

I, Richard Kollmar, declare under penalty of perjury as follows:

1. I am the brother of Don Kollmar, the arrestee in this proceeding. I state the following on personal knowledge, and if called as a witness, could testify competently to the facts presented in this declaration.

2. I have previously provided a declaration in this matter on or about May 10, 2019 which is attached hereto and adopted herein. In that declaration I stated, among other things, that:

    A. My brother and I, along with two other siblings, were raised in Buffalo, New York. Our father, Donald L. Kollmar, was a decorated World War II veteran, and then a decorated Buffalo Police officer for more than 25 years, until he passed away as result of cancer in 1972. Neither my siblings nor I have ever, until now, been arrested or charged with any crime.

    B. I followed my father's footsteps and have lived a life dedicated to public service. I graduated from the State University of New York College at Buffalo in 1979, and obtained Bachelor of Science degrees in Criminal Justice and Behavioral Psychology. In 1985, I joined the Federal Bureau of Investigation ("FBI" or "Bureau") as a Special Agent. I served in the FBI for more than 30 years, and rose through the ranks during this service. At the time of my retirement from the Bureau in 2016, I was serving as a Deputy Assistant Director, one of the highest positions in the FBI.

    C. As Donald's younger brother, I have known him my entire life. Although we have lived in different cities over the years, we have maintained a good relationship. He, and his wife of more than 24 years, Marie Louise, have regular contact with me, our other siblings, and our 92-year old mother. I know that Donald has visited

Canada repeatedly over the last 20 years, in part because our mother lives in northern New York, and our sister lives nearby, in Canada. I know my brother well, and represent that he is a man of good moral character, is honest, and is law abiding.

3. My mother Helen Harrington married Stanford Harrington on November 28, 1975. Subsequently, in May 1976, my mother and Stanford purchased a property at 118 Countryside Lane, Grand Island, NY 14072. Grand Island is a suburb of Buffalo, NY, and we moved into our new home in late June 1976. This house had two living rooms and had an upstairs that included two (2) bathrooms and four (4) bedrooms. This was the only home our parents owned during this period of time. Prior to moving into the Countryside Lane home, we lived at 34 Evelyn Street, Buffalo, N.Y. This home was a small home with one living room where the bedrooms and bathroom were on the same floor along with the small living room. I believe and understand that our parents never lent use or otherwise permitted Don to use or stay in that prior home in their absence.

4. I am also aware of the vehicles that Don owned during the 1970s. I recall that Don had a white Dodge van, and the van had a side door, behind the front passenger door, that permitted access to the interior. I also recall that Don later sold his white Dodge van and purchased a red truck. It was his red truck, and not his white van, that Don made into a motorhome that contained a bed, sink, and cooking area. We also saw this vehicle frequently

////
////
////
////
////

because Don parked for period of time at our home on Countryside Lane. The red truck did not have a side door, and the entry was through the front driver or passenger side.

I state the foregoing is true and correct under penalty of perjury of law of the United States of America.

December 09, 2019

RICHARD KOLLMAR