COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
cab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF LYNN NELSON |

I, Lynn Nelson, declare under penalty of perjury as follows:

1. I am the sister of Don Kollmar, the arrestee in this proceeding. I state the following on personal knowledge, and if called as a witness, could testify competently to the facts presented in this declaration.

2. My brother and I, along with two other siblings, were raised in Buffalo, New York. Our father, Donald L. Kollmar, was a decorated World War II veteran, and then a decorated Buffalo Police officer for more than 25 years, until he passed away as result of cancer in 1972. Neither my siblings nor I have ever, until now, been arrested or charged with any crime.

3. I am a licensed Physical Therapist Assistant, married to Gary Nelson, a medical doctor. Prior to my education as a physical therapist I earned a degree in computer technology from Buffalo State College in Buffalo, N.Y.

4. As Donald's younger sister, I have known him my entire life. Although we have lived in different cities over the years, we have maintained a good relationship. He, and his wife of more than 24 years, Marie Louise, have regular contact with me, our other siblings, and our 92-year old mother. I know that Donald has visited Canada repeatedly over the last 20 years, in part because our mother lives in northern New York, and our sister lives nearby, in Canada. I know my brother well, and represent that he is a man of good moral character, is honest, and is law abiding.

5. My mother Helen Harrington married Stanford Harrington on November 28, 1975. Subsequently, in May 1976, my mother and Stanford purchased a property at 118 Countryside Lane, Grand Island, NY 14072. Grand Island is a suburb of Buffalo, NY, and we moved into our new home in late June 1976. This house had two living rooms and had an

upstairs that included two (2) bathrooms and four (4) bedrooms. This was the only home our parents owned during this period of time. Prior to moving into the Countryside Lane home, we lived at 34 Evelyn Street, Buffalo, N.Y. This home was a small home with one living room where the bedrooms and bathroom were on the same floor along with the small living room. I believe and understand that our parents never lent use or otherwise permitted Don to use or stay in that prior home in their absence.

I state the foregoing is true and correct under penalty of perjury of law of the United States of America.

December 10, 2019

*[signature]*
LYNN NELSON