1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  235 Montgomery Street, Suite 1070
   San Francisco, CA 94104
3  Telephone: 415.391.0440
   Facsimile: 415.373.3901
4  eab@colemanbalogh.com
5
6  Attorneys for Arrestee
   DONALD KOLLMAR
7
                    UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
10                       OAKLAND DIVISION

11
                                              Case No. 4:19-70677 MAG
12  IN THE MATTER OF THE EXTRADITION
    OF DON KOLLMAR                            DECLARATION OF ALLAN AJAYA
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## DECLARATION OF ALLAN AJAYA

2

I, Allan Ajaya, declare under penalty of perjury as follows:

3

4

1.  I am a citizen of the United States of America, and make this declaration on behalf of

5

Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If

6

called as a witness before this Court, I could testify competently to the facts presented in this

7

declaration.

8

2.  I am 79 years old and live in McFarland, Wisconsin. I graduated from the University of

9

10

California at Berkeley in 1965, with a PhD in psychology. For the past 52 years, I have been a

11

clinical psychologist in private practice. I have been married to Jennifer Sebastian since 2013

12

and have two daughters from a previous relationship who are 52 and 50 years old.

13

3.  I met Donald Kollmar in 1985. I have met with him every two weeks since then in

14

meditation sessions, I have also been with him on more than twenty weeklong retreats that he

15

led. Each retreat usually had four to sixteen participants. We would share a large house together,

16

17

share meals, socialize, engage in recreational activities, and got to know one another quite well.

18

Based on all my interactions and observations of Donald Kollmar over the past 34 years, I

19

believe that I have an in depth knowledge and understanding of his behaviors and characteristics.

20

4.  I have been informed by Mr. Kollmar's attorney that, in this extradition case, the

21

22

complaining witness claims that when she was a teenager and Mr. Kollmar was in his

23

mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally

24

abused her by degrading her and calling her horrible names and asserting power over her.

25

I am further informed that the complaining witness asserts that Mr. Kollmar told her he

26

should be seen as a "King," and that he had special powers, including psychic abilities,

27

and had been chosen by God to lead a special life. I am further informed that the

28

1

complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others.  I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds.  Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5.    These descriptions in no way, match my experiences and observations of Donald Kollmar. I am a clinical psychologist and have been licensed in Wisconsin, New York, New Jersey and Illinois. I have observed Mr. Kollmar's actions with others in an everyday living situation. I knew his when he was single and then as a committed and faithful married man. I have always found him to treat women respectfully with their best interests in mind, and to have healthy boundaries in relating to women. Acting in the manner of which he has been accused in incompatible with the Mr. Kollmar that I know. I have had considerable experience with spiritual leaders and other men in positions of power who have abused their position and been abusive with their female students and client. Mr. Kollmar has not shown any of these traits. He has always had a healthy regard for his female students. He has never been physically or mentally abusive to any woman during the time I spent with him. He has not shown any narcissistic traits, and does not take a position of authority over others. I have never seen him be aggressive or violent toward anyone. During our weeks together we would cook and eat together as a group each day. Mr. Kollmar would ask each person about their dietary preferences and would shop for the group and beforehand. We always ate healthy abundant meals. At no time did anyone fast. I did not find Mr. Kollmar to be demeaning or controlling. I do not believe that the allegations put forth are in any way compatible with the conduct of the person that I have known all these years.

2

In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, that Don Kollmar is an honest person who tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the considered opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 30, 2019

_____
ALLAN AJAYA

3