COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF DONNA BARNETT |

## **DECLARATION OF DONNA BARNETT**

I, Donna Barnett, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 71 years old and live in Forest Ranch, California. I graduated from the University of Hawaii in 1970 with BA in Sociology. For the past 30 years, I have been a Massage Therapist. I have been married to Henry Ganzler since 2000, and have one child, who is 35 years old.

3. I met Donald Kollmar in 1987. Don Kollmar has been my meditation instructor for the past 32 years. During these years, at least two or three times a year, I have attended meditation retreats lasting a week, or day long workshops. All of the weeklong meditation and day workshops retreats were held in a rented home or Retreat Center. The instructions last from around 9am to 9pm. Based on all my interactions and observations of Donald Kollmar over the past 32 years, I believe that I have very strong knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities,

1

and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. Donald Kollmar is not a physically abusive person nor a mentally abusive person. I witnessed Don Kollmar to be a patient and kind person and never engaged in violence. Don would buy the groceries for our meditation retreat and there was always an abundance of food. Don did not engage in demeaning any of the participants. I found Don not a controlling person during the instructions for meditation or in the casual times between the set times for meditation. He has a sense of humor and was very helpful in asking people food preferences. He would listen to all persons with respect and patience. The above allegations do not reflect my time spent with Don Kollmar during week long retreats, day long workshops or phone meditations. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, that Don Kollmar is an honest person who consistently tells the truth. I

1 | also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and
2 | non-violent. With respect to those character traits, I have formed the opinion that Donald
3 | Kollmar is peaceful, law-abiding, and non-violent.

5 | I state the foregoing is true and correct under penalty of perjury of the laws of the
6 | United States of America.

8 | DATED: November 25, 2019           *Donna Barnett*
9 |                                    DONNA BARNETT

3