COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF MARILYN CLEMENTS |
|---|---|

## DECLARATION OF MARILYN CLEMENTS

I, Marilyn Clements, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 85 years old and live in Stamford, CT. I graduated from Syracuse University, University of Illinois, BFA 1954, Advanced studies at the New School of Art 1956-1958. Further advanced studies with Yale University professor Robert Reed over several years. For the past 40 years I have been a professional artist and teacher. I married Robert Clements in 1955 (Deceased in 2010) and have 4 children, who are ages, 61, 58, 56, and 54. I also have 12 grandchildren.

3. I met Donald Kollmar in 1987. A person I knew well and highly respected, recommended Don as an excellent meditation teacher. I began studying with Don at this time, having meditation sessions every few weeks over many years as well as several meditation retreats each year. Eventually I began training to be a facilitator myself and have been working with this process serving clients ever since. After Don moved to Amsterdam, I continued working with him having regular SKYPE sessions and annual week long meditation retreats in California. Based on all my interactions and observations of Donald Kollmar over the past 32 years, I believe that I have extremely close hand knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her.

1

I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. In all the time I have known Don, I found him to be a very gifted spiritual teacher with no claims to any special powers. He has never shown any signs of abusive behavior, mentally or physically. He has shown no sign of being a narcissistic personality, nor is he prone to violence. He is a gentle, considerate man with an easy sense of humor. Fasting has never been an issue that has arisen with me, or any of the other people who I have known over the many retreats I have attended. He has never shown any signs of being prone to or capable of demeaning another person before a group and I have certainly spent time with him in a group setting. During the time my husband was very ill and eventually died of cancer, Don was a wonderful support to him and to me. It is impossible for me knowing Don as I do that these allegations could be an accurate reflection of his conduct. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Donald Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly that Donald Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 21, 2019

_____
MARILYN CLEMENTS

3