COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF<br>CHARLES WILLIAM CROOK |

# DECLARATION OF CHARLES WILLIAM CROOK

I, Charles William Crook, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 60 years old and live in Marina Del Rey, CA. I graduated from The University of North Carolina in 1983 with a B.A. and The Chicago School of Professional Psychology in 2011 with a Doctorate. For the past 10 years I have worked as a clinical psychologist. For the past 2 years I have worked at Mount Saint Mary's University Los Angeles.

3. I met Donald Kollmar in 1986. He became my meditation teacher and I went to his apartment in New York for a private mediation session every month for the next five years. I enrolled in his meditation facilitator training program in 1991 and, for the past 30 years, I've joined therapists, nurses, and other healing arts professionals doing weeklong meditation training intensives led by Don every summer and winter in California. I've also continued getting private mediation sessions from Don on the phone every month since 1991.

4. Based on all my interactions and observations of Donald Kollmar over the past 30 years, I trust his strong moral character without reservation. Both my personal and professional dealings with Don have always left me feeling he is completely honest, trustworthy, and reliable that's why I count on him as a referral source for friends, family, and therapy clients in need of assistance during a personal crisis or illness. My father was diagnosed with stage 4 lung cancer

and he received meditation sessions from Don throughout his chemotherapy and radiation treatment.  Don's loving support helped my father endure, deal with the existential crisis, face his death, and emerge from each session with a sense of hope.  In essence, Don is a hospice worker, minister, spiritual teacher, and loving friend all rolled into one—there is no person in the field of mindfulness meditation who does more for their patients and students than Don.

5.  I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her.  I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life.  I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others.  I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds.  Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

6.  The following descriptions match my experiences and observations of Donald Kollmar: (A) Don Kollmar is not a physically abusive person, (B) Don Kollmar is not a mentally abusive person, (C) Don Kollmar is not a narcissistic person, (D) Don Kollmar is not prone to violence, (E) I have no knowledge about Don fasting or asking anyone to fast, (F) Don Kollmar not prone to or capable of demeaning another person before a group, (G) Don Kollmar is not a controlling person. I believe that these observations are

true based on my experience over the past 30 years observing Don leading meditation group trainings.  For one the weeklong trainings, twice a year, for 30 years, Don stayed in the same house with the trainees.  We ate all our meals together. We travelled together to and from the retreat location.

7.   Knowing Don as I know him, I do not believe these allegations accurately reflect conduct by Don.  In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

8.   Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person.  I can say, without a doubt that Don Kollmar is an honest person who consistently tells the truth.  I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent.  With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED:  November __22__, 2019

*Charles Crook*
_____
CHARLES CROOK