COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF DEBORAH DUTTON |

## DECLARATION OF DEBORAH DUTTON

I, Deborah Dutton, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 63 years old and live in Redwood City, CA. I graduated New York University in 1978 with a BFA degree in Dance. For the past 21 years, I have worked for myself. I have been married to Gildas Allanic since 1997, and have no children.

3. I met Donald Kollmar in approximately 1986 when he gave a talk at my yoga teacher's studio. I hired him to teach me how to meditate. I saw him weekly for in person attunement sessions for 12 weeks in the mid 1980s. I continued to have regular sessions with him in person for many years until he moved to the Netherlands. Then when Don was in Netherland I had regular meditation session once a quarter over the phone. Over the years I have done 5 meditation retreats plus I trained to be a CSA facilitator, which included 3 in person group retreat trainings. Since I became a facilitator in 2002 I have attended retreats twice a year. Based on all my interactions and observations of Donald Kollmar over the past 33 years, I believe that I have good knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her.

1

I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. I have never seen Don physically abuse a person. I find him not narcissistic at all. I've never known Don to be fasting or encouraging us to do so. On our retreats he makes sure all our dietary needs are met, and Don loves good food that he likes to share with others. I have never seen Don be violent in any way. Knowing Don as I do, I cannot believe these allegations accurately reflect conduct by Don. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say,

////

////

2

unreservedly that Don Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: December 9, 2019

_____
DEBORAH, DUTTON