COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF KATHLEEN FAITH |
|---|---|

# DECLARATION OF KATHLEEN FAITH

I, Kathleen Faith, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 69 years old and live in Chico, CA. I graduated from California State University of Chico in 1982 with a Master's Degree in Education. For the 25 years I was an educator in Butte County, I have been retired for 5 years. I have been married to Dale Rudesill since 2004 and have 2 children, who are 44 and 31.

3. I met Donald Kollmar in 1986. I was introduced to Don by a number of very good friends. I began to meditate with Don and attend workshops at that time. I have been very moved by the work he does. I attended many well-received one and two day meditations that Don offered in our area, as well as longer retreats throughout the years. I have attended yearly week-long retreats for at least 25 years. These retreats allow a small group of people to share physical space, meal preparation, and long break times, that allow us to get to know each other very well in a short amount of time. I have continued to be very appreciative of time spent with Don, both as a teacher and the friend he has come to be. Based on all my interactions and observations of Donald Kollmar over the past 33 years, I believe that I have very strong knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally

1

abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life.  I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others.  I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds.  Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

   5.   These descriptions do not fit my experiences and observations of Donald Kollmar. Throughout the years, I have appreciated Don in many ways.  The way he shares his work has always been the antithesis of a controlling, ego-centered teacher. He does not set himself up to be the holder of some mysterious knowledge that can only be accessed through him. For 33 years, he consistently offers his teaching in ways that empower each individual to be the source of their own experience and growth. He is a joyful team player when it comes to non-teaching times. He is gentle. I have never seen him violent or express any violent urges ever in all these years.  He is open to feeling into any areas of himself that may struggle with limiting beliefs and models that sort of inner work that liberates each of us from our own limiting beliefs and ways of being in the world. During our longer retreats, Don is the person who plans meals and shops for the group ahead of time for 3 meals a day for 7 days. Ahead of the retreat, he asks everyone their food preferences and does his best to accommodate everyone's personal preferences. The meals are included in the cost for the retreat, so the more he spends on food, the less he makes. The meals

are consistently excellent, healthy, organic when possible and always plentiful. The meals become a wonderful part of every retreat in the group preparation, breaking bread together, and even the clean-up. He often makes extra trips to the grocery store for more of whatever is needed, including Ben and Jerry's ice cream runs and Coconut Bliss for those of us dairy-free folks. He is generous and I believe he loves the sharing of food together. I do not believe these allegations put forth in this case fit Don. Someone else in this woman's past may have abused her this way, and for that I am so sorry for her. Don, however, does not appear to be capable of such behavior. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, that Don Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Don Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 21, 2019

KATHLEEN FAITH

3