COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF ELLEN FIETZ HALL |
|---|---|

## DECLARATION OF ELLEN FIETZ HALL

I, Ellen Fietz Hall, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 73 years old and live in Nevada City, California. I graduated the University of California, Santa Barbara in 1983 with a Ph.D. in Education. For the past 17 years, I have been retired. I previously worked 26 years as a Certified Childbirth Educator and taught parenting classes in various settings. My last employment was as Community Initiatives Director for United Way of Nevada County. I have been married to Carl Hall since 1966, and have two sons, who are 41 and 48 years old.

3. I met Donald Kollmar in 1996 in California as a participant in one of his Six Day Intensives. Since completing Facilitator Training with him in 2003, I continue to meet twice a year with him and the other Complete Self Attunement Associates he has trained so that we all can continue to evolve together in our appreciation of the depths of consciousness. Often we have all come together five days at a time, sharing a house, so we have spent considerable time together over the years. Other times we do conference calls. Because he is such an excellent teacher, I have arranged at least four events for him to share his work with colleagues and friends. Additionally, I continue to do private hour long phone sessions with him at least four times a year. Based on all my interactions and observations of Donald Kollmar over the past twenty-three years, I believe that I have substantial knowledge and understanding of his behaviors and characteristics.

1

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. I have never observed him to be abusive in any way, neither physically, verbally, or in attitude, not to clients, friends, or strangers. I have never seen him act in any way that would suggest he was even considering violence toward someone. I don't think of any instance where he has even used a violent metaphor when he was angry about a situation e.g. "I was so angry I could have strangled him." My first course with Don showed him to be generous, considerate, patient, and lovingly compassionate. Generous in sharing all he knew with us; considerate of our creature and emotional comforts; patient, endlessly patient with all of our not "getting it;" lovingly compassionate in his encouragement and support as we wrestled with difficult aspects of

our lives. He continues to demonstrate those qualities. I don't remember ever having a discussion with Don about fasting. I know he does enjoy delicious foods and a healthy diet. He eats three meals when we are together. He does not give directives or even suggestions about how we go about our lives other than that we give time to meditation and bring awareness to what we are doing. Don, not being possessive of "his" work, created a Complete Self Attunement Association of facilitators. There are currently 17 of us, including Don. Without any attempts at controlling us, he encourages us to apply what we have learned, to share it with clients, to support others if they have an interest in this type of spiritual/personal exploration. There has never been any suggestion from him that we should send him clients. In no way does he set himself "above" us or expect that we should elevate him or consider him a superior human being with more authority or status than another.

6. The Association rules address confidentiality, dating and attraction issues, and inter-personal relationship issues. I am unaware of any confidentiality or sexual breeches; we have done our best to address the inevitable interpersonal issues that arise when people work closely together. He has, on occasion, as we all have, stepped on others' toes and displeased them. He acknowledges such and offers apologies. When there are differences of perspective, he will argue for his viewpoint and may be critical of another perspective, but he does not attack or belittle the person with whom he disagrees.

7. When I have seen clients or facilitators decide to quit working with Don, he has talked with them about why they might be making that choice and why it might be helpful to stay. I have seen him persuade, without manipulation or threat, someone to stay (who said the next day he was grateful he stayed). I've seen Don continue in friendship

with those who have left. I have never seen him coerce anyone. That would be totally antithetical to and incongruent with who is he and with what he is teaching. In fact, it takes a huge stretch of my imagination to even consider that Don might have behaved as alleged. It is totally out of keeping with his character. It doesn't make sense. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

8. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, I believe Don Kollmar to be an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is a peaceful, law-abiding, non-violent, trustworthy, and admirable human being.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 26, 2019

*Ellen Fietz Hall*
ELLEN FIETZ HALL