COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF HELEN RUTH GABEL |
|---|---|

## DECLARATION OF HELEN RUTH GABEL

I, Helen Ruth Gabel, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 68 years old and live in unincorporated Snohomish County outside Bothell, Washington. I graduated from New College, Sarasota Florida, in 1968 with a Bachelor's degree in Humanities. In 1976 I graduated from Florida State University, Tallahassee, Florida, with a Bachelor's degree in Nursing. In 1980 I graduated from Emory University, Atlanta, Georgia, with a Master's Degree in Nursing. I worked as a Certified Nurse Midwife from 1981 until my retirement in 2018, primarily at Group Health Cooperative and at the University of Washington. I have been married to Philip Leo Notermann since 1979.

3. I met Donald Kollmar in 2004, at a week-long meditation seminar sponsored by the Oneness Project, a non-profit associated with the Dances of Universal Peace. Since that time I attended at least three other week-long workshops with Donald Kollmar. I have also attended monthly conference call meditations since the first seminar. Based on all my interactions and observations of Donald Kollmar over the past 15 years, I believe that I have a moderately strong knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her.

1

I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. In none of the week-long seminars did Mr. Kollmar insist on any posture, chant, dietary limitation, ritual, or other mandated behavior. We sat in any chair or posture that was comfortable, and were invited, not commanded, to listen to Mr. Kollmar's meditation suggestions. As an organizer of one of the week-long seminars, Mr. Kollmar explicitly requested that I make sure the attendees be provided tasty meals and readily-available snacks. Mr. Kollmar answered questions thoughtfully, never shaming or putting down a questioner. Even if an attendee directly challenged the content he was teaching, Mr. Kollmar simply listened carefully and quietly responded with his own understanding of the situation. I never once saw him express frustration or anger at another student. Given my lengthy exposure to Mr. Kollmar's teaching methods, I cannot believe that the allegations brought against him are in any way true. In addition, I note that my experiences and observations of Donald Kollmar are totally consistent with conversations I've had with others concerning their experiences with and observations of Mr. Kollmar.

2

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, without doubt, that Don Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is absolutely and without question, peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 20, 2019

_Helen Ruth Gabel_
HELEN RUTH GABEL