COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF MARY BETH GWYNN |

## DECLARATION OF MARY BETH GYWNN

I, Mary Beth Gwynn, declare under penalty of perjury as follows:

1.  I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar.  I am over the age of 18 and make this declaration on personal knowledge.  If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2.  I am 71 years old and live in Asheville, NC. I graduated cum laude from Spalding College in Louisville, Ky, in 1969 and hold a M.S.L.S from University of Kentucky, 1973 and M.B.A. from University of Cincinnati, 1982.  The bulk of my career was spent in various professional and managerial positions in law school libraries (Northern Ky Law School and University of Miami Law School) and media companies (The Miami Herald and Knight Ridder). Since 1996 I have also maintained a part-time spiritual counseling practice with private clients which continues today.   I have been married to Jonathan David Sackson since 1976 and have two children who are 35 and 30.

3.  I met Donald Kollmar in 1988 when I first started attending his meditation workshops.  In 1993 I began training with him to be a Complete Self Attunement facilitator.  This program involved an intensive three-and-a-half-year training in the use of my consciousness and in my spiritual development. During this time, he was both my teacher and my facilitator.  I met with him in small groups for week-long intensive trainings twice a year and received regular, approximately monthly, private Complete Self Attunement sessions from him.  After my graduation from the facilitator training program in 1996 I continued to meet with him and other CSA facilitators twice yearly; I also continued to receive private sessions with him. He once stayed in my home with my

1

family when he was in town for a workshop. This close contact continued for approximately seven more years. At that point I wanted to explore some other areas of work that I felt drawn to and began to place my attentions there. Don Kollmar and his work are listed on my website as one of the most important teachers and influencers in my current work in spiritual counseling. Based on all my interactions and observations of Donald Kollmar over the past 30 plus years, I believe that I have strong knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. I have not experienced, nor heard of any colleague of mine or client of his describe anything resembling the behavior described above. I never observed nor heard

2

that he was abusive - physically, mentally, verbally, or in any other way - at any time. There was never any talk of fasting; in fact, we always ate well at the trainings and semi-annual gatherings. He was never degrading of anyone. It was clear he had high standards for his students re integrity in our work, standards he held himself to, but I would say one of his most outstanding characteristics as a teacher and facilitator was compassion. The description of Don's behavior as described by the complaining witness are unbelievable to me. I spent far too much concentrated and intense time over the years with Don both in small groups and in one-to-one private sessions to believe these behaviors were possible. In addition, I am a survivor of an extended period of domestic abuse as a child and would have sensed if Don Kollmar was an abuser. I note that my experiences and observations of Donald Kollmar are consistent with conversations I have had with others concerning their experiences with and observations of Donald Kollmar.

6.   Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly that Don Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, non-violent, of high integrity and compassionate.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 25, 2019

MARY BETH GYWNN

3