```
 1 │ COLEMAN & BALOGH LLP
   │ ETHAN A. BALOGH, No. 172224
 2 │ 235 Montgomery Street, Suite 1070
 3 │ San Francisco, CA 94104
   │ Telephone: 415.391.0440
 4 │ Facsimile: 415.373.3901
   │ eab@colemanbalogh.com
 5 │
 6 │ Attorneys for Arrestee
   │ DONALD KOLLMAR
 7 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF CARL RICHARD HALL |
|---|---|

## DECLARATION OF CARL RICHARD HALL

I, Carl Richard Hall, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 75 years old and live in Nevada City, California. I graduated from the University of California, Riverside in 1966 with a B.A. in sociology and in 1969 from the University of California, Santa Barbara with a M.A. in sociology. For 34 years I taught sociology and philosophy courses at Yuba Community College in Marysville, California before retiring in 2005. I have been married to Ellen Fietz Hall since 1966 and have 2 sons, who are 48 and 41.

3. I first met Donald Kollmar in 1995 and have been his student for the past 24 years. During that time, I took his introductory meditation classes and eventually became a facilitator in the Complete Self-Attunement (CSA) process which entailed attending, along with other facilitators, twice-yearly five-day mediation retreats under Don's direction. These retreats were held in a common facility where we lived and learned in close proximity with each other. Based on all my interactions and observations of Donald Kollmar over the past 24 years, I believe that I have a very strong knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally

1

abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions absolutely do not match my experiences and observations of Donald Kollmar. I have never observed Don to be physically or mentally abusive in any way. Nor have I seen any behavior that, by any stretch of the imagination, could be labeled as demeaning, humiliating, or controlling. In my experience Don has always honored the autonomy of his students while respecting any differences he might have with them. As one of Don's student for nearly a quarter of a century, and as a retired teacher myself, I consider Don one of the most gentle and supportive teachers I have ever worked with. Like every good teacher, he always seeks to meet his students where they are and lead them a bit further down the road. His patience in modeling these virtues has always impressed me. Nor has he ever tried to dictate lifestyle preferences to us, e.g. regarding diet, exercise, choice of profession, etc. Instead, in every instance, he has respected our right to live our lives as our own. Nothing in any of the allegations brought against Don even remotely matches the person I've known and worked closely with for

all these years. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6.      Finally, as a result of my interactions with and observations of Don Kollmar, I can say, unreservedly that Don Kollmar is an honest person who consistently tells the truth. Not only is he peaceful, law-abiding, and non-violent, I can't recall ever seeing him really angry. Annoyed perhaps, but never to the point of lashing out at another person in a hurtful way.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 21, 2019

_____
CARL RICHARD HALL