COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF<br>BONNIE JOHNSON, PH.D. |

# DECLARATION OF BONNIE JOHNSON, PH.D.

I, Bonnie Johnson, declare under penalty of perjury as follows:

1. I am a citizen of United States of America and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 73 years old and live in Tulsa, Ok. I graduated from University of Michigan in 1969, Western Michigan University in 1975, and Oklahoma State University in 1984 with a Ph.D. in Clinical/School Psychology. For the past thirty-five years, I have been in private practice as a Licensed Child Psychologist. I have been married to Arlin Franklin since 2002. I have two adult children ages 45 and 48 years of age.

3. I met Donald Kollmar in 1999. Over the past twenty years, I have participated in twenty-five meditation intensive week long retreats facilitated by Donald Kollmar. Based on all my interactions and observations of Donald Kollmar over the past 20 years, I believe that I have consistent knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the

1

complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. The above allegations are incongruent with my assessment and perception of the character of Donald Kollmar. I have always experienced Donald Kollmar to be a person of integrity. Donald Kollmar has always conducted himself as a responsible, respectful, knowledgeable spiritual leader. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Donald Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, that Donald Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 2, 2019

BONNIE JOHNSON, PH.D

2