1 | COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
2 | 235 Montgomery Street, Suite 1070
San Francisco, CA 94104
3 | Telephone: 415.391.0440
4 | Facsimile: 415.373.3901
eab@colemanbalogh.com
5
6 | Attorneys for Arrestee
DONALD KOLLMAR
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | OAKLAND DIVISION
11
|  | Case No. 4:19-70677 MAG
12 | IN THE MATTER OF THE EXTRADITION
OF DON KOLLMAR | Paul Karasik
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF PAUL KARASIK

I, Paul Karasik , declare under penalty of perjury as follows:

1.  I am a citizen of USA, and make this declaration on behalf of Donald Kollmar.  I am over the age of 18 and make this declaration on personal knowledge.  If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2.  I am 72 years old and live in Manhattan Beach CA.  For the past 32 years, I have been a self-employed management consultant for Major Fortune 500 Companies. I have 2 children ages 15 and 19.

3.  I met Donald Kollmar in 1988.  I was very interested learning meditation and a friend of mine had recommended Don.  At first I attended Don's wonderful workshops with my wife at the time.  Both my wife Samanthaq and I  got tremendous benefits in terms of stress relief and finding more peace of mind.   After attending a few workshops we decided to have private monthly coaching sessions with Don.  These sessions continued for about ten years until my wife and I moved to California.

4.  Based on all my interactions and observations of Donald Kollmar over the past approximately 20 years. I believe that I have come to know Don very well.  He has stayed at my home, I have spent time socially Don and his wife.  Don's integrity, honesty, and character is based upon only the highest values.  His professionalism as therapist and workshop leader is of the highest quality.

Over the past 2 decades I have come to know many of Don's friends, associates, and clients.  I have found everyone in Don's circuit that I have met to be only of the highest level of character.  Many of these people are in fact lawyers, doctors, nurses, other health service providers and business people.  They all found a positive help

1

and support in every possible way.  Like me many of these people have employed

Don over the course of decades.  And like me are very grateful that we have had the

good fortune to have Don in our lives.  Knowing and working with Don over the

years has truly been a blessing for me and everyone else I know who works with Don.

5.   Don provided me a meditation techniques that literally changed my life.  He

introduced me to techniques that allowed me to handle problems, challenges and conflicts

more effectively. Don enabled me to take control of my internal life.

6.   I have been informed by Mr. Kollmar's attorney that, in this extradition case, the

complaining witness claims that when she was a teenager and Mr. Kollmar was in his

mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally

abused her by degrading her and calling her horrible names and asserting power over her.

I am further informed that the complaining witness asserts that Mr. Kollmar told her he

should be seen as a "King," and that he had special powers, including psychic abilities,

and had been chosen by God to lead a special life.  I am further informed that the

complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this

teenager in front of others.  I am further informed that the complaining witness alleges

that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when

he was informed that she took an almond from a bowl of almonds.  Finally, I am

informed that the complaining witness reported that Mr. Kollmar was extraordinarily

controlling in his behaviors.

7.   This is quite unbelievable what this person is saying.  These behaviors and in no

way describe any behavior in any way shape or form that I've observed in Don over the

last 20 years.  Don is a loving and caring person.  His work is to help people feel better.

1   He is only mission in my life is to uplift and help.  And all the people that I know who

2   know Don also have experienced Don exactly as I have.

3      8.  Never, and I do mean never did I see Don express any emotions or actions that

4   were hurtful in any way.  Don is understanding and compassionate to everyone, all the

5   time.

6      9.  Finally, as a result of my interactions with and observations of Don Kollmar, I

7   have formed an opinion that he is an honest and truthful person.  I can say, that I am

8   willing to swear on a Bible, that Don Kollmar is undeniably one of the most honest and

9   caring people I have ever met in my life.  I believe he is an honest person who always

10  speaks the truth.  Don has never exhibited any character trait except:  Peaceful, honest,

11  caring, giving, understanding, and professional.  I state the foregoing is true and correct

12  under penalty of perjury of the laws of the United States of America.

13  DATED:  November 15, 2019

                            Paul Karasik_