```
 1 │ COLEMAN & BALOGH LLP
   │ ETHAN A. BALOGH, No. 172224
 2 │ 235 Montgomery Street, Suite 1070
 3 │ San Francisco, CA 94104
   │ Telephone: 415.391.0440
 4 │ Facsimile: 415.373.3901
   │ eab@colemanbalogh.com
 5 │
 6 │ Attorneys for Arrestee
   │ DONALD KOLLMAR
 7 │
 8 │              UNITED STATES DISTRICT COURT
 9 │              NORTHERN DISTRICT OF CALIFORNIA
10 │                    OAKLAND DIVISION
11 │
12 │ IN THE MATTER OF THE EXTRADITION    Case No. 4:19-70677 MAG
   │ OF DON KOLLMAR                       DECLARATION OF JEFFREY MASTERS
13 │
```

# DECLARATION OF JEFFREY MASTERS

I, Jeffrey Masters, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 59 years old and live in Highland, Michigan. I graduated from the University of Michigan in 1997 with a Ph.D. degree. For the past 24 years, I have worked as the Director of Meteorology for the Internet weather company that I co-founded, Weather Underground. I have been married to Diane Hallinen since 1991, and have one child, aged 23.

3. I met Donald Kollmar in 1988. Between the years 2008 and 2019, I participated in six one-week intensive workshops with him, along with 7 - 11 other people. Based on all my interactions and observations of Donald Kollmar over those workshops during the past 12 years, I believe that I have deep knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges

1

that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. In particular, I find it impossible to believe that he engaged in any kind of physical abuse or any deliberate mental abuse. At all of my workshops, Don always advocated eating full meals, and I have never heard him discuss the topic of fasting at all. He always actively us discouraged viewing him as a "guru" figure, and wanted to be seen as a teacher. Don is unquestionably one of the most loving, kind, unselfish, and humble people I have met. He never engaged in demeaning a person in front of the group and was not controlling. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, that Don Kollmar is an honest person who always tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 21, 2019

JEFFREY MASTERS