COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF<br>LINDA MAYO WILLIS, PH.D. |
|---|---|

## DECLARATION OF LINDA MAYO WILLIS, PH.D.

I, Linda Mayo Willis, Ph.D., declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 68 years old and live in Chapel Hill, North Carolina. I graduated University of Nebraska-Lincoln in 2009 with a Doctor of Philosophy in Human Sciences. In 2005, the US Department of Health and Human Services, Office of Planning Research and Evaluation (OPRE) recognized me as a OPRE Research Scholar and funded my research to improve the lives of American Indian families with young children. For the past 45 years, I have worked in the field of early childhood development and early education. I recently retired from a long and distinguished career as an educator, scholar, researcher, family advocate and school system administrator. My life's work has been devoted to improving the quality of life for low-income families with young children across many American sub-cultures, primarily African-American, Latino, and Native American, with the goal of breaking the destructive cycle of generational poverty. I was married to Steven J. Plaisance in 1987 and widowed in 1989. I have one child by a previous marriage who is 48 years old.

3. I met Don in 1989 through introductions from two of my closest friends. At the time of our meeting Don was facilitating a spiritual retreat in my home community of Chapel Hill, North Carolina. For the past three decades, Don's work has served as a beacon of light and source of tremendous growth for me. I am honored to know Don as a

teacher and a friend all these years. I have hosted Don at my house on many occasions and have spent countless hours working with him in group settings during workshops of varying length including 1, 5, and 7 day residencies. I have continued to work with him individually several times a month for as long as I have known him. Based on all my interactions and observations of Donald Kollmar, I believe that I have a deep and abiding knowledge and understanding of his behaviors and personal characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar accumulated over an established friendship and mentorship spanning 30 years. The statements attributed to the complaining witness are completely detached from the person I know Don Kollmar is. Don's excellent reputation is based on his keen intellect

2

and insight, personable engaging manner, and his allegiance to the highest standards of integrity. The complaining witness statement describing alleged behaviors bear absolutely no resemblance to my long-standing knowledge of Don's moral character. The complaining witness statements also do not accurately reflect my assessment of his character and the longevity of experience I have had interacting with Don over many decades while observing his abiding emotional stability and personally experiencing his equanimity. Don is neither a physically abusive or emotionally abusive person. He is not a narcissist, nor does he have any other type of grandiose notion about himself. Don is not prone to violence, nor is he controlling in any way about food or fasting. I have never witnessed him engaging in bullying or any other demeaning behavior towards another person in a group or any other setting. I know Don to be a kind, engaged, generous friend and a true humanitarian. He has dedicated his life's work to supporting and helping other people experience self-fulfillment and inner tranquility. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar for the past three decades.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly that Don Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and

////

////

3

non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 19, 2019

_____
LINDA MAYO WILLIS