COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF ROBERTO MORENO |
|---|---|

# DECLARATION OF ROBERTO MORENO

I, Roberto Moreno, declare under penalty of perjury as follows:

1. I am a permanent resident of the United States and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 33 years old and live in New York, NY. I graduated University of Pennsylvania in 2008 with a Bachelor of Arts in Economics. For the past 11 years, I have worked at a global investment bank and an SEC registered investment advisor. I have been married since 2015 and have one daughter who is 2.

3. I met Donald Kollmar in 2013. From this time, Mr. Kollmar has been my meditation instructor. Mr. Kollmar and I have telephonic contact at least once a month. I have also attended two in-person meditation retreats with Mr. Kollmar and a group of his students. Based on all my interactions and observations of Mr. Kollmar over the past 6 years, I believe that I have strong knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the

complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. In my frequent telephonic and in-person experiences with Mr. Kollmar, he has always exhibited peaceful, patient, and supportive personality characteristics. Moreover, in my experience, I cannot recall Mr. Kollmar ever exhibiting any behaviors whatsoever that are consistent with the behaviors he is accused of and cannot believe these allegations reflect the conduct of Mr. Kollmar. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, that Don Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and

////

////

////

////

non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

    I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: December 4, 2019        _____
                                               ROBERTO MORENO