COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF M'LISSE RAMSEY |

# DECLARATION OF M'LISSE RAMSEY

I, M'Lisse Ramsey, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 69 years old and live in West Palm Beach, Florida. I graduated from Salem College in 1975 with a BA in French and Education. From 1975-1996 I was employed as a Kindergarten teacher, a teacher of emotionally handicapped children, and a crisis intervention teacher, and support for the special education classes at my elementary school. For the past years I have been a special needs educator. I have been married to Richard Ramsey (deceased December 2018) since 1985, and have 3 children ages 30, 31, and 41.

3. I met Donald Kollmar in 1990 at a benefit for a friend and teacher who was also a student of his. Don had come to Florida to give a workshop for Anne Fraser, who was dying of cancer. This was a day long meditation workshop and all of the proceeds were given to Anne in support of her medical expenses. Anne was my teacher and friend and often spoke of Don, as he was her teacher. When I met him I expected him to be much older because the teaching she credited Don with was so beautiful and conveyed wisdom that I thought must have come from a man much older. I saw him and see him still to this day as a very wise and gentle and loving man and so extraordinary at conveying such a loving experience in his meditation guidance. I met him for the first time at that workshop and he became someone I knew I would want to learn more from and in fact

1

have continued to learn from him directly through workshops and retreats for these last 29 years. I have studied and met with Don for two separate weeks each year since beginning his Complete Self Attunement facilitators training in 1991. The basics of that training involved a week long gathering where all the participants (usually about 5-6 people) came together at a rented home or facility where we meditated and learned and shared experiences all day, breaking for meal preparations together and family style lunches and dinners. We were always provided with thoughtful accommodations where each person's needs could be met including privacy. Don is a gracious host and always did most of the shopping and organizing for our needs while there.  After the initial 6 separate weeks, I continued with these meditation retreats every year, twice a year. Only one year did I miss a summer retreat. Don is both a teacher and a mentor in significant ways for me as the meditation practice and further learning I have been following for these 29 years touches and changes how I am in the world in all areas. I have a lot of reverence for the teaching and him as a teacher and trust him and experienced our times together to bring peace and a sense of love of life for me which is such a value to me. He is a kind teacher and there is always a good amount of laughter in these gatherings. The last couple of years our group of about 16 facilitators has met online for these retreats which has worked just as well as our in person retreats. We still meet twice a year and will plan a future in person meeting perhaps next year. The happenings in these retreats is simple -  meditating all day and part of the evening, and when together, meal preparations and sharing meals and sometimes a nature experience or other recreation that we participate in together. There is little free time and Don usually spent that time shopping for us or being on his own. Our meetings and times together have always been around

these retreats and my relationship with him is student and friend. He also facilitates one-on-one Attunement sessions with me at least 4 times a year. These are done on the phone. Besides what you would recognize as meditation (silence) there is even laughter and lightness in our sharing that draws us all together in these experiences of consciousness. Don is a wonderful guide through my inner world! Based on all my interactions and observations of Donald Kollmar over the past 29 years, I believe that I have a strong and consistent knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations in any way of Donald Kollmar. I have never seen any of these behaviors and have always been treated with kindness and respect and seen others treated in the same way, with kindness and

respect. I also have not experienced him to be narcissistic but rather a thoughtful man and humble in his requests. He has delivered his teachings in a most humble way and never asked to be worshipped or held higher than another. These allegations do not in any way reflect my experience of Don Kollmar and I do not believe them possible given my frequent and deep experience of him as a teacher and a human being. There has never been a single behavior of those described that resemble Don Kollmar.  In addition, I note that my experiences and observations of Don Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Don Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person.  I can say, unreservedly, that Don Kollmar is an honest person who consistently tells the truth.  I also have formed an opinion about whether Don Kollmar is peaceful, law-abiding, and non-violent.  With respect to those character traits, I have formed the opinion that Don Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED:  November 23, 2019

*M'Lisse Ramsey*
M'LISSE RAMSEY