COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF PETER REYNOLDS |

# DECLARATION OF PETER REYNOLDS

I, Peter Archibald Reynolds, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 67 years old and live in Corvallis, Montana. I graduated the University of Wisconsin, Madison in 1976 with an M.A. in Arts Administration. I also have a B.S. in Business from UNC Chapel Hill and an M.A. in Spirituality from Holy Names University. For the past three I have been retired. I have been married to Judith Reynolds since 1987 and have one stepson, who is aged 49 years old.

3. I met Donald Kollmar in 2004. I have known Don Kollmar as a meditation teacher and workshop leader. I have spent approximately three full weeks between 2004 and 2010 in meditation retreats/workshops with Don as the leader. My experiences with Don have been entirely positive. I have observed his personal manner, teaching style, and interactions both formally and informally with me and with a group. Based on all my interactions and observations of Donald Kollmar between 2004 and 2010, I believe that I have an accurate knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he

1

should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. Based on my knowledge of him, it would be impossible for Don to be mentally or physically abusive to another. The complaining witness's account completely contradicts my experience of Don, whom I know as a person of integrity, modesty and gentleness. Don is self-deprecating, engaging and extremely self-aware. He is not narcissistic, but on the contrary, takes an active interest in the well-being of others. A more accurate description of Don would be "selfless". Don has selflessly offered his gifts to many people in the time that I have known him. I have never seen Don exhibit even a trace of anger or irritation with another person. Don is particularly effective and dynamic with a group in offering his skills and insights. He invites people into the subject matter of his retreats with a spirit of calmness, humor and curiosity. Again, I have never seen him exhibit a controlling nature or even the possibility of bullying someone before a group. These allegations from the complaining witness simply do not match up with the person, Don Kollmar, that I know. In addition, I note that my experiences and observations of Donald Kollmar are completely consistent with

conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say unreservedly and emphatically that Don Kollmar is an honest person who always tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is absolutely peaceful, law-abiding, and non-violent in all of his life dealings.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 21, 2019

*Peter Reynolds*
_____
PETER REYNOLDS