COLEMAN & BALOGH LLPb
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF JAMES M. RUDD |

## DECLARATION OF JAMES RUDD

I, James Rudd, declare under penalty of perjury as follows:

1. I am a citizen of United States, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 60 years old and live in San Francisco, California. I graduated University of California, Berkeley in 1989 with a Master in Business Administration and University of Notre Dame in 1981 with Bachelor in Business Administration with high honors. For the past three years, I have been retired. Previously, I was a vice president at Intertrust Technologies for 17 years responsible for risk management, vice president at Wells Fargo Bank and its joint venture Mondex for 12 years, internal auditor at Pacific Gas & Electric and senior auditor at Touche Ross & Co.

3. I met Donald Kollmar in 1995 at a one-week meditation retreat he held in California. In the subsequent years, I have participated in at least fifteen additional week-long meditation retreats. Between 2010 and 2018, I have hosted Donald Kollmar nine times in my home where we meditated for a day and had personal time around the day we meditated. I have also attended four one-day meditation retreats including one I hosted in my house. Over the years, we have had numerous one hour meditations on the telephone with such meditations being on a monthly basis in the last several years. I have also visited with Donald Kollmar and his wife Marie-Louise Kollmar twice at their home in Amsterdam and once in my home and once in a shared apartment in Rome. Most recently, I have served as Donald Kollmar's custodian since September 23, 2109. Based on all my interactions and observations of Donald Kollmar over the past twenty-four

1

years, I believe that I have a thorough knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. In the many weeks and shorter periods I have been with Donald Kollmar, he has never demonstrated any physical abusive or mentally abusive behavior. Instead, Donald Kollmar has made every effort to support his meditation participants with gentle and helpful suggestions while shying away from any form of adoration. A day at retreat includes group meditations, regular meals and ample free time all of which are done without rules or other controlling constructs. With respect to fasting, my experience is that there has always been an abundance of food including an accommodations various

diets and never any restriction around eating. My fellow participants are generally returning mature successful adults who enjoy the comradery of their annual gathering and the benefits of the meditations that occur. None of these participants would tolerate, much less return each year, if Donald Kollmar displayed any the behaviors alleged above. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Donald Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, that Donald Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 26, 2019

_____
JAMES RUDD

3