COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF VITTORIA SEGALLA |

# DECLARATION OF VITTORIA SEGALLA

I, Vittoria Segalla, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 69 years old and live in Chico, CA. I graduated from Colorado College in 1971 with a Bachelor of Arts, Cum Laude, and was awarded a Phi Beta Kappa key. For the past 37 years, I have been self-employed as a massage therapist, Alexander Technique teacher, and a meditation teacher.

3. I met Donald Kollmar in 1980. He has been my friend and meditation teacher. I hosted him in my home for several years when he was in the area for work. I spent at least 2 weeklong workshops a year with him for many years. Based on all my interactions and observations of Donald Kollmar over the past 39 years, I believe that I have accurate and keen knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the

1

complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. Don Kollmar is absolutely not a physically or mentally abusive person. He is not prone to violence, nor prone to exerting orders over another such as forced fasting. He is a humble and kind person, concerned with being supportive of other people. Don Kollmar is not a controlling person and has not been prone to or capable of demeaning or ridiculing another person in a group setting. I cannot believe the allegations set forth as he has always been so aligned with goodness in his conduct and work. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Donald Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, without reservation, that Donald Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding.

////

////

and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 25, 2019

VITTORIA SEGALLA