COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF NANCY SOLOMON |
|---|---|

## **DECLARATION OF NANCY SOLOMON**

I, Nancy Solomon, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 63 years old and live in Redwood City, CA. I graduated from San Jose State University in 1977 with a BA in Molecular Biology, and a Chemistry minor. For the past 29 years I have taught music, primarily violin, also ukulele. Before that I was employed as a chemist, then in administrative positions including at a home care and hospice agency. I have been married to Robert Schultheis since 1980, and have no children.

3. I met Donald Kollmar in 2010 at an afternoon meditation workshop, and was impressed by his practical, straight forward approach and demeanor. I used his meditation CDs for several years, and then attended his week-long meditation retreats 5 times- 2013, 2015, 2017, 2018 and 2019. From 2013 to the present I have participated in monthly on-line group meditations, about 11 each year, one hour each. Since 2013 I have had individual one-on-one meditation sessions with Don, at least twice each year, an hour long. In the week-long retreats we met as a small group, 8 to 12 people, for meditation, facilitated by Don. At a rented house in the Aptos area, we shared meal preparation and clean up, and Don would shop for the food, per our requests. The days were broken into meditation sessions, with breaks and a long lunch. Based on all my interactions and observations of Donald Kollmar over the past 9 years, I believe that I have reliable knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. I do not observe Don to be a physically or mentally abusive person, or narcissistic. On the contrary I have observed him to be kind and concerned for others. I have never observed any violence, either in word or action, or evidence of narcissism. My observation is that Don considers himself an ordinary person, with competency in his field, which is teaching meditation to others, and he is deeply committed to this. I have no knowledge of Don and fasting, and in my experience food and sharing of meals is central to his retreats, with plenty of snacks on hand. He solicits menu suggestions, and shops for very specific food items we request. I haven't observed Don demean anyone in front of any group. He appreciates any comments, observations, discussion, and responds with respect. I would not describe Don as a controlling

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. I do not observe Don to be a physically or mentally abusive person, or narcissistic. On the contrary I have observed him to be kind and concerned for others. I have never observed any violence, either in word or action, or evidence of narcissism. My observation is that Don considers himself an ordinary person, with competency in his field, which is teaching meditation to others, and he is deeply committed to this. I have no knowledge of Don and fasting, and in my experience food and sharing of meals is central to his retreats, with plenty of snacks on hand. He solicits menu suggestions, and shops for very specific food items we request. I haven't observed Don demean anyone in front of any group. He appreciates any comments, observations, discussion, and responds with respect. I would not describe Don as a controlling

person. My experience is that Don is able to gently keep us on track, and that he has an ability to not take himself too seriously at the same time. My meditation has been supported and deepened by my experiences with Don Kollmar, and enhanced by the kind and thoughtful people Don seems to attract to this retreats. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

      Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, that Don Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent. He has a high moral character, and concern for the wellbeing others.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 22, 2019

_____
NANCY SOLOMON

3