COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF DONNA STERNBERG |

# DECLARATION OF DONNA STERNBERG

I, Donna Sternberg, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 68 years old and live in Bryn Mawr Pennsylvania. I graduated from Northwestern University in 1973 with a Bachelor of Arts degree and Loyola University of Chicago School of Law in 1976 with a Juris Doctor degree. I was a legal intern at the United States Attorney's Office for the Northern District of Illinois during my law school days and thereafter practiced law in private practice in Illinois and Pennsylvania. From 1981 to 1997 I practiced law at the law firm of Blank Rome, becoming one of the firm's first female partners in 1986. I served on the Lower Merion Planning Commission for 9 years, the Board of Trustees of the Shipley School for 13 years and currently serve on several boards devoted health care and to women's philanthropy. I have been married to Harvey Sternberg since 1984. My husband graduated University of Pennsylvania in 1976 and Widener University School of Law in 1987. We have three (3) children. The oldest, 34, graduated from the University of Pennsylvania, Wharton School, '08, the next, 31, graduated New York University '10 and Columbia University School of Law '17 and the youngest, 24, graduated Harvard College '17.

3. I met Donald Kollmar in approximately 2010. I had heard of him through friends, family and colleagues who valued his expertise as a meditation coach. I engaged Don Kollmar to coach me through a meditation practice which centers on mindfulness, focus and awareness. I was so impressed with my personal results and the added value to my personal life as a direct result of

Don Kollmar's skill and knowledge of many disciplines that I generally engage him on a weekly basis as well as practice meditation regularly. I have attended a week long intensive study course with him and, over the years, have been in several social settings, such as weddings and dinners and friendly gatherings. Based on all of my interactions and observations of Don Kollmar over the years, I believe that I have a deep and profound knowledge and understanding of his behaviors and characteristics. He has, without fail, always presented himself as a man of extraordinary integrity, humility, manners and kindness.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. Don Kollmar is a thoughtful and kind person, humble and caring. I have never heard an abusive word or comment from him. Don is a mild mannered and soft spoken, and has never shown any

anger or aggressive behavior. He is also a marvelous chef and enjoys dining and sharing his culinary creations. In fact, on the retreats he hosts, he does all of the cooking, in copious quantities, for all to enjoy. My experience with Don during the retreat I attended showed him to be a thoughtful host who very much cared for each attendee, trying very hard to boost each person with encouraging wisdom and anecdotes as a supplement to the meditation practice. Inner peace, calm and contentment is always his goal and his teaching and guidance always reflect those goals in the most caring manner, sensitive of each person's individual's needs. I have never witnessed any violent, harsh, critical, demeaning, abusive or controlling behavior of any nature whatsoever in my long and extensive association with Don. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly and with confident conviction that Don Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 21, 2019

DONNA STERNBERG