COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF THOMAS TRYFOROS |

## **DECLARATION OF THOMAS TRYFOROS**

I, Thomas Tryforos, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 60 years old and live in Manhattan, NY. I graduated Columbia University in 1981 with a BA and 1984 with an MBA (Beta Gamma Sigma). For the past 15, I have been self-employed in a private investment firm. I have never been married.

3. I met Donald Kollmar in approximately 1999. Don was referred to me as a meditation coach. We subsequently held several meditation retreats at my home, and I have worked with Don in meditation sessions countless times over the years. We have also become friends, socializing on multiple occasions and Don has stayed overnight socially at my home. Over the years I have also directly introduced at least 6 (possibly as many as 12) people to Don as meditation students, and they have introduced many more. Based on all my interactions and observations of Donald Kollmar over the past 20 years, and based on everything I have heard from the people I introduced to Don, I believe that I have extensive knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he

1

should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not at all match my experiences and observations of Donald Kollmar. My direct experience with Don, and the extensive feedback I have received about Don from others (the introductions that I made), has all been consistent with no exceptions; Don is a kind, gentle, generous, humble, and caring person. Based on my direct interactions with Don, and the feedback from others, it is unimaginable to me that Don committed any of the actions he is accused of in paragraph 4 above.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. Based on those interactions and observations, I can say, unreservedly, that Don Kollmar is an honest person who consistently tells the truth. I also have formed an opinion about

////

////

////

////

2

whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 25, 2019

_____
THOMAS TRYFOROS

3