COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF MAXINE WEINER |

## **DECLARATION OF MAXINE WEINER**

I, Maxine Weiner, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 71 years old and live in Boca Raton, Florida. I graduated from SUNY at Stony Brook in 1969 with a BA in Economics. I was on Dean's List every year and a member of the Economics Honor Society in years three and four. For the past 36 years I have been a Certified Financial Planner, CFP®.

3. I met Donald Kollmar around 1981. He is my meditation teacher and coach. I had many personal sessions over many years and telephone sessions after he moved to Amsterdam. I participated in at least 5 week long retreats and visited him, Marie-Louise and Maxwell in Amsterdam in 2005. Based on all my interactions and observations of Donald Kollmar over the past 38 years, I believe that I have very strong knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the

complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

5. These descriptions do not match my experiences and observations of Donald Kollmar. I cannot believe any of the accused behavior. I know Don to be kind, generous and patient. He was definitely not physically or mentally abusive. Regarding fasting I have no experience. However, on all the retreats Don provided healthy food and together we prepared delicious meals. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly, that Don Kollmar is an honest person who always tells the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 29, 2019

MAXINE WEINER

2