COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>DECLARATION OF RHONDA WHETSTINE |

# DECLARATION OF RHONDA WHETSTINE

I, Rhonda Whetstine, declare under penalty of perjury as follows:

1. I am a citizen of the United States of America, and make this declaration on behalf of Donald Kollmar. I am over the age of 18 and make this declaration on personal knowledge. If called as a witness before this Court, I could testify competently to the facts presented in this declaration.

2. I am 65 years old and live in Chico CA. I graduated Iowa City High School in 1972. For the past four years, I have worked at Home Depot as a Customer Service Associate.

3. I met Donald Kollmar in the late 1990s. I began receiving facilitated meditation sessions from Don, taking meditation workshops, and following a training protocol to graduate as a Complete Self Attunement facilitator over the course of an approximate 8-year period. After becoming a facilitator of Complete Self Attunement, I began facilitating sessions, helping Don organize some of his transportation issues for his workshop participants and helping Don to set up some of his session appointments. I also continued having regular sessions from Don for myself and attending meditations and bi-yearly retreats for facilitators given by Don Kollmar. During this time Don Kollmar became my good friend. Based on all my interactions and observations of Donald Kollmar over the past 25 or more years, I believe that I have an accurate, reliable, comprehensive, and in-depth knowledge and understanding of his behaviors and characteristics.

4. I have been informed by Mr. Kollmar's attorney that, in this extradition case, the complaining witness claims that when she was a teenager and Mr. Kollmar was in his

1

mid-20s, that Mr. Kollmar physically abused her, including by assaulting her, mentally abused her by degrading her and calling her horrible names and asserting power over her. I am further informed that the complaining witness asserts that Mr. Kollmar told her he should be seen as a "King," and that he had special powers, including psychic abilities, and had been chosen by God to lead a special life. I am further informed that the complaining witness alleges that Mr. Kollmar demeaned and verbally chastised this teenager in front of others. I am further informed that the complaining witness alleges that Mr. Kollmar required her to fast regularly, and allegedly berated her forcefully when he was informed that she took an almond from a bowl of almonds. Finally, I am informed that the complaining witness reported that Mr. Kollmar was extraordinarily controlling in his behaviors.

   5. These descriptions in absolutely no way match my experiences and observations of Don Kollmar. I set forth my assessment and experiences regarding Don Kollmar as a man who is neither physically or mentally abusive. On the contrary to the accusations, Don has shown concern and care toward me and others. He has never, in the time I have known him, shown physical or mental abuse. In fact, he has shown me personally, compassion and genuine sincerity helping me in difficult financial times by lessening costs and allowing me to make payments over time for his workshops and trainings. His humility as a meditation teacher is impressive, where other meditation teachers have a need to separate themselves from the students, as if above them. Don Kollmar has been a realistic, down to earth human being sharing his own experiences and vulnerabilities with the group facilitators. Just as they have done at the retreats, meditations, and sessions. He doesn't sit at the front of the room with all his facilitators facing him, he sits

in a circle equal to them. This kind of attitude and behavior as a teacher, is what attracted me to Complete Self Attunement. I have had experience with other types of meditation teachers and always left because the teachers put themselves on pedestals and kept distant from you. Don Kollmar has never acted that way and has gone out of his way to create a group process that has checks and balances for everyone, including himself, because of the equalizing nature of what he teaches. I have never experienced Don Kollmar be violent toward another person, animal, or object. He has shown kindness and compassion to me and to others. Don has never forced an opinion or a behavior such as fasting on me or anyone that I know. He has always been respectful of others needs and accommodating to special diets at the retreats, never forcing or even asking someone to behave a certain way or to eat/not eat according to his dictation. In all my years knowing Don Kollmar, he has never been demeaning to myself, to others, or in front of a group at a retreat or workshop. In my assessment and experience knowing Don Kollmar, he has always been a caring, honorable, genuinely concerned person for others well-being and greatest good. In his personal life he also has been kind, respectful and generous to his friends and family, as well as a devoted and very loving husband to his wife Marie-Louise, whom I personally know, and give sessions to. If there were any problems or concerns in their relationship they would have come out in the sessions. I can assuredly proclaim theirs is a loving and healthy relationship. I find these allegations against Don Kollmar outrageously flawed, absurd, and completely unbelievable. In addition, I note that my experiences and observations of Donald Kollmar are consistent with conversations I've had with others concerning their experiences with and observations of Donald Kollmar.

6. Finally, as a result of my interactions with and observations of Don Kollmar, I have formed an opinion about whether he is an honest and truthful person. I can say, unreservedly and in the sincerest sense, that Don Kollmar is an honest person who consistently tells the truth and has respect and reverence for the truth. I also have formed an opinion about whether Donald Kollmar is peaceful, law-abiding, and non-violent. With respect to those character traits, I have formed the opinion that Donald Kollmar is peaceful, law-abiding, and non-violent.

I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: November 25, 2019

RHONDA WHETSTINE