COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for the Accused
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>NOTICE OF CORRECTED OPPOSITION BRIEF |

Donald Kollmar, by and through his counsel, respectfully files the Corrected Brief in Opposition Certification of Extradition, attached hereto. The attached brief corrects several typographical errors.

                                                Respectfully submitted,

DATED: December 12, 2019        COLEMAN & BALOGH LLP

                                                */s/ E A Balogh*
                                          ETHAN A. BALOGH
                                          235 Montgomery Street, Suite 1070
                                          San Francisco, CA 94104

                                          Attorneys for Arrestee
                                          DONALD KOLLMAR