DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KERRY A. MONACO (NYBN 4712360)
Trial Attorney, U.S. Department of Justice

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Maureen.bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DONALD KOLLMAR | CASE NO. 4:19-MJ-70677<br><br>NOTICE OF ATTORNEY APPEARANCE |

    Please take notice that, as of December 18, 2019, the Trial Attorney whose name, address, telephone number, and e-mail address are listed below is assigned to be additional counsel for the government:

    KERRY A. MONACO (NY Bar 4712360)
    Trial Attorney
    Office of International Affairs
    Criminal Division
    U.S. Department of Justice
    1301 New York Avenue NW
    Washington, DC  20530
    Kerry.Monaco2@usdoj.gov

NOTICE OF ATTORNEY APPEARANCE
CASE NO. 4:19-MJ-70677

Accordingly, the United States of America respectfully requests the Clerk to update the docket sheet and other Court records so as to reflect that all future ECF filings, notices, correspondence, pleadings, orders, and communications from the Court will also be directed to Trial Attorney Kerry A. Monaco per the above contact information.

DATED: December 18, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Kerry A. Monaco
KERRY A. MONACO
Trial Attorney, U.S. Department of Justice