DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KERRY A. MONACO (NYBN 4712360)
Trial Attorney, U.S. Department of Justice

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone:  (510) 637-3680
    Fax:  (510) 637-3724
    Maureen.Bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DONALD KOLLMAR | CASE NO. 4:19-MJ-70677 MAG <br><br> STIPULATION MODIFYING BRIEFING SCHEDULE <br><br> Hon. Kandis A. Westmore <br> Courtroom: #4 |

STIPULATION MODIFYING BRIEFING SCHEDULE
4-19-MJ-70677 MAG

Government counsel has learned that she has to be out of the office unexpectedly and therefore the parties agree and stipulate that the United States' reply to Kollmar's Memorandum in Opposition and supporting papers is due January 7, 2020.

IT IS SO STIPULATED.

Dated: December 18, 2019                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
MAUREEN C. BESSETTE
Assistant U.S. Attorney
KERRY MONACO
Trial Attorney, U.S. Department of Justice

_____/s/_____
ETHAN A. BALOGH
Attorney for the Defendant