DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KERRY A. MONACO (NYBN 4712360)
Trial Attorney, U.S. Department of Justice

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone:  (510) 637-3680
    Fax:  (510) 637-3724
    Maureen.Bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DONALD KOLLMAR | CASE NO. 4:19-MJ-70677 MAG<br><br>ORDER MODIFYING BRIEFING SCHEDULE<br><br>Hon. Kandis A. Westmore<br>Courtroom: #4 |

    Based on the parties Stipulation by and through their counsel, and for good cause shown, the Court hereby modifies the briefing schedule by providing that the United States' reply to Kollmar's Memorandum in Opposition and supporting papers is due January 7, 2020.  The hearing is continued to January 30, 2020 at 1:30 pm.

IT IS SO ORDERED

Dated:  December 20, 2019

                                                          *Kandis Westmore*
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
4-19-MJ-70677 MAG