UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR AKA DONALD KOLLMAR | CASE NO. 4-19-MJ-70677 MAG<br><br>MODIFIED ORDER |

The Court has reviewed the United States of America's Motion to Seal birth dates in Docket 70 at page 3, footnote 3, as private information, and hereby Grants the United States' Motion and the dates of birth in Docket 70, page 3, footnote 3 are hereby sealed. The Clerk of the Court shall seal Entry 70 in its entirety. The government shall e-file a redacted version of Entry 70 forthwith.

IT IS SO ORDERED.

Dated: January 15, 2020

HON. KANDIS A. WESTMORE
United States Magistrate Judge

MODIFIED ORDER
4-19-MJ-70677 MAG