COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for the Accused
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>[PROPOSED] ORDER RE: SEALING<br><br><br>The Honorable Kandis A. Westmore<br>United States Magistrate Judge |

The Court has reviewed Donald Kollmar's Motion to Seal ECF 64-1, ECF 64-5, and ECF 64-6, because they reveal dates of birth, and hereby Grants the defendant's Motion, and the dates of birth reflected on Docket 64-1 at 131, 64-5 at 6, and 64-6 at 6, are hereby sealed.  The Clerk of the Court shall seal Entries 64-1, 64-5, and 64-6 in their entirety.  Defendant shall e-file redacted versions of Entries 64-1, 64-5, and 64-6 forthwith.

**IT IS SO ORDERED.**

DATED: January 17, 2020

_____
THE HONORABLE KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE

