COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR | Case No. 4:19-70677 MAG<br><br>SUPPLEMENTAL DECLARATION OF THOMAS KLATT |

I, Thomas Klatt, declare under penalty of perjury as follows:

1. I am a private investigator and have been retained by counsel to conduct an investigation with respect to the allegations raised by a complainant known as B.B. against American citizen Donald Kollmar. Unless otherwise expressly noted, I state the following on personal knowledge. I am a licensed private investigator in the province of Ontario, Canada. I am also the owner of a private investigative agency known as Klatt Investigations operating in the Province of Ontario, Canada. I spent 20 years with the Toronto Police Service, retiring in 1998 as a Detective in the Homicide Squad. I have owned and operated two private investigative firms from 1998 to present and therefore have been a licensed private investigator for 21 years.

2. I only recently was able to confirm the following information from the Ministry of Transportation for the Province of Ontario (MTO). I was able today to confirm that the MTO's computer system does not maintain any vehicle registration records from before 1980. As such, they are unable to locate or provide any vehicle registration records in the 1970's.

3. I state the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

DATED: January 29, 2020

_____
THOMAS KLATT

1