UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 30, 2020     **Time:** 1:33 pm – 2:49 pm     **Judge:** KANDIS A. WESTMORE

**Case No.:** 19-mj-70677-MAG     **Case Name:** United States of America v. Don Kollmar

**Attorneys for Government:** Maureen Bessette and Kerry Monaco
**Attorney for Defendant:** Ethan Balogh

**Deputy Clerk:** Stephen Ybarra     **Court Reporter:** Diane Skillman

## PROCEEDINGS

HEARING ON MOTION FOR CERTIFICATION OF EXTRADITION

**Notes:** The Court hears oral argument and takes the motion under submission. The following documents were previously submitted to the Court's electronic filing system and are now entered into evidence: docket number 39; docket number 55; docket numbers 64-1 to 64-33; docket number 79; docket number 80; and docket number 81. In addition, the visual aid utilized by the Government during the proceedings and identified as exhibit 1, is also entered into evidence.