1  BOERSCH & ILLOVSKY LLP
   Martha Boersch (State Bar No. 126569)
2  martha@boersch-illovsky.com
   1611 Telegraph Ave., Ste. 806
3  Oakland, CA 94612
4  Telephone: (415) 500-6640

5

6
                    **UNITED STATES DISTRICT COURT**
7
                  **NORTHERN DISTRICT OF CALIFORNIA**
8
                       **SAN JOSE DIVISION**
9

10

11  DONALD KOLLMAR,                        Case No. 5:20-cv-01388-LHK

12              Petitioner,                **STIPULATION TO MODIFY
                                            CONDITIONS OF RELEASE AND HOME
13         v.                               CONFINEMENT; [PROPOSED] ORDER**

14  UNITED   STATES   PRETRIAL   SERVICES,
    NORTHERN DISTRICT OF CALIFORNIA,
15
                Defendant.
16

17
    UNITED STATES OF AMERICA,              Case No. 19-mj-70677-MAG
18
                Plaintiff,
19
           v.
20
    DONALD KOLLMAR,
21
                Defendant.
22

23

24

25

26

27

28

1    Petitioner Donald Kollmar, through undersigned counsel, and United States Pretrial Services,

2   through Assistant United States Attorney Maureen Bessette, hereby stipulate to modify Mr. Kollmar's

3   conditions of release to replace his former legal counsel Ethan Balogh with his new legal counsel

4   Martha Boersch, and allow him to leave his place of home confinement to travel to Ms. Boersch's

5   office at 1611 Telegraph Avenue, Suite 806, Oakland, CA.  Mr. Kollmar's current conditions of release

6   allow him to leave home confinement for the purpose of visiting with his former counsel, Ethan Balogh.

7   On July 28, 2021 Ethan Balogh withdrew as counsel of record and Ms. Boersch substituted in his place.

8   ECF 19.  Mr. Kollmar's Pretrial Services officer, Tim Elder, agrees with the proposed modification.

9        IT IS SO STIPULATED.

10   Dated:  September 3, 2021                    BOERSCH & ILLOVSKY LLP

11

12                                               _/s/Martha Boersch_____ _____
                                                 Martha Boersch
13                                               Attorney for Petitioner
                                                 Donald Kollmar
14

15   Dated:  September 3, 2021                    _/s/Maureen Bessette_____ _____
                                                 Maureen Bessette
16                                               Attorney for Respondent
                                                 United States Pretrial Services, Northern District
17                                               of California

18

19

20

21                          **[PROPOSED] ORDER**

22        Having reviewed the forgoing stipulation and good cause having been shown IT IS

23   HEREBY ORDERED that Mr. Kollmar's conditions of release are modified to reflect Ms. Boersch

24   as his legal counsel and to allow Mr. Kollmar to leave his place of home confinement for attorney

25   visits at 1611 telegraph Avenue, Suite 806, Oakland, California.

26

27   Dated: September ___, 2021        _____

28                                     HONORABLE KANDIS A. WESTMORE
                                       United States Magistrate Judge

                                       2        STIP. TO MODIFY CONDITIONS OF
                                                RELEASE AND HOME CONFINEMENT
                                                Case No.: 5:20-cv-01388-LHK