1  BOERSCH & ILLOVSKY LLP
2  Martha Boersch (State Bar No. 126569)
   martha@boersch-illovsky.com
3  1611 Telegraph Ave., Ste. 806
   Oakland, CA 94612
4  Telephone: (415) 500-6640

5  Attorney for Defendant
   Donald Kollmar
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                            **OAKLAND DIVISION**

11

12  UNITED STATES OF AMERICA,                Case No. 19-mj-70677-MAG

13                 Plaintiff,
                                             **STIPULATION AND ORDER AS**
14         v.                                **MODIFIED TO CONTINUE BOND**
                                             **HEARING**
15  DONALD KOLLMAR,

16                 Defendant.

17

1     Whereas, on August 24, 2022, U.S. Pretrial Services Officer Jalei Kinder filed a Form 8 memorandum notifying the court of an apparent violation of Defendant Kollmar's conditions of release and requesting a hearing at the Court's earliest convenience.  ECF 103.

    Whereas, on August 25, 2022, the Court set the matter for hearing on August 31, 2022, at 10:30 a.m. ECF 104.  Counsel for Mr. Kollmar is unavailable on that date.

    Defendant Donald Kollmar and the United States of America, through undersigned counsel, hereby stipulate and request that the August 31, 2022 hearing be continued to September 1, 2022, at 10:30 am.

    IT IS SO STIPULATED.

DATED:     August 26, 2022         */s/ Maureen Bessette*
                                   MAUREEN BESSETTE
                                   Assistant United States Attorney

DATED:     August 26, 2022         */s/ Martha A. Boersch*
                                   MARTHA BOERSCH
                                   Counsel for Defendant DONALD KOLLMAR

**ORDER**

Having reviewed the forgoing stipulation and good cause having been shown, it is hereby ordered that the bond hearing currently scheduled for August 31, 2022 at 10:30 a.m. is continued to September 6, 2022 at 10:30 a.m.

    IT IS SO ORDERED.

DATED: August 29, 2022                          /s/ Kandis Westmore
                                                HON. KANDIS A. WESTMORE
                                                United States Magistrate Judge