UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DON KOLLMAR AKA DONALD KOLLMAR | CASE NO. 4:19-mj-70677-KAW<br><br>COURT ORDER TO PRETRIAL SERVICES REGARDING DONALD KOLLMAR'S PASSPORT |

Having determined that Fugitive Donald Kollmar is extraditable to Canada, and having certified the same to the Secretary of State, which has issued a surrender warrant, this Court now Orders U.S. Pretrial Services to provide Donald Kollmar's passport to the U.S. Marshals who, upon arrival of the duly authorized representatives of Canada, will transfer Kollmar to the custody of Canadian authorities to effectuate this extradition.

DATED: September ____, 2022

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

Court Order
4:19-MJ-70677-KAW