1   BOERSCH & ILLOVSKY LLP
    Martha Boersch (State Bar No. 126569)
2   martha@boersch-illovsky.com
    1611 Telegraph Ave., Ste. 806
3   Oakland, CA 94612
    Telephone: (415) 500-6640
4

5   Attorney for Defendant
    Donald Kollmar
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                          **OAKLAND DIVISION**

11

12   UNITED STATES OF AMERICA,                Case No. 19-mj-70677-MAG

13                   Plaintiff,
                                              **STIPULATION AND ORDER**
14          v.                                **EXONERATING BOND AND FOR**
                                              **RETURN OF DRIVER'S LICENSE**
15   DONALD KOLLMAR,

16                   Defendant.

17

18          Pursuant to Fed R. Crim. P. 46(g), Defendant Donald Kollmar and the United States, through

19   undersigned counsel, hereby agree and stipulate for the exoneration of the bond in this matter.  The

20   grounds for this stipulation are set forth below.

21          Rule 46(g) provides that the court "must exonerate the surety and release any bail when a

22   bond condition has been satisfied."  Mr. Kollmar was arrested on or about May 6, 2019.  He

23   remained in custody until on or about June 6, 2019, when he was granted release until the State

24   Department issued a surrender warrant.  Dkt. 30.  As a condition of his release, this court required the

25   posting of a $4,000,000 bond, secured by three properties owned by several sureties, including

26   Richard Kollmar and Peter and Karen Capuciati.  Dkt. 30; Dkt. 50.  Mr. Kollmar was released to a

27

28

custodian and ordered to remain at home with electronic monitoring, where he remained for approximately three years.

Sometime around September 14, 2022, the State Department issued a surrender warrant and Mr. Kollmar surrendered to the United States Marshals and was incarcerated in Santa Rita jail where he remained until October 7, 2022, when he was surrendered to Canadian authorities.  On or about October 7, 2022, Mr. Kollmar appeared in Canada and was released on bail in Canada pending proceedings there.

Since no conditions of the bond remain to be satisfied, Mr. Kollmar and the United States request that the bond be exonerated, and the sureties released from their obligations and any lien or other impediment to their property rights be removed.  Attached to this stipulation as Exhibits A and B are examples of the documents to be executed by the Office of the Clerk of the United States District Court to release the liens on property held by Richard Kollmar and the Christopher Kirkham and Samantha P. Good Trusts.

It is further stipulated that Pretrial Services may return Mr. Kollmar's driver's license to his counsel.

IT IS SO STIPULATED.

DATED:        October 11, 2022          */s/ Maureen Bessette*_____
                                        MAUREEN BESSETTE
                                        Assistant United States Attorney


DATED:        October 11, 2022          */s/ Martha A. Boersch*_____
                                        MARTHA BOERSCH
                                        Counsel for Defendant DONALD KOLLMAR

STIPULATION AND ORDER
EXONERATING BOND
Case No.: 19-mj-70677-MAG

1

**ORDER**

2          Based on the stipulation of the parties and for good cause shown, IT IS HEREBY

3   ORDERED:

4          That bond in this matter be exonerated and the sureties released from their obligations and any

5   lien or other impediment to their property rights be removed.

6          IT IS FURTHER ORDERED that Pretrial Services return Mr. Kollmar's driver's license to

7   counsel for Mr. Kollmar.

8          IT IS SO ORDERED.

9

10  Date:   October 12, 2022

11                                        HON. KANDIS A. WESTMORE
                                          United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
EXONERATING BOND
Case No.: 19-mj-70677-MAG